IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
**CEDAR RAPIDS DIVISION**

HARLEY KELCHNER,

        Plaintiff(s),

vs.

CRST EXPEDITED, INC, CRST
SPECIALIZED TRANSPORTATION,
INC, CRST LINCOLN SALES, INC
and JOHN SMITH,

        Defendant(s).

CASE NO. CV24-82 CJW-KEM

NOTICE OF ATTORNEY
SUSPENDED FOR NON-PAYMENT
OF ANNUAL RENEWAL FEE

A Complaint has been filed in the above matter. Our records indicate you are currently suspended for non-payment of the Annual Attorney Admission Fee in the Northern District of Iowa. If you intend to continue to represent your client(s), you must pay the outstanding Annual Attorney Admission Fee of $25.00. Your ability to file in CM/ECF will be restricted until the payment is made.

Dated: 8/23/2024

PAUL DE YOUNG, Clerk of Court
United States District Court
Northern District of Iowa

By: s/ *jlh*
Deputy Clerk