# AFFIDAVIT OF SERVICE

STATE OF IOWA )
                 )
COUNTY OF POLK )

US District.
Northern Dist. of Iowa
Case No: 1:24-cv-00082
Date Received: 8/27/24

I, being first duly sworn, depose and say that I received and served:

_____ Original Notice
_____ Petition
_____ Jury Demand
_____ Subpoena Duces Tecum
_____ Petition for Dissolution of Marriage
_____ Family Law Case Requirements Order
_____ Order: Pretrial Conf / Discovery
_____ Subpoena
_____ Notice of Past Due Rent
_____ Notice of Termination of Tenancy
_____ Confidential Information Form
_____ Verification of Account
_____ Order Re: Mediation of Temporary Matters and Setting Hearing
_____ Notice of Forfeiture of Real Estate Contract
_____ Order
_____ Application for Rule to Show Cause
_____ Rule to Show Cause / Order for Hearing

_____ Application for Hearing of Temporary Issues
__X__ Summons
__X__ Complaint
_____ Notice to Quit
_____ Notice of Nonpayment of Rent and Intention to Terminate Rental Agreement
_____ Appearance and Answer
_____ Notice Non-judicial Foreclosure
_____ Demand Letter
_____ Exhibit _____
_____ Other _____
_____
__X__ Attachments

Person Served: CRST Expedited, Inc

Date Served: 8-27-24 / 2:45 A.M./P.M.

100 Court Ave #201 DSM, IA
(Address)

Manner of Service
_____ Personally
_____ Dwelling House, to person residing therein who was over the age of 18.
_____ Apartment Building
_____ Spouse, who lives at the dwelling house.
__X__ Corporation/State Official

c/o Cogency Global Inc — by Agent (Meegan)
NAME AND TITLE OR RELATIONSHIP OF INDIVIDUAL SERVED

Subscribed and sworn to me by Wendy Young this _28_ day of ____, 2024

Service Fee:_____

Notary Public for the State of Iowa

ALI NEY
Commission Number 813598
My Commission Expires
November 5, 2024