# AFFIDAVIT OF SERVICE

STATE OF IOWA    )

                    )

COUNTY OF POLK )

*Us DISTRICT Ct*

*Northern Dist of Iowa*

Case No: _1:24-CV-00082_

Date Received: _8/27/24_

I, being first duly sworn, depose and say that I received and served:

| | |
|---|---|
| _____ Original Notice | _____ Application for Hearing of |
| _____ Petition |           Temporary Issues |
| _____ Jury Demand | __x__ Summons |
| _____ Subpoena Duces Tecum | __x__ Complaint |
| _____ Petition for Dissolution of Marriage | _____ Notice to Quit |
| _____ Family Law Case Requirements Order | _____ Notice of Nonpayment |
| _____ Order: Pretrial Conf / Discovery |           of Rent and Intention to |
| _____ Subpoena |           Terminate Rental |
| _____ Notice of Past Due Rent |           Agreement |
| _____ Notice of Termination of Tenancy | _____ Appearance and Answer |
| _____ Confidential Information Form | _____ Notice Non-judicial |
| _____ Verification of Account |           Foreclosure |
| _____ Order Re: Mediation of Temporary Matters | _____ Demand Letter |
|           and Setting Hearing | _____ Exhibit _____ |
| _____ Notice of Forfeiture of Real Estate Contract | _____ Other _____ |
| _____ Order | _____ |
| _____ Application for Rule to Show Cause | _____ |
| _____ Rule to Show Cause / Order for Hearing | __x__ Attachments |

Person Served: _CRST Lincoln Sales, Inc_

Date Served: _8.27.24_ _2:45_ A.M./(P.M.)

_100 Court Ave #201 DSM, Ia_
       (Address)

Manner of Service

_____ Personally

_____ Dwelling House, to person residing therein who was over the age of 18.

_____ Apartment Building

_____ Spouse, who lives at the dwelling house.

__x__ Corporation/State Official

_c/o Cogency Global Inc - Reg Agent (Megan)_

NAME AND TITLE OR RELATIONSHIP OF INDIVIDUAL SERVED

_Wendy Young_

Subscribed and sworn to me by Wendy Young

this _28_ day of _Aug_, 2024

Service Fee: _____

_Ali Ney_

Notary Public for the State of Iowa

ALI NEY
Commission Number 813598
My Commission Expires
November 5, 202_