# AFFIDAVIT OF SERVICE

STATE OF IOWA )
)
COUNTY OF POLK )

Case No: US District Ct Northern District of Iowa 1:24-cv-00082

Date Received: 8 / 27 / 24

I, being first duly sworn, depose and say that I received and served:

| | |
|---|---|
| \_\_\_\_\_ Original Notice | \_\_\_\_\_ Application for Hearing of Temporary Issues |
| \_\_\_\_\_ Petition | |
| \_\_\_\_\_ Jury Demand | X Summons |
| \_\_\_\_\_ Subpoena Duces Tecum | X Complaint |
| \_\_\_\_\_ Petition for Dissolution of Marriage | \_\_\_\_\_ Notice to Quit |
| \_\_\_\_\_ Family Law Case Requirements Order | \_\_\_\_\_ Notice of Nonpayment |
| \_\_\_\_\_ Order: Pretrial Conf / Discovery | of Rent and Intention to |
| \_\_\_\_\_ Subpoena | Terminate Rental |
| \_\_\_\_\_ Notice of Past Due Rent | Agreement |
| \_\_\_\_\_ Notice of Termination of Tenancy | \_\_\_\_\_ Appearance and Answer |
| \_\_\_\_\_ Confidential Information Form | \_\_\_\_\_ Notice Non-judicial |
| \_\_\_\_\_ Verification of Account | Foreclosure |
| \_\_\_\_\_ Order Re: Mediation of Temporary Matters | \_\_\_\_\_ Demand Letter |
| and Setting Hearing | \_\_\_\_\_ Exhibit _____ |
| \_\_\_\_\_ Notice of Forfeiture of Real Estate Contract | \_\_\_\_\_ Other _____ |
| \_\_\_\_\_ Order | |
| \_\_\_\_\_ Application for Rule to Show Cause | |
| \_\_\_\_\_ Rule to Show Cause / Order for Hearing | X Attachments |

Person Served: CRST Specialized Transportation, Inc

Date Served: 8·27·24/ 2:45 A.M./P.M.

100 Court Ave #201 DSM, Ia
(Address)

Manner of Service
\_\_\_\_\_ Personally
\_\_\_\_\_ Dwelling House, to person residing therein who was over the age of 18.
\_\_\_\_\_ Apartment Building
\_\_\_\_\_ Spouse, who lives at the dwelling house.
X Corporation/State Official
C/o Cogency Global Inc - Reg Agent (Megan)
NAME AND TITLE OR RELATIONSHIP OF INDIVIDUAL SERVED

Subscribed and sworn to me by Wendy Young
this 28 day of Aug , 2024

Service Fee: 75

Notary Public for the State of Iowa

ALI NEY
Commission Number 813598
My Commission Expires
November 5, 2024