IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated,

          Plaintiff(s),

vs.

CRST Expedited, Inc., CRST Specialized Transportation, Inc. CRST Lincoln Sales, Inc. and John Smith, an individual

          Defendant(s).

CASE NO.   1:24-cv-00082

MOTION TO APPEAR
PRO HAC VICE

---

Robert S. Boulter, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Harley Kelchner. Robert S. Boulter states that He is a member in good standing of the bar of the State of California, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

**Robert S. Boulter ,** further states that he will comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with Bart Goplerud , an attorney who has been admitted to the bar of this district under LR 83(b) and (c) and who has entered an appearance in this case.

*The certificate of good standing (dated within the last 90-days) required by Administrative Order No. 19-AO-0004-P is attached.*

                                                 s/_Robert S. Boulter*