# AFFIDAVIT OF SERVICE

| Case: 1:-24-CV-00082 | Court: United States District Court for the Northern District of Iowa | County: | Job: 11697453 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Harley Kelchner | | **Defendant / Respondent:** CRST Expedited, Inc; CRST Specialized Transportation, Inc; CRST Lincoln Sales, Inc, et al | |
| **Received by:** HSPS Legal Services | | **For:** Shindler, Anderson, Goplerud & Weese P.C. | |
| **To be served upon:** John M Smith | | **Court Date:** | |

I, Graeme Eldeen, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** John M Smith, 315 Rosedale Rd, Cedar Rapids, IA 52403

**Manner of Service:** Personal/Individual, Sep 4, 2024, 4:35 pm CDT

**Documents:** Summons; Complaint; Exhibit(s) (Received Aug 28, 2024 at 9:53am CDT)

**Additional Comments:**
1) Unsuccessful Attempt: Aug 30, 2024, 6:33 pm CDT at 315 Rosedale Rd, Cedar Rapids, IA 52403
Secured gated driveway. No answer at call box.

2) Unsuccessful Attempt: Aug 31, 2024, 8:01 pm CDT at 315 Rosedale Rd, Cedar Rapids, IA 52403
Gated driveway no access, no answer at call box

3) Unsuccessful Attempt: Sep 1, 2024, 3:26 pm CDT at 315 Rosedale Rd, Cedar Rapids, IA 52403
Secured gated driveway, no answer at gate call box

4) Successful Attempt: Sep 4, 2024, 4:35 pm CDT at 315 Rosedale Rd, Cedar Rapids, IA 52403 received by John M Smith. (Server's visual approximation) Age: 65; Ethnicity: Caucasian; Gender: Male; Weight: 225; Height: 6'2"; Hair: White;
Defendant accepted paperwork at garage

Fees: $68

State of: _____IA_____ )
                                        ) SS:
County of: _____Johnson_____ )

_____  9/5/24
Graeme Eldeen                    Date

HSPS Legal Services
160 Southgate Ave Ste A
Iowa City, IA 52240
319-354-2010

Signed and sworn to before me, a notary public, on this ___5___ day of ___Sept.___, 2024

_____
Notary Public

_____
My Commission Expires

JACOB VONDRAK
Commission Number 841649
My Commission Expires
August 15, 2025
NOTARIAL SEAL
IOWA