UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC., CRST LINCOLN SALES, INC. and JOHN SMITH, an individual,<br><br>    Defendants. | Case No. 1:24-cv-00082-CJW-KEM<br><br><br>APPEARANCE |

COMES NOW the undersigned and hereby enters an appearance on behalf of Defendants CRST Expedited, Inc., CRST Specialized Transportation, Inc., CRST Lincoln Sales, Inc. and John Smith, in the above-entitled matter.

Respectfully Submitted:

By: /s/ Kevin J. Visser
Kevin J. Visser
Simmons Perrine Moyer Bergman PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Telephone: (319) 366-7641
Facsimile: (319) 366-1917
Email: kvisser@spmblaw.com

ATTORNEYS FOR DEFENDANTS

1

# CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2024, I filed the foregoing using the Court's CM/ECF system, which will send notification of said filing to all attorneys of record.


/s/Kevin J. Visser

2