# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | | |
|---|---|---|
| Harley Kelchner | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:24-cv-00082-CJW-KEM |
| CRST Expedited, Inc et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Harley Kelchner                                                                                    .

Date:     9/16/2024

s/ Robert S. Boulter
*Attorney's signature*

Robert S. Boulter
*Printed name and bar number*

1101 Fifth Avenue, Suite 310
San Rafael, CA  94901

*Address*

rsb@boulter-law.com
*E-mail address*

(415) 233-7100
*Telephone number*

*FAX number*