| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC., CRST LINCOLN SALES, INC. and JOHN SMITH, an individual<br><br>Defendants. | Case No. 1:24-cv-00082-CJW-KEM<br><br>Honorable Judge C.J. Williams |

## MOTION TO APPEAR PRO HAC VICE OF
## ANGELA S. CASH

Angela S. Cash, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Defendants, CRST Expedited, Inc., CRST Specialized Transportation, Inc., CRST Lincoln Sales, Inc., and John Smith. I am a member in good standing of the bar of the State of Indiana, and agree to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with my pro hac vice representation in this case.

I further state that I will comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with Kevin J. Visser of Simmons Perrine Moyer Bergman PLC, an attorney who has been admitted to the bar of this district under LR 83(b) and (c) and who has entered an appearance in this case.

The certificate of good standing dated within the last 90-days as required by Administrative Order No. 19-AO-0004-P is attached.

Dated:  September 10, 2024

Respectfully submitted,

*/s/ Angela S. Cash*

Angela S. Cash (*pro hac vice* pending)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-492-9205
F: 317-684-2414
acash@scopelitis.com

Kevin J. Visser
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
P: 319-366-7641
F: 319-366-1917
kvisser@spmblaw.com

*Attorneys for Defendants, CRST Expedited, Inc., CRST Specialized Transportation, Inc., CRST Lincoln Sales, Inc. and John Smith*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 16, 2024, I filed the foregoing using the Court's CM/ECF system, which will send notification of said filing to all attorneys of record.

/s/Kevin J. Visser

Case 1:24-cv-00082-CJW-KEM    Document 13    Filed 09/16/24    Page 3 of 3