| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>       v.<br><br>CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC., CRST LINCOLN SALES, INC. and JOHN SMITH, an individual<br><br>       Defendants. | Case No. 1:24-cv-00082-CJW-KEM<br><br>Honorable Judge C.J. Williams |

## ASSENTED-TO MOTION OF DEFENDANTS TO EXTEND TIME TO FILE RESPONSIVE PLEADING

Defendants, CRST Expedited, Inc., CRST Specialized Transportation, Inc., CRST Lincoln Sales, Inc., and John Smith, request a 30-day extension of time from September 17, 2024, up to and including October 17, 2024, to file a responsive pleading to Plaintiffs' Class Action Complaint (ECF No. 1) (Complaint).

In support of this Motion, the undersigned counsel states as follows:

1. Plaintiff filed his Complaint on August 23, 2024.

2. The deadline for Defendants, CRST Expedited, Inc., CRST Specialized Transportation, Inc., and CRST Lincoln Sales, Inc., to respond to the Complaint is September 17, 2024.

3. The deadline for Defendant, John Smith, to respond to the Complaint is September 25, 2024.

4. Additional time is necessary to allow Defendants to fully respond to the allegations of the Complaint.

5. This request for an extension of time is not intended to prejudice the Court or any parties.

6. Counsel for the parties have conferred regarding this request, and counsel for Plaintiff has indicated assent to the relief sought in this Motion.

WHEREFORE, Defendants respectfully request that the Court extend the deadlines to respond to Plaintiff's Complaint from September 17 and 25, 2024 to October 17, 2024.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Counsel for the Defendants, CRST Expedited, Inc., CRST Specialized Transportation, Inc., CRST Lincoln Sales, Inc., and John Smith, hereby certifies that they conferred with J. Barton Goplerud, counsel for Plaintiff, Harley Kelchner, who assented to the extension requested in this motion.

Dated: September 17, 2024

Respectfully submitted,

*/s/ Andrew J. Ireland*
James H. Hanson (*pro hac vice* pending)
Angela S. Cash (*pro hac vice* pending)
Andrew J. Ireland (*pro hac vice* pending)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-492-9205
F: 317-684-2414
jhanson@scopelitis.com
acash@scopelitis.com
aireland@scopelitis.com

Kevin J. Visser
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
P: 319-366-7641
F: 319-366-1917
kvisser@spmblaw.com

*Attorneys for Defendants, CRST Expedited, Inc., CRST Specialized Transportation, Inc., CRST Lincoln Sales, Inc. and John Smith*

2