UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC., CRST LINCOLN SALES, INC. and JOHN SMITH, an individual <br><br> Defendants. | Case No. 1:24-cv-00082-CJW-KEM <br><br> Honorable Judge C.J. Williams |

## PROPOSED ORDER

This matter is before the Court on Defendants' Motion for Extension of Time. For good cause shown, the Court **GRANTS** the motion.

Accordingly, it is ORDERED Defendants' response to Plaintiff's Class Action Complaint (ECF No. 1) is due on October 17, 2024.

**IT IS SO ORDERED** this _____ day of _____, 2024.

_____
C.J. Williams
United States District Judge
Northern District of Iowa

i