**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION**

| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated, | |
| Plaintiff, | No.  24-CV-0082-CJW-KEM |
| vs. | **ORDER** |
| CRST EXPEDITED, INC.; CRST SPECIALIZED TRANSPORTATION, INC.; CRST LINCOLN SALES, INC.; and JOHN SMITH, | |
| Defendants. | |

_____

Defendants CRST Expedited, Inc., CRST Specialized Transportation, Inc., CRST Lincoln Sales, Inc., and John Smith (Defendants) request a 30-day extension to October 17, 2024, of the deadline to answer or otherwise plead because additional time is needed to fully respond.  Doc. 16.  Plaintiff does not oppose the requested extension.

The court **GRANTS** Defendants' motion (Doc. 16).  The deadline for Defendants to answer or otherwise plead is extended to **October 17, 2024**.

**SO ORDERED** on September 20, 2024.

_____
Kelly K.E. Mahoney
Chief Magistrate Judge
Northern District of Iowa