**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
CEDAR RAPIDS DIVISION

HARLEY KELCHNER,

      Plaintiff(s),

vs.

CRST EXPEDITED, INC, CRST
SPECIALIZED TRANSPORTATION,
INC, CRST LINCOLN SALES,
INC, and JOHN SMITH,

      Defendant(s).

CASE NO. 1:24-CV-00082

**CITIZENSHIP DISCLOSURE**
**STATEMENT**
**(Diversity Cases)**

_____

As jurisdiction in this case is based on diversity under 28 U.S.C. § 1332(a), pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Plaintiff  Harley Kelchner provides the following information regarding its citizenship:

Harley Kelchner resides in and is a citizen of Florida.

Dated:  9/24/2024

/s/ J. Barton Goplerud_____
J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Tel: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com