UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC., CRST LINCOLN SALES, INC. and JOHN SMITH, an individual<br><br>Defendants. | Case No. 1:24-cv-00082-CJW-KEM<br><br>Honorable Judge C.J. Williams<br><br>**NOTICE OF APPEARANCE OF ANGELA S. CASH** |

COMES NOW the undersigned and hereby enters an appearance on behalf of Defendants CRST Expedited, Inc., CRST Specialized Transportation, Inc., CRST Lincoln Sales, Inc. and John Smith, in the above-entitled matter.

Dated: October 3, 2024

Respectfully submitted,

*/s/ Angela S. Cash*
Angela S. Cash (*pro hac vice*)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-492-9229
F: 317-684-2414
acash@scopelitis.com

Kevin J. Visser
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
P: 319-366-7641
F: 319-366-1917
kvisser@spmblaw.com

*Attorneys for Defendants, CRST Expedited, Inc., CRST Specialized Transportation, Inc., CRST Lincoln Sales, Inc. and John Smith*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2024, I filed the foregoing using the Court's CM/ECF system, which will send notification of said filing to all attorneys of record.

*/s/ Angela S. Cash*
Angela S. Cash