UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC., CRST LINCOLN SALES, INC. and JOHN SMITH, an individual<br><br>Defendants. | Case No. 1:24-cv-00082-CJW-KEM<br><br>Honorable Judge C.J. Williams |

**DECLARATION OF LEE COBLENTZ**

I, Lee Coblentz, declare as follows:

1. I am the Vice President of Network Performance for CRST Expedited, Inc. (CRST Expedited). I have been employed in this capacity since March 2022 and in other positions for CRST Expedited, including the Director of Planning, for over 13 years. Unless otherwise stated, the facts set forth herein are based on my own personal knowledge and experience with CRST Expedited, a review of CRST Expedited's business records, and/or information available to me in my capacity as Vice President of Network Performance. If I were called upon to testify to such facts, I could and would competently do so.

2. CRST Expedited, Inc. is an Iowa corporation headquartered in Cedar Rapids, Iowa.

3. CRST Expedited is a registered motor carrier authorized by the Federal Motor Carrier Safety Administration, an agency of the United States Department of Transportation. The company specializes in expedited freight and logistics services and delivers goods throughout the 48 contiguous states.

4. CRST Specialized Transportation, Inc. (CRST Specialized) and CRST Lincoln Sales, Inc. (Lincoln Sales) are two of CRST Expedited's sister companies; neither company has an ownership interest in CRST Expedited.

5. CRST Expedited has its own operating authority; it does not share it with CRST Specialized or other sister companies.

6. CRST Expedited employs its own personnel to conduct the business of CRST Expedited, and they work directly with CRST Expedited's customers.

7. CRST Expedited utilizes both independent contractors and employee drivers to meet its customers' needs.

8. To provide transportation services, CRST Expedited's independent contractors enter into an Independent Contractor Operating Agreement (ICOA) with CRST Expedited.

9. Some but not all CRST Expedited independent contractors choose to lease equipment from a sister company, Lincoln Sales.

I declare under penalty of perjury under the laws of the United States of America and the State of Iowa that the foregoing is true and correct.

Dated: October 17, 2024

Lee Coblentz