UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC., CRST LINCOLN SALES, INC. and JOHN SMITH, an individual<br><br>Defendants. | Case No. 1:24-cv-00082-CJW-KEM<br><br>Honorable Judge C.J. Williams |

## DECLARATION OF JOHN SMITH

I, John Smith, declare as follows:

1. I am the Chairman of the Board and a partial owner of the privately held company, CRST International Holding Company, Inc. (CRST International Holding). Unless otherwise stated, the facts set forth herein are based on my own personal knowledge and experience and/or information available to me in my capacity as Chairman of the Board. If I were called upon to testify to such facts, I could and would competently do so.

2. CRST International Holding is the parent company to a number of business entities including, but not limited to, CRST Specialized Transportation, Inc.; CRST Lincoln Sales, Inc.; and CRST Expedited, Inc.

3. In my role, I do not control or oversee any of CRST International Holding's subsidiary entities' day-to-day operations. Each subsidiary entity is managed by its own corporate officers and personnel.

1

I declare under penalty of perjury under the laws of the United States of America and the State of Iowa that the foregoing is true and correct.

Dated: October 17, 2024

_____
John Smith