| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC., CRST LINCOLN SALES, INC. and JOHN SMITH, an individual<br><br>Defendants. | Case No. 1:24-cv-00082-CJW-KEM<br><br>Honorable Judge C.J. Williams |

**PROPOSED ORDER**

This matter is before the Court on Defendant CRST Specialized Transportation, Inc.'s Motion to Dismiss. For good cause shown, the Court **GRANTS** the motion.

Accordingly, it is ORDERED that CRST Specialized Transportation, Inc. is dismissed with prejudice.

**IT IS SO ORDERED** this _____ day of _____, 2024.

_____
C.J. Williams
United States District Judge
Northern District of Iowa