# UNITED STATES DISTRICT COURT
### for the
### Northern District of Iowa ▾

| | | |
|---|---|---|
| Harley Kelchner | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-00082-CJW-KEM |
| CRST Expedited, Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Harley Kelchner       .

Date:     10/28/2024

           /s/ Elizabeth A. Fegan
           *Attorney's signature*

           Elizabeth A. Fegan (pro hac vice)
           *Printed name and bar number*
           FEGAN SCOTT LLC
           150 S. Wacker Dr., 24th Floor
           Chicago, IL 60606

           *Address*

           beth@feganscott.com
           *E-mail address*

           (312) 741-1019
           *Telephone number*

           (312) 264-0100
           *FAX number*