# UNITED STATES DISTRICT COURT
## for the
### Northern District of Iowa

| | |
|---|---|
| Harley Kelchner | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-00082-CJW-KEM |
| CRST Expedited, Inc., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Harley Kelchner                                                                    .

Date:     10/28/2024

/s/ Nicolette Wolfrey
*Attorney's signature*

Nicolette Wolfrey (pro hac vice)
*Printed name and bar number*
FEGAN SCOTT LLC
1763 Columbia Road NW, Suite 100
Washington, DC 20009

*Address*

nicolette@feganscott.com
*E-mail address*

(202) 921-0002
*Telephone number*

(312) 264-0100
*FAX number*