**THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC. CRST LINCOLN SALES, INC. and JOHN SMITH, an individual<br><br>Defendants. | Case No. 1:24-cv-00082-CJW-KEM<br><br>**JOINT MOTION TO EXTEND DEADLINES AND EXCEED PAGE LIMITATION**<br><br><br>**EXPEDITED RELIEF REQUESTED** |

COME NOW Plaintiff, individually and on behalf of all others similarly situated, and Defendant CRST Specialized Transportation, Inc., and for their Joint Motion to Extend Deadlines and Exceed Page Limitation state as follows:

1.     Plaintiff filed his Complaint on August 23, 2024.  D.E. 1.  On October 17, 2024, Defendant CRST Specialized Transportation, Inc. filed a Motion to Dismiss for Want of Personal Jurisdiction.  D.E. 28.  Plaintiff's resistance to the motion to dismiss is due October 31, 2024.

2.     Plaintiff respectfully requests an extension of time, up to and including November 15, 2024, in which to file his resistance to Defendant CRST Specialized Transportation, Inc.'s motion to dismiss.

3.     If Plaintiff's requested extension is granted, Defendant CRST Specialized Transportation, Inc. respectfully requests an extension of time, up to and including November 27, 2024, in which to file its reply brief supporting the motion to dismiss.  Defendant CRST

1

Specialized Transportation, Inc. also requests permission to exceed Local Rule 7(g)'s page limitation and file a reply brief of up to 10 pages.

4. The Parties' respective counsel have conferred and stipulate to the foregoing extensions of time and page limitation.

5. Pursuant to Local Rule 7(j), the Parties state:

    a. The foregoing deadlines have not been previously extended;

    b. There are no other Court-imposed deadlines;

    c. The final pretrial conference and trial have not yet been scheduled.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that (i) Plaintiff be granted an extension of time, up to and including November 15, 2024, in which to file his resistance to Defendant CRST Specialized Transportation, Inc.'s motion to dismiss, (ii) Defendant CRST Specialized Transportation, Inc. be granted an extension of time, up to and including November 27, 2024, in which to file its reply brief, and (iii) Defendant CRST Specialized Transportation, Inc. be permitted to file a 10-page reply brief.

Date: October 28, 2024

Respectfully Submitted,

**SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.**

/s/ J. Barton Goplerud
J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Tel: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

Elizabeth A. Fegan (*pro hac vice* to be submitted)
FEGAN SCOTT LLC

2

150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

Robert S. Boulter (*pro hac vice* to be submitted)
LAW OFFICES OF ROBERT S. BOULTER
1101 5th Ave #310
San Rafael, CA 94901
Tel: (415) 233-7100
rsb@boulter-law.com

*Attorneys for Kelchner and the Putative Class*

/s/ *James H. Hanson*
James H. Hanson (*pro hac vice*)
Angela S. Cash (*pro hac vice*)
Andrew J. Ireland (*pro hac vice*)
SCOPELITIS, GARVIN, LIGHT, HANSON &
FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-492-9205
F: 317-684-2414
jhanson@scopelitis.com
acash@scopelitis.com
aireland@scopelitis.com

Kevin J. Visser
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
P: 319-366-7641
F: 319-366-1917
kvisser@spmblaw.com

*Attorneys for Defendant,*
*CRST Specialized Transportation, Inc.*

3