# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated, | No. 24-CV-82 CJW-KEM |
| Plaintiffs, | |
| vs. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME** |
| CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC., CRST LINCOLN SALES, INC., and JOHN SMITH, an individual, | |
| Defendants. | |

_____

The matter before the Court is a Joint Motion to Extend Deadlines and Exceed Page Limitation. (Doc. 31). Plaintiff requests an extension of time to November 15, 2024, to file a resistance to a motion to dismiss filed by defendant CRST Specialized Transportation, Inc. Defendant, CRST Specialized Transportation, Inc., also requests an extension of time to November 27, 2024, to file its reply brief and also to file an overlength brief up to 10 pages.

For good cause and the reasons stated in the motion, this motion is **granted.** Plaintiff's resistance to the motion to dismiss is due November 15, 2024, and defendant's overlength reply brief is due November 27, 2024.

**IT IS SO ORDERED** this 28th day of October, 2024.

_____
C.J. Williams, Chief Judge
United States District Court
Northern District of Iowa