## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated, | Case No. 1:24-cv-00082-CJW-KEM |
| | Honorable Judge C.J. Williams |
| Plaintiffs, | |
| v. | |
| CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC., CRST LINCOLN SALES, INC. and JOHN SMITH, an individual | |
| Defendants. | |

### DEFENDANT CRST SPECIALIZED TRANSPORTATION, INC.'S CORPORATE DISCLOSURE STATEMENT

As required by Local Rule 7.1, Defendant, CRST Specialized Transportation, Inc., in this case provides the following information to the Court:

1.      The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to Defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the plaintiff's outcome in the case:

Bresdan NAL, LP
Bresdan North American Logistics, ULC
CRST Expedited, Inc.
CRST International Holdings, LLC
CRST Lincoln Sales, Inc.
Installs, LLC
North American Driver Training Academy, LLC
North American Logistics Group, LLC
North American Logistics Intermate Holdings, LLC
Specialized Transportation Agent Group-Canada Corp.
STI Canada, Inc.

1

2. With respect to each entity named in response to paragraph 1, the following describes its connection to or interest in the litigation, or both: CRST International Holdings, LLC owns all the stock of Defendant CRST Specialized Transportation, Inc. and all other companies identified in paragraph 1.

Dated: October 30, 2024

Respectfully submitted,

*/s/ James H. Hanson*
James H. Hanson (*pro hac vice*)
Angela S. Cash (*pro hac vice*)
Andrew J. Ireland (*pro hac vice*)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-492-9205
F: 317-684-2414
jhanson@scopelitis.com
acash@scopelitis.com
aireland@scopelitis.com

Kevin J. Visser
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
P: 319-366-7641
F: 319-366-1917
kvisser@spmblaw.com

*Attorneys for Defendant,*
*CRST Specialized Transportation, Inc.*