UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC., CRST LINCOLN SALES, INC. and JOHN SMITH, an individual<br><br>Defendants. | Case No. 1:24-cv-00082-CJW-KEM<br><br>Honorable Judge C.J. Williams |

## DEFENDANT CRST LINCOLN SALES, INC.'S
## CITIZENSHIP DISCLOSURE STATEMENT

As jurisdiction in this case is based on diversity under 28 U.S.C. § 1332(a), pursuant to Federal

Rule of Civil Procedure 7.1(a)(2), CRST Lincoln Sales, Inc. provides the following information

regarding its citizenship:

CRST Lincoln Sales, Inc. is both incorporated and headquartered in the State of Iowa and

therefore is an Iowa citizen for purposes of 28 U.S.C. § 1332(a).

Dated:  October 30, 2024

Respectfully submitted,

*/s/ James H. Hanson*
James H. Hanson (*pro hac vice*)
Angela S. Cash (*pro hac vice*)
Andrew J. Ireland (*pro hac vice*)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-492-9205
F: 317-684-2414
jhanson@scopelitis.com

1

acash@scopelitis.com
aireland@scopelitis.com

Kevin J. Visser
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
P: 319-366-7641
F: 319-366-1917
kvisser@spmblaw.com

*Attorneys for Defendant,*
*CRST Lincoln Sales, Inc.*