# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated, <br><br> Plaintiff(s), <br><br> vs. <br><br> CRST Expedited, Inc., CRST Specialized Transportation, Inc. CRST Lincoln Sales, Inc. and John Smith, an individual <br><br> Defendant(s). | CASE NO. 1:24-cv-00082 |

**DECLARATION OF ELIZABETH A. FEGAN IN SUPPORT OF PLAINTIFFS' RESISTANCE TO CRST SPECIALIZED TRANSPORTION, INC.'S MOTION TO DISMISS FOR WANT OF PERSONAL JURISDICTION**

I, Elizabeth A. Fegan, declare under penalty of perjury as follows:

1. I am the Managing Member of the law firm of Fegan Scott LLC and am principally responsible for the prosecution of this matter. I have personal knowledge of the facts set forth below.

2. Attached as **Exhibit A** is a true and correct copy of Form 551A-Business Opportunity Promotions-Irrevocable Consents, which is available on the Iowa Secretary of State's website. *See* https://sos.iowa.gov/business/pdf/551ALIST.pdf (last accessed Nov. 15, 2024).

3. Attached as **Exhibit B** is a true and correct copy of the Our History portion of the Defendants' website. *See* https://crst.com/about-crst/ (last accessed Nov. 15, 2024).

1

4.      Attached as **Exhibit C** is a true and correct copy of the Iowa Secretary of State Certificate of Existence for CRST Expedited, Inc.

5.      Attached as **Exhibit D** is a true and correct copy of the Iowa Secretary of State Certificate of Existence for CRST Lincoln Sales, Inc.

6.      Attached as **Exhibit E** is a true and correct copy of the Iowa Secretary of State Certificate of Registration for CRST Specialized Transportation, Inc.

7.      Attached as **Exhibit F** is a true and correct copy of an August 23, 2024 post on Defendants' website. *See* Mike Gannon Appointed CRST CEO and President | CRST (last accessed Nov. 15, 2024).

8.      Attached as **Exhibit G** is a true and correct copy of a September 19, 2024 post on Defendants' website. *See* CRST Appoints Bill Clement as Group President and Chief Strategy Officer | CRST (last accessed Nov. 15, 2024).

9.      Attached as **Exhibit H** is a true and correct copy of the Iowa Secretary of State Application for Certificate of Authority regarding CRST Specialized Transportation, Inc.

10.     Attached as **Exhibit I** is a true and correct copy of the Iowa Secretary of State Statement of Change of Registered Office and/or Registered Agent regarding CRST Specialized Transportation, Inc.

11.     Attached as **Exhibit J** is a true and correct copy of a January 9, 2015 invoice which was retrieved from the docket in the lawsuit *CRST Specialized Transportation Inc. v. Five Star Logistics LLC*, No. 1:16-cv-00034 (N.D. Ind.).

12.     Attached as **Exhibit K** is a true and correct copy of the crst.com website home page. *See* https://crst.com (last accessed Nov. 15, 2024).

2

13.    Attached as **Exhibit L** is a true and correct copy of the CRST Specialized

Transportation, Inc. 2024 Biennial Report which I retrieved from the website

https://sos.iowa.gov/ on or about November 14, 2024.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct to the best of my knowledge.

 November 15, 2024

/s/ Elizabeth A. Fegan
Elizabeth A. Fegan

3