# EXHIBIT A

# 551A - BUSINESS OPPORTUNITY PROMOTIONS - IRREVOCABLE CONSENTS

A seller shall file an irrevocable consent with the secretary of state. The seller shall file the irrevocable consent prior to executing a business opportunity contract or engaging in the sale of a business opportunity in this state. The irrevocable consent shall appoint the secretary of state to be the seller's attorney to receive service of any lawful process in a noncriminal suit, action, or proceeding against the seller or the seller's successor, executor, or administrator which arises under this chapter after the irrevocable consent has been filed. The irrevocable consent shall have the same force and validity as if the seller were served service of process personally.

Last updated 7/31/2024

| ENTITY NAME | CONTACT INFORMATION |
|---|---|
| 1-800-BOARDUP Disaster Victim Assistance, Inc. | Douglas R. Ferguson<br>Robinson Waters & O'Dorisio, P.C.<br>1099 18th St. Ste 2600<br>Denver, CO 80202 |
| Aaron Rents, Inc. | Chris Chapman<br>Vice President, Legal<br>309 East Paces Ferry Road, NE<br>Atlanta, GA30305-2377 |
| Ace Painting Franchising, LLC | Douglas R. Ferguson<br>Robinson Waters & O'Dorisio, P.C.<br>1099 18th Street, Suite 2600<br>Denver, CO 80202 |
| ACU Development, LLC | Law Offices of C. David Martinez, PLLC<br>Attn: C. David Martinez<br>2450 S. Gilbert Rd. Ste. 100<br>Chandler, AZ 85286 |
| Advance Look Building Inspections & Environmental Testing | Francis X. Finigan<br>14 Merchant St.<br>Barre, VT 05641 |
| Always Best Care Senior Services | Cross-reference - see Newman Capital Investments, LLC |
| American Pickleball Association, Inc. | Douglas R. Ferguson<br>Robinson Waters & O'Dorisio, P.C.<br>1099 18th Street, Suite 2600<br>Denver, CO 80202 |
| Ameriprise Financial Services, Inc. | 200 Ameriprise Financial Center<br>Minneapolis, MN 55474 |
| AmSpirit Francise Corporation | AmSpirit Franchise Corporation<br>Attn: Frank J. Agin, President<br>158 West Johnstown Road<br>Columbus, OH 43230 |
| Angels Monitoring Franchise, LLC | Shelton Law & Associates, LLC<br>1320 Arrow Point Drive, Suite 501-90<br>Cedar Park, TX  78613 |
| Automotive Technologies, Inc. | Attn:  Kevin Kennedy, Esquire<br>Wiggin and Dana LLP<br>One Century Tower, PO Box 1832<br>New Haven, CT 06508 |
| Big O Tires, LLC | Robinson Waters & O'Dorisio, P.C.<br>Attn: Robert B. Bliss<br>1099 18th St, Ste 2600<br>Denver, CO 80202-1926 |
| Big Red Wagon | Susan Nimon, President<br>7317 Scioto Parkway<br>Powell, OH 43065 |
| BioPure LLC | BioPure LLC<br>6221 Riverside Dr, #1N<br>Dublin, OH 43017 |
| Blue Coast Financial Group, LLC | Briskin, Cross & Sanford, LLC<br>1001 Cambridge Square, Suite D<br>Alpharetta, GA 30009 |

| | |
|---|---|
| Blue Eagle Franchising, LLC | Kara K. Martin<br>Franchise & Business Law Group<br>222 South Main Street, Suite 500<br>Salt Lake City, UT 84101 |
| Book by Owner Franchising, LLC | Douglas R. Ferguson<br>Robinson Waters & O'Dorisio, P.C.<br>1099 18th St. Ste 2600<br>Denver, CO 80202 |
| Boulder Designs Franchising, LLC | Shelton Law & Associates, LLC<br>1320 Arrow Point Drive Ste 501-90<br>Cedar Park, TX 78613 |
| BoxDrop, LLC | BoxDrop, LLC<br>6221 Riverside Drive, #2N<br>Dublin, OH 43017 |
| Bridge to Better Living Franchising, LLC | John W. Herdzina<br>Abrahams Kaslow & Cassman LLP<br>8712 West Dodge Road, Ste 300<br>Omaha, NE 68114 |
| CallRN Franchise, Inc. | Daniel Warshawsky, Esq<br>Warshawsky Seltzer, PLLC<br>9943 East Bell Road<br>Scottsdale, AZ 85260 |
| Carol Anderson by Invitation, LLC | Fisher Zucker, LLC<br>Attn: Lane Fisher<br>21 South 21st Street<br>Philadelphia, PA 19103 |
| Cellairis Franchise, Inc. | Jason S. Adler<br>Kaufman, Miller & Sivertsen<br>8215 Roswell Rd, Bldg 800<br>Atlanta, GA 30350-6445 |
| ChemStation International Inc. | Attn:  President<br>2400 Encrete Lane<br>Dayton, OH 45439 |
| Chen Enterprises, Inc. | Yuan Chen, President<br>4810 Elmore Ave. Ste H<br>Davenport, IA 52807 |
| Choose Home Franchise Co., L.L.C. | Lawrence A. Esrick<br>9324 E. Raintree Dr, Ste 100<br>Scottsdale, AZ 85260 |
| Claw Events Franchising LLC | Claw Events Franchising LLC<br>1 Oakwood Avenue, Suite 542<br>Dayton, OH 45409 |
| Cold Stone Creamery, Inc. | Melanie K. Hansen<br>9311 E. Via De Ventura<br>Scottsdale, AZ 85258 |
| Companion Connection Senior Care, Inc. | David M. Goodman, President<br>53 Hill Street<br>Southampton, NY 11968 |
| Contours Express, LLC | William Helton<br>156 Imperial Way<br>Nicholasville, KY 40356 |
| Crestcom International, LLC | Douglas R. Ferguson<br>Robinson Waters & O'Dorisio, P.C.<br>1099 18th St, Ste 2600<br>Denver, CO 80202 |
| Crisp & Green Franchising LLC | Crisp & Green Franchising LLC<br>746 Mill Street East<br>Wayzata, MN 55391 |

| | |
|---|---|
| Crumbl Franchising, LLC | Nate Whitaker<br>Franchise & Business Law Group<br>American Plaza II<br>57 West 200 South, Ste 350<br>Salt Lake City, UT 84101 |
| Cyberbacker International, Inc. | C. Christian Thompson<br>Franchise & Business Law Group<br>222 South Main Street, Suite 500<br>Salt Lake City, Utah 84101<br>cthompson@fblglaw.com |
| DVDNow Kiosks, Inc. | Scott McInnes<br>140 - 890 Harbourside<br>North Vancouver, BC V7P 3t7<br>Canada |
| Data Doctors Franchise Systems, Inc. | Susan E. Wells<br>Susan E. Wells, P.C.<br>10810 N. Tatun #102-201<br>Phoenix, AZ 85028 |
| Dazbog Coffee Franchising, LLC | Douglas R. Ferguson<br>Robinson Waters & O'Dorisio, P.C.<br>1099 18th St, Ste 2600<br>Denver, CO 80202 |
| Deli Management, Inc. | C T Corporation System<br>400 East Court Avenue, Suite 110<br>Des Moines, IA 50309 |
| Dentsmart, Inc. | David H. Haxton, President<br>3173 Meadow Lane<br>Murfreesboro, TN 37130 |
| Dirty Dough Franchising LLC | Kara Martin<br>Franchise & Business Law Group<br>222 South Main Street, Suite 500<br>Salt Lake City, UT 84101 |
| Dog Training Elite Franchising, LLC | C. Christian Thompson<br>Franchise & Business Law Group<br>222 South Main Street, Suite 500<br>Salt Lake City, Utah 84101<br>cthompson@fblglaw.com |
| Ecostreams International, LLC | Darrell Creswell<br>5940 Tradewind Pt<br>Colorado Springs, CO 80917 |
| Elephant In The Room Franchising Company, LLC | Douglas R. Ferguson<br>Robinson Waters & O'Dorisio, P.C.<br>1099 18th Street, Suite 2600<br>Denver, Co 80202 |
| Enlightened Ventures LLC | Susan E. Wells, Esq.<br>Wells & Gerstman PLLC<br>5635 N. Scottsdale Rd. Ste 170<br>Scottsdale, AZ 85250 |
| Epcon Communities Franchising, Inc. | Attn: Joel D. Rhoades Esq.<br>Vice President and General Counsel<br>Epcon Communities Franchising, Inc.<br>500 Stonehenge Pkwy<br>Dublin, OH 43017 |
| F45 Training Incorporated | F45 Training Incorporated<br>Attn: Adam J. Gilchrist<br>7119 West Sunset Blvd. #553<br>Los Angeles, CA 90046 |
| FasTracKids International, Ltd. | Douglas R. Ferguson<br>Robinson Waters & O'Dorisio, P.C.<br>1099 18th Street, Suite 2600<br>Denver, CO 80202 |

| | |
|---|---|
| Fat Shack America, LLC | Douglas R. Ferguson<br>Robinson Waters & O'Dorisio PC<br>1099 18th St., Ste 2600<br>Denver, CO 80202 |
| FETCH! Pet Care, Inc. | FETCH! Pet Care, Inc.<br>Attn: President<br>7086 Corporate Way<br>Dayton, OH 45459-4294 |
| Flagship Marketing Group, Inc. | Ken Levin<br>28 West 36th St., Ste 902<br>New York, NY 10018 |
| F-O-R-T-U-N-E Franchise Corporation | Jeffrey Herzog, President<br>F-O-R-T-U-N-E Franchise Corporation<br>1983 Marcus Avenue, Suite 106<br>Lake Success, New York 11042 |
| Fortusis, LLC | C. Christian Thompson<br>Franchise & Business Law Group<br>222 South Main Street, Suite 500<br>Salt Lake City, Utah 84101<br>cthompson@fblglaw.com |
| Found Extra Money, LLC | Matthew J. Kreutzer, Esq.<br>Howard and Howard Attorneys PLLC<br>3800 Howard Hughes Pkwy, Ste 1000<br>Las Vegas, NV 89169 |
| Franchise Training Institute, Inc. | Marilyn Nathanson<br>Lathrop Gage LLP<br>7701 Forsyth Blvd, Ste 500<br>St. Louis, MO 63105 |
| Frontranger, Inc.<br>**dba** Top Dog Daycare | 3116 Karen Place<br>Colorado Springs, CO 80907 |
| Gelatissimo USA LLC | Matthew J. Kreutzer, Esq.<br>Howard and Howard Attorneys PLLC<br>3800 Howard Hughes Pkwy, Suite 1000<br>Las Vegas, NV  89169 |
| GIM Franchising | Davis, Brown, Koehn, Shores & Roberts, P.C.<br>Attn:  Jason Ross<br>215 - 10th Street, Suite 1300<br>Des Moines, IA 50309 |
| Globaltranz Network LLC | Susan E. Wells<br>Susan E. Wells, P.C.<br>10810 N. Tatum, #102-201<br>Phoenix, AZ 85028 |
| Green Beans Coffe Company, LLC | Douglas R. Ferguson<br>Robinson, Waters & O'Dorisio, P.C.<br>1099 18th St, Ste 2600<br>Denver, CO 80202 |
| John Green Consulting, Inc. | John Sostak<br>1229 N. North Branch, Ste 302<br>Chicago, IL 60622 |
| Kwik Kar Franchising, LLC | Douglas R. Ferguson<br>Robinson Waters & O'Dorisio, P.C.<br>1099 18th Street, Suite 2600<br>Denver, CO 80202 |
| Handyman Matters Franchise Corporation | Douglas R. Ferguson<br>Robinson Waters & O'Dorisio PC<br>1099 18th St., Ste 2600<br>Denver, CO 80202 |

| | |
|---|---|
| Hard Rock Hotel Licensing, Inc. | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| The Hat Club Franchise, LLC | Susan E. Wells<br>Susan E. Wells, P.C.<br>10810 N. Tatum, #102-201<br>Phoenix, AZ 85028 |
| HCAFranchise Corporation | Matthew J. Kreutzer, Esq.<br>Howard and Howard Attorneys PLLC<br>3800 Howard Hughes Pkwy, Suite 1000<br>Las Vegas, NV 89169 |
| Heuss Printing Express, Inc. | Donald E. Heuss<br>903 N. 2nd Ave.<br>Ames, IA 50010 |
| Home Video Franchise Corp. | Mitchell J. Kassoff<br>2 Foster Ct<br>South Orange, NJ 07079-1002 |
| Infinite Ventures LLC | Douglas R. Ferguson<br>Robinson Waters & O'Dorisio PC<br>1099 18th St., Ste 2600<br>Denver, CO 80202 |
| Interlake Chemicals USA, LLC | Paggy Sigurdur<br>19096-115 North<br>Gimli, Manitoba, Canada ROC 1B0 |
| The Joint Corp. | C. David Martinez<br>Law Offices of C. David Martinez, PLLC<br>2450 S. Gilbert Rd., Ste. 100<br>Chandler, AZ 85286 |
| Just Between Friends Franchise Systems, Inc. | Shannon Wilburn<br>325 North Butternut Place<br>Broken Arrow, OK 74012 |
| KJ-Licensing, LLC | C. Christian Thompson<br>Franchise & Business Law Group<br>222 South Main Street, Suite 500<br>Salt Lake City, Utah 84101 |
| KNO Franchising Ltd. | Douglas R. Fergusen<br>Robinson Waters & O'Dorision, P.C.<br>1099 18th St, Ste 2600<br>Denver, CO 80202 |
| LX Enterprises, Inc. | Matthew J. Kreutzer<br>Armstrong Teasdale LLP<br>317 South 6th St.<br>Las Vegas, NV 89101 |
| Logo Studio | Cross-reference - see Premium Incentives, Inc. |
| Mathwizard Franchising, LLC | Mathwizard Franchising, llc<br>10202 Sawmill Parkway<br>Powell, OH 43065 |
| Maui Wowi Franchising, Inc. | Douglas R. Ferguson<br>Robinson Waters & O'Dorisio, P.C.<br>1099 18th Street, Suite 2600<br>Denver, CO 80202 |
| Miche Bag, LLC | Lee A. Wright<br>Kirton & Mconkie<br>1800 Eagle Gate Tower<br>60 East South Temple<br>PO Box 45120<br>Salt Lake City, UT 84145-0120 |

| | |
|---|---|
| Midtown Chimney Sweeps Franchising, LLC | Douglas R. Ferguson<br>Robinson Waters & O'Dorisio, P.C.<br>1099 18th Street, Suite 2600<br>Denver, CO 80202 |
| Monkey Joe's Franchising, LLC | Jason S. Adler<br>Kaufman, Miller & Sivertsen<br>8215 Roswell Road, Bldg. 800<br>Atlantic, GA 30350-6445 |
| Murphy Business and Financial Corporation | Steven W.Moore<br>8200 Bryan Dairy Rd, Ste 300<br>Largo, FL 33777 |
| My Place Hotels of America, LLC, a South Dakota<br>Limited Liability Company | Matthew J. Campbell<br>1910 8th Ave NE<br>Aberdeen, SD 57401 |
| Namaste Nail Sanctuary, LLC | Law Offices of C. David Martinez, PLLC<br>ATTN: C. David Martinez<br>2450 S. Gilbert Rd., Ste. 100<br>Chandler, AZ 85286 |
| Nerds To Go Franchise Corporation | Kevin Kennedy<br>Wiggin and Dana LLP<br>One Century Tower<br>PO Box 1832<br>New Haven, CT 06508 |
| Newman Capital Investments, LLC<br>**dba** Always Best Care Senior Services | Michael Newman<br>6939 Sunrise Blvd, Ste 203<br>Citrus Heights, CA 95610 |
| NGW, LLC | Daniel Warshawsky, Esq.<br>Warshawsky Seltzer, PLLC<br>9943 East Bell Road<br>Scottsdale, AZ 85260 |
| Oxi Fresh Franchising Co., Inc. | Douglas R. Ferguson<br>Robinson Waters & O'Dorisio PC<br>1099 18th St., Ste 2600<br>Denver, CO 80202 |
| Painter Bros Franchising, LLC | C. Christian Thompson<br>Franchise & Business Law Group<br>222 South Main Street, Suite 500<br>Salt Lake City, Utah 84101<br>cthompson@fblglaw.com |
| Pampered Peach Franchising, LLC | Shelton Law & Associates, LLC<br>1320 Arrow Point Drive<br>Ste 501<br>Cedar Park, TX 78613 |
| Paramount Franchising, L.L.C. | C. Christian Thompson<br>Franchise & Business Law Group<br>222 South Main Street, Suite 500<br>Salt Lake City, Utah 84101<br>cthompson@fblglaw.com |
| Party Princess International LLC<br>F/K/A Party Princess USA LLC | Douglas R. Ferguson<br>Robinson Waters & O'Dorisio PC<br>1099 18th St., Ste 2600<br>Denver, CO 80202 |
| Paul Revere's Pizza International, LLC | Jeffrey A. Schuster<br>1570 – 42nd St NE<br>Cedar Rapids, IA 52402 |
| Phoenix Franchise Group, LLC | C. Christian Thompson<br>Franchise & Business Law Group<br>222 South Main Street, Suite 500<br>Salt Lake City, Utah 84101<br>cthompson@fblglaw.com |

| | |
|---|---|
| Premier Rental-Purchase, Inc. | 5248 Olde Towne Road, Ste 10<br>Williamsburg, VA 23188 |
| Premium Incentives, Inc.<br>**dba** Logo Studio | Scott Johnson<br>2240 East Cedar Street<br>Ontario, CA 91761 |
| Press-A-Print International, LLC | Travis Young<br>1463 Commerce Way<br>Idaho Falls, ID 83401 |
| Prime Foods Group, LLC | C. Christian Thompson<br>Franchise & Business Law Group<br>222 South Main Street, Suite 500<br>Salt Lake City, Utah 84101<br>cthompson@fblglaw.com |
| Printa Systems, LLC **dba** PromoSlam | Travis Young, General Manager<br>Printa Systems, LLC d/b/a/ PromoSlam<br>1359 Commerce Way<br>Idaho Falls, ID 83401 |
| <u>PromoSlam</u> | Cross-reference – See Printa Systems, LLC |
| ProteinHouse Franchising, LLC | Matthew J. Kreutzer, Esq.<br>Howard and Howard Attorneys PLLC<br>3800 Howard Hughes Pkwy, Suite 1000<br>Las Vegas, NV 89169 |
| Real Deals, Inc. "Real Deals on Home Décor" | Kara K. Martin<br>The Franchise & Business Law Group<br>222 South Main Street, Suite 500<br>Salt Lake City, Utah 84101 |
| ReBath, LLC | David G. Sanders<br>1055 South Country Club Dr, Bldg 2<br>Mesa, AZ 85210 |
| Redline Gear Cleaning Franchise Corp. | Douglas R. Ferguson<br>Robinson Waters & O'Dorisio, P.C.<br>1099 18th Street, Suite 2600<br>Denver, CO  80202 |
| Rocket Vending Inc. | Dori Mirkow<br>4851 W Hillsboro Blvd Ste A-11<br>Coconut Creek, FL 33073 |
| Rosatti's Pizza Enterprise, Inc | Shelton Law & Associates, LLC<br>1320 Arrow Point Drive<br>Ste 501<br>Cedar Park, TX 78613 |
| RX2Live, LLC | Law Offices of C. David Martinez, PLLC<br>Attn: C. David Martinez<br>2450 S. Gilbert Rd., Ste. 100<br>Chandler, AZ 85286 |
| S+S MVMT Enterprises, LLC d/b/a Victress MVMT | 8245 Cody Drive, Suita A<br>Lincoln, NE 68512 |
| Saltire Brands LLC | Saltire Brands LLC<br>Attn: President<br>400 TechneCenter Drive, Suite 101<br>Milford, OH 45150 |
| SAMPA Corp. | Daniel J. Block<br>Robinson Waters & O'Dorisio, P.C<br>1099 18th St., Ste 2600<br>Denver, CO 80202 |
| Scales 'N Tails Franchising, LLC | Douglas R. Ferguson<br>Robinson Waters & O'Dorisio, P.C<br>1099 18th St., Ste 2600<br>Denver, CO 80202 |

| | |
|---|---|
| Senior Care Authority, LLC | Matthew J. Kreutzer, Esq.<br>Howard and Howard Attorneys PLLC<br>3800 Howard Hughes Pkwy, Suite 1000<br>Las Vegas, NV 89169 |
| Signature Real Estate International, Inc. | Matthew J. Kreutzer, Esq.<br>Howard and Howard Attorneys PLLC<br>3800 Howard Hughes Pkwy, Ste 1000<br>Las Vegas, NV 89169 |
| Singers Company, LLC | C. Christian Thompson<br>Franchise & Business Law Group<br>222 South Main Street, Suite 500<br>Salt Lake City, Utah 84101<br>cthompson@fblglaw.com |
| Sito Marketing, LLC | Logan Chierotti<br>999 18th St, Ste 3000<br>Denver CO 80202 |
| Smart Cow Franchising, LLC | Douglas R. Ferguson<br>Robinson Waters & O'Dorisio, P.C<br>1099 18th St., Ste 2600<br>Denver, CO 80202 |
| Social5 Development Group, LLC | Attn: Chris Kenney<br>28 South 1100 East, Suite C<br>American Fork, UT 84003 |
| Soft Tec Products LP DBA SlipDoctors | Greg Cohen<br>2101 Midway Rd Ste 350<br>Carrollton, TX 75006 |
| Southwet Greens International, LLC | Susan E. Wells<br>Susan E. Wells, P.C.<br>10810 N. Tatum, #102-201<br>Phoenix, AZ 85028 |
| Southwest Putting Green Technologies, Inc. | Susan E. Wells<br>Susan E. Wells, P.C.<br>10810 N. Tatum, #102-201<br>Phoenix, AZ 85028 |
| Spanish Academies LLC | Mark Mellett<br>6740 Clough Pike, Ste 203<br>Cincinnati, OH 45244 |
| Stair Fitter Franchising, LLC | Douglas R. Ferguson<br>Robinson Waters & O'Dorisio, P.C.<br>1099 18th Street, Suite 2600<br>Denver, Co 80202 |
| Stanley Industrial & Automotive, LLC | Attn: Ethan S. Feldman, Legal Counsel, GTS<br>Stanley Black & Decker, Inc.<br>701 E Joppa Road<br>Mail Stop No. TW230<br>Townson, Maryland 21286 |
| Stanley Steemer International, Inc. | D. Ryan Jankowski, Esq.<br>Vice President of Legal Affairs<br>& Chief Administrative Officer<br>Stanley Steemer International, Inc.<br>5800 Innovation Drive<br>Dublin, Ohio 43016 |
| Swig Franchising, LLC | C. Christian Thompson<br>Franchise & Business Law Group<br>222 South Main Street, Suite 500<br>Salt Lake City, Utah 84101 |
| Tastee Freez, LLC | Robert E. Mathews<br>4440 Von Karman Ave, Ste 222<br>PO Box 7460<br>Newport Beach, CA 92658-7460 |

| | |
|---|---|
| Team Up Enterprises, LLC | C. Christian Thompson<br>Franchise & Business Law Group<br>222 South Main Street, Suite 500<br>Salt Lake City, Utah 84101 |
| Tche Franchising, LLC | C. Christian Thompson<br>Franchise & Business Law Group<br>222 South Main Street, Suite 500<br>Salt Lake City, Utah 84101<br>cthompson@fblglaw.com |
| Tilford's Franchise, LLC | Douglas R. Ferguson<br>Robinson Waters & O'Dorisio, P.C.<br>1099 18th Street, Suite 2600<br>Denver, CO 80202 |
| Tobmar Investments International, Inc. | Daniel Warshawsky, Esq<br>Warshawsky Seltzer, PLLC<br>9943 East Bell Road<br>Scottsdale, AZ 85260 |
| Tom and Chee Worldwide LLC | Tom and Chee Worldwide, LLC<br>125 E Court St, Ste 400<br>Cincinnati, OH 45202 |
| Top Dog Daycare | Cross-reference - see Frontranger, inc. |
| Tossed Franchise Corporation | Brad A. Denton/C. David Martinez<br>Gunderson, Denton & Proffitt, P.C.<br>1930 N. Arboleda Rd, Ste 201<br>Mesa, AZ 85213 |
| Town Planner Franchising, Inc. | Larry Paulozzi<br>7271 Engle Rd, Ste 309<br>Cleveland, OH 44130 |
| USA-Canada Vending Group, Inc. | Kenneth Levin<br>28 West 36th St, Ste 902<br>New York, NY 10018 |
| U-Swirl International, Inc. | Daniel J. Block<br>Robinson Waters & O'Dorisio, P.C.<br>1099 18th St, Ste 2600<br>Denver, CO 80202 |
| United Marketing Associates Corporation | Kenneth I. Levin<br>28 W. 36th St, Ste 902<br>New York, NY 10018 |
| United Marketing Associates I Corporation | Kenneth I. Levin<br>1562 First Ave, Ste 339<br>New York, NY 10028 |
| United Marketing Associates II Corporation | Kenneth I. Levin<br>28 W. 36th St, Ste 902<br>New York, NY 10018 |
| United Marketing Associates III Corporation | Kenneth I. Levin<br>28 W. 36th St, Ste 902<br>New York, NY 10018 |
| V2K Window Fashions, Inc. | Daniel J. Block<br>Robinson Waters & O'Dorisio, P.C.<br>1099 18th St., Ste 2600<br>Denver, CO 80202 |
| V's Barbershop Franchise, LLC | Susan E. Wells<br>Susan E. Wells, P.C.<br>10810 N. Tatum, #102-201<br>Phoenix, AZ 85028 |
| Vend Tech International, Inc. | Heath Falzarano, President<br>2475 George Urban Blvd.<br>Depew, NY 14043 |

| | |
|---|---|
| Waterway Franchise, LLC | Kevin Kennedy<br>Wiggin and Dana LLP<br>1 Century Tower<br>PO Box 1832<br>New Haven, CT 06508 |
| Wellington Systems, Inc. | Joseph Schumacher<br>Wiggin and Dana LLP<br>1001 Hector St, Ste 240<br>Conshohocken, PA 19428-2395 |
| Wiki-Licious Franchises LLC | C. Christian Thompson<br>Franchise & Business Law Group<br>222 South Main Street, Suite 500<br>Salt Lake City, Utah 84101 |
| Wines by Jennifer Franchise, Inc. | Matthew J. Kreutzer, Esq.<br>Howard and Howard Attorneys PLLC<br>3800 Howard Hughes Pkwy, Ste 1000<br>Las Vegas, NV 89169 |
| Ziebart Corporation | Thomas E. Wolfe<br>Ziebart International Corporation<br>1290 E. Maple Road<br>Troy, MI 48083 |
| Ziggi's Coffee Franchise, LLC | Douglas R. Ferguson<br>Robinson Waters & O'Dorisio, P.C.<br>1099 18th Street, Suite 2600<br>Denver, CO 80202 |
| Zippy Shell, Incorporated | Attn: Chief Executive Officer<br>3050 K Street, N.W., Suite 170<br>Washington, D.C. 20007 |
| Zippy Shell USA, LLC | ATTN: Chief Executive Officer<br>1023 31st Street, N.W.<br>Washington, D.C. 20007 |
| Z-Tech, Inc. | Andres Gallegos<br>501 Eubank Blvd SE<br>Albuquerque, NM 87123 |