# EXHIBIT B

(https://crst.com)

# Our History

## About Us

CRST The Transportation Solution, Inc. is one of the nation's largest privately held transportation and logistics companies.



# Since 1955

For more than 70 years, we've earned a reputation for excellent service. That's because we deliver on our promises to our customers — and each other — every time.

Case 1:24-cv-00082-CJW-KEM     Document 40-3     Filed 11/15/24     Page 2 of 9

(https://crst.com)



Powered by the expertise of its Solutions Centers, CRST provides a broad array of transportation and logistics solutions, including dedicated services, truckload capacity solutions, flatbed, transportation management, high-value product white-glove services, team expedited, and home delivery.



## DEDICATED
### SOLUTIONS

**LEARN MORE
(HTTPS://CRST.COM/TRANSPORTATION-SOLUTIONS/DEDICATED-SOLUTIONS/)**



## CAPACITY
### SOLUTIONS

**LEARN MORE
(HTTPS://CRST.COM/TRANSPORTATION-SOLUTIONS/CAPACITY-SOLUTIONS/)**



(https://crst.com)

# FINAL MILE
## SOLUTIONS

**LEARN MORE**
**(HTTPS://CRST.COM/TRANSPORTATION-SOLUTIONS/FINAL-MILE-SOLUTIONS/)**



# SPECIALIZED
## SOLUTIONS

**LEARN MORE**
**(HTTPS://CRST.COM/TRANSPORTATION-SOLUTIONS/SPECIALIZED-SOLUTIONS/)**



Case 1:24-cv-00082-CJW-KEM    Document 40-3    Filed 11/15/24    Page 4 of 9

(https://crst.com)

# *Family Owned*
## (and proud of it)!

In 1955, Herald ("Smitty") and Miriam Smith started Cedar Rapids Steel Transport out of a refurbished chicken coop they purchased for $125.

At the time, they had no trucks or customers, but Smitty convinced firms he could save them money. He contracted with owner-operators hauling livestock to Chicago to return to the Cedar Rapids area with loads of steel instead of empty trucks.

Family-owned to this day, CRST has grown to a $2 billion nationwide enterprise. While the scope of services may have changed, the company's focus on Delivering Promises to customers has been the goal for nearly 70 years.

←                                                                    →

# CRST TIMELINE



()

**1984**

CRST Acquires Malone Freigh

**1955**

Herald "Smitty" Smith Jr. and his wife, Miriam, purchase the Cedar Rapids Steel Transportation, Inc. franchise for $10,000.

**1974**

Cedar Rapids Steel Transport renamed as CRST.

● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ●

Case 1:24-cv-00082-CJW-KEM     Document 40-3     Filed 11/15/24     Page 5 of 9

(https://crst.com)

# Press Releases



## CRST Named a 2024 Carrier of the Year by C.H. Robinson (https://crst.com/2024-carrier-of-the-year-ch-robinson/)

June 18, 2024



## 2024 Drive to Inspire Honors Impeccable Safety Records & Top Agents (https://crst.com/2024-drive-to-inspire/)

April 26, 2024

**SEARCH DRIVING JOBS (HTTPS://CRSTRECRUITER.CRST.COM/JOBS)**

Case 1:24-cv-00082-CJW-KEM    Document 40-3    Filed 11/15/24    Page 6 of 9

(https://crst.com)

**SEARCH CORPORATE CAREERS
(HTTPS://CRST1.REC.PRO.UKG.NET/CRS1000CTEI/JOBBOARD/3F7AB554-0055-4DDB-8AD8-
B320514F51CA/?Q=&O=POSTEDDATEDESC&W=&WC=&WE=&WPST=)**

**REQUEST A QUOTE
(HTTPS://CRST.COM/REQUEST-QUOTE/)**

Case 1:24-cv-00082-CJW-KEM    Document 40-3    Filed 11/15/24    Page 7 of 9

**About (https://crst.com/about-crst/)**

(https://crst.com)   Safety(https://crst.com/safety/)

Veterans(https://crst.com/veterans/)

Celebrating Our Drivers(https://crst.com/about-crst/celebrating-our-drivers/)

Women in Trucking(https://crst.com/women-in-trucking/)

Events(https://crst.com/events/)

CRST News(/category/news/)

Blog(https://crst.com/blog/)

**Driving Careers (https://crst.com/driving-careers/career-path/)**

Drivers(https://crst.com/driving-careers/)

Agents(https://crst.com/driving-careers/agents/)

Solo(https://crst.com/driving-careers/solo/)

Team(https://crst.com/driving-careers/teams/)

Owner Operator(https://crst.com/driving-careers/owneroperator/)

Lease Purchase(https://crst.com/driving-careers/leasepurchase/)

Mechanics(https://crst.com/mechanic-careers/)

**Corporate Careers (https://crst.com/corporate-careers/)**

Sales Careers(https://crst.com/corporate-careers/sales/)

Operations Careers(https://crst.com/corporate-careers/operations/)

Customer Service(https://crst.com/corporate-careers/customer-service/)

IT Careers(https://crst.com/corporate-careers/it-careers/)

Early Career Programs(https://crst.com/corporate-careers/early-career-programs/)

Hiring Practices(https://crst.com/corporate-careers/our-hiring-process/)

**Solutions (https://crst.com/transportation-solutions/)**

Capacity(https://crst.com/transportation-solutions/capacity-solutions/)

Dedicated(https://crst.com/transportation-solutions/dedicated-solutions/)

Final Mile(https://crst.com/transportation-solutions/final-mile-solutions/)

Specialized(https://crst.com/transportation-solutions/specialized-solutions/)

**Resources (https://crst.com/resources/)**

Contact Us(https://crst.com/resources/)

© 2024 CRST The Transportation Solution, Inc. All rights reserved. Privacy Policy. (/privacy-policy)

Driver Resources(https://crst.com/resources/driver-resources/)

Driver Career Pathing(https://crst.com/driving-careers/career-path/)

Driver Referrals(https://crst.com/referral-program/)

Equipment Sales(https://crst.com/equipment-sales/)

## CRST The Transportation Solution, Inc. is proudly an Equal Opportunity Employer

(https://crst.com)

**TRACKING
(HTTPS://TRACKING.CRST.COM/)**

**GET A QUOTE
(HTTPS://CRST.COM/REQUEST-QUOTE/)**

CRST The Transportation Solution, Inc.

201 1st Street SE, Suite 400

Cedar Rapids, Iowa

(https://www.facebook.com/CRSTcareers)   (https://x.com/CRSTcareers)

(https://www.instagram.com/crstcareers/)

(https://www.linkedin.com/company/crst/?viewAsMember=true)

(https://www.youtube.com/channel/UCT74F17RYMdMbD7qwW9WRZQ?
view_as=subscriber)

Case 1:24-cv-00082-CJW-KEM     Document 40-3     Filed 11/15/24     Page 9 of 9