# EXHIBIT C

# IOWA SECRETARY OF STATE
# PAUL D. PATE



# CERTIFICATE OF EXISTENCE

Issue Date: 11/5/2024

Name: CRST EXPEDITED, INC. (490 DP - 6609)
Date of Incorporation: 4/13/1953
Duration: PERPETUAL

    I, Paul D. Pate, Secretary of State of the State of Iowa, custodian of the records of incorporations, certify the following for the corporation named on this certificate:

    a. The entity is in existence and duly incorporated under the laws of Iowa.

    b. All fees required under the Iowa Business Corporation Act due the Secretary of State have been paid.

    c. The most recent biennial report required has been filed with the Secretary of State.

    d. Articles of dissolution have not been filed.

Certificate ID: **CS295552**

To validate certificates visit:
**sos.iowa.gov/ValidateCertificate**

Paul D. Pate, Iowa Secretary of State