# EXHIBIT E

# IOWA SECRETARY OF STATE
## PAUL D. PATE



## CERTIFICATE OF REGISTRATION

Issue Date: 10/30/2024

Name: CRST SPECIALIZED TRANSPORTATION, INC. (490 FP - 652180)
Authorized Date: 12/23/2020
Duration: PERPETUAL
State of Incorporation: INDIANA

I, Paul D. Pate, Secretary of State of the State of Iowa, custodian of the records of incorporations, certify the following for the corporation named on this certificate:

a. The entity is registered to do business in this state.

b. All fees, taxes, and penalties owed to this state have been paid.

c. The most recent biennial report required has been filed with the Secretary of State.

Certificate ID: **CS295313**

To validate certificates visit:
**sos.iowa.gov/ValidateCertificate**

Paul D. Pate, Iowa Secretary of State