# EXHIBIT F



NEWS

# Mike Gannon Appointed CRST CEO and President

## August 23, 2024

CEDAR RAPIDS, Iowa (August 23, 2024) -- CRST announced the appointment of Mike Gannon as the President and CEO of the company, effective immediately. Gannon, who previously served as Chief Operating Officer (COO) for CRST has led a very diverse and successful career at CRST over the last 40 years.

Case 1:24-cv-00082-CJW-KEM    Document 40-7    Filed 11/15/24    Page 2 of 5

"I am honored to lead Team CRST," said Gannon. "Every decision that we make and every mile that we travel is grounded in our core values of safety, integrity and a commitment to the success of every employee, customer, and community in which we operate."

Gannon began his career at CRST in 1983. He has held a variety of progressive leadership roles, including President of CRST Malone, President of CRST Expedited, Group President of CRST's Fixed Asset Division.

**"The CRST Board is pleased to have Mike take on this role as the culmination of his tenured career with CRST." John Smith, Owner & Chairman of the CRST Board**

Gannon holds a bachelor's degree in Transportation Logistics from Iowa State University and an MBA from The University of Iowa.

Hugh Ekberg who joined CRST in 2016 and was appointed President and CEO in 2018 announced his retirement earlier this week to CRST's Board of Directors and plans to pursue outside interests and spend more time with his family.

# Recent Posts

## Agent Spotlight: Chad Ainesworth, Owner of PMA GLOBAL LOGISTICS, LLC

November 14, 2024

## CRST Honoring Veterans and Their Indispensable Contribution to Trucking

November 11, 2024

## How Owner Operators Can Navigate Holiday Freight Challenges

Case 1:24-cv-00082-CJW-KEM    Document 40-7    Filed 11/15/24    Page 3 of 5

November 5, 2024

https://crst.com/mike-gannon-appointed-crst-ceo-and-president/[11/14/2024 4:31:05 PM]





**TRACKING**

**GET A QUOTE**

© 2024 CRST The Transportation Solution, Inc. All rights reserved. Privacy Policy.

https://crst.com/mike-gannon-appointed-crst-ceo-and-president/[11/14/2024 4:31:05 PM]