# EXHIBIT G



NEWS

# CRST Appoints Bill Clement as Group President and Chief Strategy Officer

September 19, 2024

CEDAR RAPIDS, IA – Sept. 19, 2024 – CRST is excited to announce the appointment of Bill Clement as the new Group President and Chief Strategy Officer at CRST. In this new role, Bill will work closely with executive leadership to shape and execute CRST's growth strategy and strategic plan, focusing on durable revenue growth and market differentiation.



## "Bill brings a wealth of strategic insight and exceptional leadership experience to this position."

"Bill brings a wealth of strategic insight and exceptional leadership experience to this position," said CRST President and CEO Mike Gannon. "His ability to build strong relationships and foster a collaborative environment will be instrumental in advancing CRST's mission."

In addition to these new strategic responsibilities, Bill will continue his leadership of the CRST's Specialized Solutions and Home Solutions teams.

"This is an exciting opportunity to lead our incredible team towards achieving sustainable growth and market excellence," said Bill Clement. "I look forward to building on our strengths and achieving new milestones together."

## "This is an exciting opportunity to lead our incredible team towards achieving sustainable growth and market excellence."

Clement joined CRST in 2018 as President of CRST's Specialized Solutions team. Previous to this role, he spent more than 25 years with CSX Transportation in progressive leadership roles including Intermodal Operations, where he oversaw a 400-unit owner-operator trucking business in addition to Intermodal Sales & Marketing. Bill's most recent role at CSX was at the helm of the $1.8 billion Intermodal Business Unit. He holds a bachelor's degree in marketing from Jacksonville University and an MBA from the University of North Florida. He completed the Advanced Management Program at the Harvard Business School.

# Recent Posts

## Agent Spotlight: Chad Ainesworth, Owner of PMA GLOBAL LOGISTICS, LLC

November 14, 2024

## CRST Honoring Veterans and Their Indispensable Contribution to Trucking

November 11, 2024

## How Owner Operators Can Navigate Holiday Freight Challenges

November 5, 2024

https://crst.com/bill-clement-group-president-and-chief-strategy-officer/[11/14/2024 4:36:51 PM]



TRACKING

GET A QUOTE

© 2024 CRST The Transportation Solution, Inc. All rights reserved. Privacy Policy.

https://crst.com/bill-clement-group-president-and-chief-strategy-officer/[11/14/2024 4:36:51 PM]