# EXHIBIT H

Iowa Secretary of State

321 East 12th Street

Des Moines, IA 50319

sos.iowa.gov



**FILED**

Date **3/1/2024 03:04 PM**

Corp No **652180**

Cert No **A24652180**

# Iowa 2024 Biennial Report for a Foreign Corporation

## Required by Iowa Code Chapter 490.1621

CRST SPECIALIZED TRANSPORTATION, INC.

Name of the Corporation

### Registered agent and registered Office

COGENCY GLOBAL INC.

Full Name

| 100 COURT AVE | SUITE 201 |
|---|---|
| Address1 | Address2 |

| DES MOINES | | IA | 50309 | USA |
|---|---|---|---|---|
| City | | State | Zip | Country |

### Mailing Address of the Registered Office, if different from its street address

| | |
|---|---|
| Address1 | Address2 |

| | | | | |
|---|---|---|---|---|
| City | | State | Zip | Country |

The corporation has no officers: ☐

The corporation has no directors: ☐

### Officers

## President
Officer Type

## BILL CLEMENT
Full Name

## 5001 US HWY 30 WEST
Address1     Address2

| FORT WAYNE | IN | 46818 | USA |
|---|---|---|---|
| City | State | Zip | Country |

## Treasurer
Officer Type

## BRENT MOHASCI
Full Name

## 3930 16TH AVENUE SW
Address1     Address2

| CEDAR RAPIDS | IA | 52404 | USA |
|---|---|---|---|
| City | State | Zip | Country |

## Director
Officer Type

## HUGH EKBERG
Full Name

## 3930 16TH AVENUE SW
Address1     Address2

| CEDAR RAPIDS | IA | 52404 | USA |
|---|---|---|---|
| City | State | Zip | Country |

Secretary
Officer Type

LISA STEPHENSON
Full Name

3930 16TH AVENUE SW
Address1

Address2

CEDAR RAPIDS
City

IA
State

52404
Zip

USA
Country

## Street Address of the Principal Office of the Corporation

5001 US HWY 30 WEST
Address1

Address2

FORT WAYNE
City

IN
State

46818
Zip

USA
Country

## Mailing Address of the Principal Office of the Corporation, if different from its street address

Address1

Address2

City

State

Zip

Country

IN
The state or country under whose laws the corporation is incorporated

No
Does the corporation hold an interest in agricultural land in Iowa?

No
Is the corporation a "family farm corporation?"

## Signature

Lisa Stephenson
Secretary

03/01/2024 15:04:12
Date