# EXHIBIT I



*PAUL D. PATE*
*Secretary of State*
*State Of Iowa*

**STATEMENT OF CHANGE
OF REGISTERED OFFICE
AND/OR
REGISTERED AGENT**

Pursuant to Iowa law, the undersigned submits this statement to change the business entity's registered office and/or registered agent in Iowa.

1.  The name of the entity is:

    **CRST SPECIALIZED TRANSPORTATION, INC.**

    The entity's Corporation Number is: **652180**

2.  The address of the CURRENT registered office as indicated on the Secretary of State's records is:

    **400 LOCUST ST STE 400, DES MOINES, IA 50309**

3.  The street address of the NEW registered office is:

    **100 COURT AVE SUITE 201, DES MOINES, IA 50309**

4.  The name of the CURRENT registered agent as indicated on the Secretary of State's records is:

    **COGENCY GLOBAL INC.**

5.  The name of the NEW registered agent is:

6.  After any/all change(s) are made, the street address of the registered office and the street address of the business office of the registered agent will be identical.

7.  Notice of the change of address has been given to the above-named entity.

8.  Signature by authorized representative:

    **Colleen DeVries**                          Date: **4/12/2023**



W A 0 0 0 1 4 5 8

4/12/2023   4:30:00PM

IOWA SECRETARY OF STATE

FILED