# EXHIBIT J



## INVOICE

For Payment Inquiries or disputes, contact:

CRST SPECIALIZED TRANSPORTATION, INC
ATTN: CRST (319) 396-4400

Delv Date: 1/9/2015                    01/13/2015

**ORIGINAL INVOICE**

**CONTRACT/PRO NUMBER FQ378100**                    **SHIP DATE: 12/30/2014**

BILL TO: FIVE STAR LOGISTICS                REMIT TO:    SPECIALIZED TRANSPORTATION
         ATTN: ACCOUNTS PAYABLE                          TAX ID# 77-0638095
         2 CRANE PARK DR                                 P.O. BOX 71279
         WILBRAHAM, MA  01095                            CHICAGO, IL 60694-1279

SHIPPER: KLA-TENCOR                         CONSIGNEE: PRIMA ELECTRO NORTH
         30000 EIGENBRODT WAY                          711 E. MAIN ST
         UNION CY, CA  94587                           CHICOPEE, MA  01020

CUSTOMER NO:    FSWIMA01                    AGENT: 7159-CUSTOMIZED TRANS SOLU
P.O./GBL NO:    1046113                            TAUNTON, MA 02780

NOAM/TARIFF NO: HVP302 /H00302 /003                    ACTUAL    WGT:    500
ACTUAL    MILES:  2,984                                 DIM       WGT:
BILLABLE MILES:  2,984                                  BILLABLE  WGT:    500

| Service Description | | Quantity | Rate | Amount |
|---|---|---|---|---|
| LINEHAUL TRANSPORTATION | | MINIMUM CHARGE | | 580.50 |
| INSURANCE SURCHARGE | 4.00 % OF LINEHAUL | | | 23.22 |
| FUEL RELATED INCREASE-LH | 27.90 % OF LINEHAUL | | | 161.96 |

THE ABOVE LINEHAUL RATE REFLECTS A 75% DISCOUNT
    P.O.D. NAME: RUTH HALEY

                                                              --------------
            TARIFF CHARGE IF PAID BY 02/07/2015, REMIT THIS AMOUNT    765.68
                    SURCHARGE PER FEDERAL REGULATIONS                  25.00
            PAY THIS AMOUNT AFTER    02/07/2015                       790.68

        CREDIT SERVICE CHARGE--A CREDIT SERVICE CHARGE HAS BEEN ADDED TO
    THE BASE TARIFF PER 49 C.F.R. SEC 377.203(E).  SERVICE CHARGE IS 2% OF
    TOTAL --- $25.00 MINIMUM.

PAGE  1

**CONTRACT/PRO NUMBER: FQ378100**     **AMOUNT DUE:    $    765.68    BY 02/07/2015**

CUSTOMER: FSWIMA01
          FIVE STAR LOGISTICS           REMIT TO:  SPECIALIZED TRANSPORTATION, INC
          ATTN: ACCOUNTS PAYABLE                    TAX ID# 77-0638095
          2 CRANE PARK DR                           P.O. BOX 71279
          WILBRAHAM, MA  01095                      CHICAGO, IL 60694-1279

Bills of Lading and shipping documents can be obtained on our website at: http://image.spectransinc.com