

# EXHIBIT K

(http://crst.com)

# TRANSPORTATION COMPANY & LOGISTICS SOLUTIONS
*Since 1955*

**SEARCH DRIVING JOBS**
**(HTTPS://CRSTRECRUITER.CRST.COM/JOBS)**

**SEARCH NON-DRIVING JOBS**
**(HTTPS://CRST1.REC.PRO.UKG.NET/CRS1000CTEI/JOBBOARD/3F7AB554-0055-4DDB-8AD8-**
**B320514F51CA/?Q=&O=POSTEDDATEDESC&W=&WC=&WE=&WPST=)**

**REQUEST A QUOTE**
**(HTTPS://CRST.COM/REQUEST-QUOTE/)**



## DEDICATED
### SOLUTIONS

**LEARN MORE**
**(HTTPS://CRST.COM/TRANSPORTATION-SOLUTIONS/DEDICATED-SOLUTIONS/)**



## CAPACITY
### SOLUTIONS

**LEARN MORE**
**(HTTPS://CRST.COM/TRANSPORTATION-SOLUTIONS/CAPACITY-SOLUTIONS/)**



We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

Ok    No    Privacy policy (https://crst.com/privacy-policy/)

## FINAL MILE
### SOLUTIONS

Case 1:24-cv-00082-CJW-KEM    Document 40-12    Filed 11/15/24    Page 2 of 8

(htt█████/crst.com)

**LEARN MORE**
**(HTTPS://CRST.COM/TRANSPORTATION-SOLUTIONS/FINAL-MILE-SOLUTIONS/)**



# SPECIALIZED
## SOLUTIONS

**LEARN MORE**
**(HTTPS://CRST.COM/TRANSPORTATION-SOLUTIONS/SPECIALIZED-SOLUTIONS/)**

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

Ok     No      Privacy policy (https://crst.com/privacy-policy/)

Case 1:24-cv-00082-CJW-KEM     Document 40-12     Filed 11/15/24     Page 3 of 8

(http://crst.com)



# DELIVERING ON THE PROMISE OF SAFETY TO OURSELVES AND EACH OTHER.

At CRST, safety is at the core of everything we do. Whether it's driving down the road (https://crst.com/transportation-solutions/) or working in a shop or office, keeping our workplace safe is a priority.

**LEARN MORE ABOUT SAFETY (HTTPS://CRST.COM/SAFETY/)**

## *Read* MORE ABOUT LIFE AT CRST

———————————— From The Blog ————————————

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

Ok     No     Privacy policy (https://crst.com/privacy-policy/)

Case 1:24-cv-00082-CJW-KEM     Document 40-12     Filed 11/15/24     Page 4 of 8

(https://crst.com)



### Agent Spotlight: Chad Ainesworth, Owner of PMA GLOBAL LOGISTICS, LLC (https://crst.com/agent-spotlight-chad-ainesworth-owner-of-pma-global-logistics-llc/)

November 14, 2024



### CRST Honoring Veterans and Their Indispensable Contribution to Trucking (https://crst.com/crst-honoring-veterans-and-their-contribution-to-trucking/)

November 11, 2024



We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

Ok    No    Privacy policy (https://crst.com/privacy-policy/)

Case 1:24-cv-00082-CJW-KEM    Document 40-12    Filed 11/15/24    Page 5 of 8

(http://crst.com)

**READ ALL BLOG POSTS
(HTTPS://CRST.COM/BLOG/)**

*Our*
# DRIVERS' ADVENTURES

Follow along with our drivers on the road adventures on our driver submitted social channels!

**FACEBOOK
(HTTPS://WWW.FACEBOOK.COM/CRSTCAREERS)**

**INSTAGRAM
(HTTPS://WWW.INSTAGRAM.COM/CRSTCAREERS/)**









We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

Ok      No      Privacy policy (https://crst.com/privacy-policy/)

Case 1:24-cv-00082-CJW-KEM      Document 40-12      Filed 11/15/24      Page 6 of 8

(https://crst.com)





**SEARCH DRIVING JOBS (HTTPS://CRSTRECRUITER.CRST.COM/JOBS)**

**SEARCH CORPORATE CAREERS (HTTPS://CRST.REC.PRO.UKG.NET/CRS1002CTB/JOBBOARD/3F7AB554-0055-4DDB-8ADA-63EZQS14F5ICA/?Q=&O=POSTEDDATEDESC&W=&WC=&WE=&WPST=)**

**REQUEST A QUOTE (HTTPS://CRST.COM/REQUEST-QUOTE/)**

## About (https://crst.com/about-crst/)

Safety(https://crst.com/safety/)

Veterans(https://crst.com/veterans/)

Celebrating Our Drivers(https://crst.com/about-crst/celebrating-our-drivers/)

Women in Trucking(https://crst.com/women-in-trucking/)

Events(https://crst.com/events/)

CRST News(/category/news/)

Blog(https://crst.com/blog/)

## Driving Careers (https://crst.com/driving-careers/career-path/)

Drivers(https://crst.com/driving-careers/)

Agents(https://crst.com/driving-careers/agents/)

Solo(https://crst.com/driving-careers/solo/)

Team(https://crst.com/driving-careers/teams/)

Owner Operator(https://crst.com/driving-careers/owneroperator/)

Lease Purchase(https://crst.com/driving-careers/leasepurchase/)

Mechanics(https://crst.com/mechanic-careers/)

## Corporate Careers (https://crst.com/corporate-careers/)

Sales Careers(https://crst.com/corporate-careers/sales/)

Operations Careers(https://crst.com/corporate-careers/operations/)

Customer Service(https://crst.com/corporate-careers/customer-service/)

IT Careers(https://crst.com/corporate-careers/it-careers/)

Early Career Programs(https://crst.com/corporate-careers/early-career-programs/)

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

Ok    No    Privacy policy (https://crst.com/privacy-policy/)

Case 1:24-cv-00082-CJW-KEM    Document 40-12    Filed 11/15/24    Page 7 of 8

(htt▬/crst.com)

Hiring Practices(https://crst.com/corporate-careers/our-hiring-process/)

## Solutions (https://crst.com/transportation-solutions/)

Capacity(https://crst.com/transportation-solutions/capacity-solutions/)

Dedicated(https://crst.com/transportation-solutions/dedicated-solutions/)

Final Mile(https://crst.com/transportation-solutions/final-mile-solutions/)

Specialized(https://crst.com/transportation-solutions/specialized-solutions/)

## Resources (https://crst.com/resources/)

Contact Us(https://crst.com/resources/)

Driver Resources(https://crst.com/resources/driver-resources/)

Driver Career Pathing(https://crst.com/driving-careers/career-path/)

Driver Referrals(https://crst.com/referral-program/)

Equipment Sales(https://crst.com/equipment-sales/)

## CRST The Transportation Solution, Inc. is proudly an Equal Opportunity Employer

**TRACKING (HTTPS://TRACKING.CRST.COM/)**

**GET A QUOTE (HTTPS://CRST.COM/REQUEST-QUOTE/)**

CRST The Transportation Solution, Inc.

201 1st Street SE, Suite 400

Cedar Rapids, Iowa

(https://www.facebook.com/CRSTcareers)   (https://x.com/CRSTcareers)

(https://www.instagram.com/crstcareers/)

(https://www.linkedin.com/company/crst/?viewAsMember=true)

(https://www.youtube.com/channel/UCT74F17RYMdMbD7qwW9WRZQ?
view_as=subscriber)

© 2024 CRST The Transportation Solution, Inc. All rights reserved. Privacy Policy. (/privacy-policy)

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

Ok      No      Privacy policy (https://crst.com/privacy-policy/)

Case 1:24-cv-00082-CJW-KEM      Document 40-12      Filed 11/15/24      Page 8 of 8