| | |
|---|---|
| HARLEY KELCHNER, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>vs.<br><br>CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC. CRST LINCOLN SALES, INC. and JOHN SMITH, an individual,<br><br>      Defendants. | CASE NO. 1:24-cv-00082<br><br>JOINT PROPOSED SCHEDULING ORDER AND DISCOVERY PLAN |

### JOINT PROPOSED SCHEDULING ORDER AND DISCOVERY PLAN

Counsel for Plaintiff, Harley Kelchner, and Defendants, CRST Expedited, Inc., CRST Lincoln Sales, Inc., and John Smith have conferred and submit the following case information and proposed dates for case management:[1]

1.     Did the parties both (a) enter into an agreement during the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information?

      ☑ **yes** ☐ **no**

      If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made: **December 6, 2024**

2.     Deadline for motions to add parties (without leave of court): **November 22, 2024**

3.     Deadline for motions to amend pleadings (without leave of court):   **November 22,**

---

[1] CRST Specialized Transportation has filed a motion to dismiss for want of personal jurisdiction. ECF No. 28. Plaintiff filed his opposition to that motion on November 15, 2024. ECF No. 40.

**2024**

4.      Deadline for completion of fact discovery: **August 22, 2025**

5.      Expert witnesses to be disclosed by:

    a)      Plaintiff:  **September 12, 2025**

    b)      Defendant: **November 12, 2025**

    c)      Plaintiff Rebuttal: **December 19, 2025**

    d)      Completion of expert discovery: **January 16, 2026**

6.      Class Certification Motion.

    a)      Plaintiff shall file his motion for class certification by: **February 6, 2026**

    b)      Defendant shall respond to class certification by: **March 20, 2026**

    c)      Plaintiff shall file his reply brief in support of class certification by: **April 17, 2026**

7.      Dispositive motions deadline: If the Court denies Plaintiff's Class Certification Motion, then the parties shall file any motions for summary judgment on Plaintiff's individual claims within 30 days of the Court's order. If the Court grants Plaintiff's Class Certification Motion, however, then the parties shall have 90 days from the date of the Court's order to file any motions for summary judgment. In either case, responses shall be due 30 days from the date of filing and any replies 14 days thereafter.

8.      Trial Ready Date: The parties shall confer within 30 days after the Court's decision on Plaintiff's Motion for Class Certification and submit a proposal to the Court regarding any remaining discovery to be completed as a result of the Court's orders and the remaining schedule through trial.

9.      Has a jury demand been filed?   ☑**yes**  ☐ **no**

10.     Estimated length of trial: **7 to 10 days**

11.     Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3)?   ☐**yes**  ☑ **no**

12.     Are each of the attorneys in this case admitted to practice in the Northern District of Iowa pursuant to Local Rule 83?   ☑ **yes**  ☐ **no**

Dated: November 21, 2024          Respectfully submitted,

**SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.**

/s/ J. Barton Goplerud
J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Tel: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

Elizabeth A. Fegan (*pro hac vice*)
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

Robert S. Boulter (*pro hac vice* to be submitted)
LAW OFFICES OF ROBERT S. BOULTER
1101 5th Ave #310
San Rafael, CA 94901
Tel: (415) 233-7100
rsb@boulter-law.com

*Attorneys for Kelchner and the Putative Class*

/s/ *James H. Hanson*
James H. Hanson (*pro hac vice*)
Angela S. Cash (*pro hac vice*)
Andrew J. Ireland (*pro hac vice*)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-492-9205
F: 317-684-2414
jhanson@scopelitis.com
acash@scopelitis.com
aireland@scopelitis.com

Kevin J. Visser
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
P: 319-366-7641
F: 319-366-1917
kvisser@spmblaw.com

*Attorneys for Defendants, CRST Expedited, Inc., CRST Lincoln Sales, Inc., and John Smith*