**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION**

| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated, <br><br> Plaintiff(s), <br><br> vs. <br><br> CRST Expedited, Inc., CRST Specialized Transportation, Inc. CRST Lincoln Sales, Inc. and John Smith, an individual <br><br> Defendant(s). | CASE NO. 1:24-cv-00082-CJW-KEM |

**MOTION TO WITHDRAW NICOLETTE S. WOLFREY OF
FEGAN SCOTT LLC AS COUNSEL OF RECORD**

Pursuant to Local Rule 1.3(F)(3), Plaintiff requests that this Court withdraw Nicolette S. Wolfrey as counsel on behalf of Plaintiff in the above-captioned matter. In support of this motion, Plaintiff states as follows:

1. On October 15, 2024, this Court granted Ms. Wolfrey's motion for leave to appear pro hac vice on behalf of Plaintiff (Dkt. 24).

2. Ms. Wolfrey is no longer associated with the firm of Fegan Scott LLC as of November 18, 2024;

3. Elizabeth A. Fegan of Fegan Scott LLC and additional counsel of record will continue to represent Plaintiff in this matter, and thus, Plaintiff will not be prejudiced.

WHEREFORE, Plaintiff respectfully requests that the Court withdraw Nicolette S. Wolfrey as one of the attorneys of record in this action.

1

Dated: December 2, 2024

Respectfully Submitted,
**SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.**

/s/ *Brian O. Marty*
J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

/s/ *Elizabeth A. Fegan*
Elizabeth A. Fegan (*pro hac vice*)
Nicolette S. Wolfrey *(pro hac vice)*
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: (312) 741.1019
Fax: (312) 264.0100
beth@feganscott.com

Robert S. Boulter
LAW OFFICES OF ROBERT S. BOULTER
1101 5th Ave #310
San Rafael, CA 94901
Ph: (415) 233-7100
rsb@boulter-law.com

*Attorneys for Kelchner and the Putative Class*

2