# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC, CRST LINCOLN SALES, INC. and JOHN SMITH, an individual,<br><br>      Defendants. | No. 24-CV-82 CJW-KEM<br><br><br>**ORDER GRANTING<br>MOTION TO FILE SUR-REPLY** |

_____

The matter before the Court is plaintiff's Motion for Leave to File Sur-Reply in Support of its Resistance to Defendant's Motion to Dismiss. (Doc. 44). Plaintiff attached the proposed Sur-Reply at Doc. 44-1 in compliance with Local Rule 5A(g)(5).

For good cause and the reasons stated in the motion, the Motion for Leave to File Sur-Reply is **granted.** The Clerk's Office is directed to detach and file the Sur-Reply in Resistance to the Motion to Dismiss attached at Doc. 44-1.

    **IT IS SO ORDERED** this 12th day of December, 2024.

_____
C.J. Williams, Chief Judge
United States District Court
Northern District of Iowa