**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

HARLEY KELCHNER, individually and
on behalf of all others similarly situated,

        Plaintiff,

vs.

CRST EXPEDITED, INC.; CRST
SPECIALIZED TRANSPORTATION,
INC.; CRST LINCOLN SALES, INC.;
and JOHN SMITH.

        Defendants.

No. 24-CV-0082-CJW-KEM

**SCHEDULING ORDER AND
DISCOVERY PLAN**

_____

*I.*     *INTRODUCTION:*  This order sets deadlines for this case. The Court expects the parties to adhere strictly to all deadlines. Parties who elect to represent themselves are held to the same deadlines as attorneys.

*II.*     *DEADLINES:*

    *A.* Initial disclosures:              12/23/2024

    *B.* Motions to add parties:          12/30/2024

    *C.* Motions to amend pleadings:     12/30/2024

    *D.* Completion of fact discovery:    08/22/2025

    *E.* Expert witness disclosures:

        1.  Plaintiff expert(s):          09/12/2025

        2.  Defendant expert(s):       11/12/2025

        3.  Plaintiff rebuttal expert(s):   12/19/2025

        4.  Completion expert discovery:  01/16/2026

***F.*** Class certification briefing:

    1.  Plaintiff's motion:            02/06/2026

    2.  Defendant's response:       03/20/2026

    3.  Plaintiff's reply:              04/17/2026

***G.*** Dispositive motions:                 07/15/2026

***H.*** Trial ready date: **will be determined at a later date**

***I.*** Duration of trial: **7-10 days**     Jury Demand: **Yes**

***III.***   ***CONSENT:*** The parties unanimously consent to trial, disposition, and judgment by a United States Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3):     **No**

***IV.***   ***REQUESTS FOR HEARINGS:*** The Court encourages participation at hearings on motions by lawyers who drafted or contributed to the pleadings and/or preparation for the hearing. The Court may favor granting a request for oral argument if it includes a representation that the argument on motions will be handled, in whole or in part, by a lawyer who drafted or contributed to the pleadings.

    **SO ORDERED** on December 19, 2024.

_____
Kelly K.E. Mahoney
Chief Magistrate Judge
Northern District of Iowa

2