| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC., CRST LINCOLN SALES, INC. and JOHN SMITH, an individual<br><br>Defendants. | Case No. 1:24-cv-00082-CJW-KEM<br><br>Honorable Judge C.J. Williams<br><br>**JOINT MOTION FOR PROTECTIVE ORDER** |

Defendants, CRST Expedited, Inc., CRST Lincoln Sales, Inc., and John Smith along with Plaintiff, Harley Kelchner, through counsel, request that the Court, pursuant to Federal Rule of Civil Procedure 26(c), enter a protective order for the following reasons:

1.     The parties in the above-captioned matter will be engaged in written discovery relating to the claims and defenses in the case.

2.     Through discovery, the parties anticipate the potential production of proprietary and trade secret information and documents including, but not limited to, financial records and confidential contractor records, files, and contact information.

3.     Prior to the production of any of the confidential information referenced in the prior paragraph, the parties request the Court enter a protective order in a form substantially similar to the attached Stipulated Protective Order so that the parties can ensure that confidential information is protected from public disclosure.

4.     The parties have conferred and stipulated to the entry of the proposed Stipulated Protective Order attached hereto.

WHEREFORE, all parties respectfully request that the Court enter the proposed Stipulated

Protective Order or for whatever other and additional relief the Court deems just and equitable.

Dated: December 20, 2024

Respectfully submitted,

*/s/ Angela S. Cash*

James H. Hanson (*pro hac vice*)
Angela S. Cash (*pro hac vice*)
Andrew J. Ireland (*pro hac vice*)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-492-9205
F: 317-684-2414
jhanson@scopelitis.com
acash@scopelitis.com
aireland@scopelitis.com

Kevin J. Visser
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
P: 319-366-7641
F: 319-366-1917
kvisser@spmblaw.com

*Attorneys for Defendants, CRST Expedited, Inc., CRST Lincoln Sales, Inc. and John Smith*

/s/ J. Barton Goplerud
J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Tel: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

2

Elizabeth A. Fegan (*pro hac vice*)
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

Michael von Klemperer
     (*pro hac vice* to be submitted)
mike@feganscott.com
FEGAN SCOTT LLC
1763 Columbia Road NW, Suite 100
Washington, DC 20009
Telephone: (202) 921-0002
Facsimile: (312) 264-0100

Robert S. Boulter (*pro hac vice*)
LAW OFFICES OF ROBERT S. BOULTER
1101 5th Ave #310
San Rafael, CA 94901
Tel: (415) 233-7100
rsb@boulter-law.com

*Attorneys for Kelchner and the Putative Class*

3