IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated, | CASE NO.  1:24-cv-00082-CJW-KEM |
| Plaintiff(s), | MOTION TO APPEAR PRO HAC VICE |
| vs. | |
| CRST Expedited, Inc., CRST Specialized Transportation, Inc., CRST Lincoln Sales, Inc., and John Smith, an individual, | |
| Defendant(s). | |

**Michael von Klemperer**, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Harley Kelchner. Michael von Klemperer states that He is a member in good standing of the bar of the District of Columbia, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

**Michael von Klemperer,** further states that he will comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with Elizabeth A. Fegan, an attorney who has been admitted to the bar of this district under LR 83(b) and (c) and who has entered an appearance in this case.

*The certificate of good standing (dated within the last 90-days) required by Administrative Order No. 19-AO-0004-P is attached as "Exhibit A".*

s/  Michael von Klemperer_____
Michael von Klemperer
