# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| HARLEY KELCHNER | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   1:24-cv-00082-CJW-KEM |
| CRST EXPEDITED, INC., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Harley Kelchner                                                                                          .

Date:      01/07/2025

s/ Michael von Klemperer
*Attorney's signature*

Michael von Klemperer
*Printed name and bar number*

FEGAN SCOTT LLC
1763 Columbia Road, NW, Suite 100
Washington, D.C. 20009
*Address*

mike@feganscott.com
*E-mail address*

(202) 921-0002
*Telephone number*

(312) 264-0100
*FAX number*