UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC., CRST LINCOLN SALES, INC. and JOHN SMITH, an individual<br>Defendants. | Case No. 1:24-cv-00082-CJW-KEM<br>Honorable Judge C.J. Williams |

**DEFENDANT CRST SPECIALIZED TRANSPORTATION, INC.'S
MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL
UNDER 28 U.S.C. § 1292(B) OR, IN THE ALTERNATIVE,
TO CERTIFY QUESTION TO IOWA SUPREME COURT**

Defendant, CRST Specialized Transportation, Inc., respectfully requests that the Court certify

its order denying CRST Specialized's motion to dismiss for lack of personal jurisdiction (ECF No. 53)

for interlocutory appeal under 28 U.S.C. § 1292(b) or, in the alternative, to certify to the Iowa Supreme

Court under Iowa Code § 684A.1 for the reasons set forth in its accompanying Memorandum of Points

and Authorities. CRST Specialized conferred with Plaintiff via email on January 23, 2025, regarding

the requested relief, and Plaintiff does not consent to this motion.

Dated:  February 5, 2025

Respectfully submitted,

*/s/ James H. Hanson*

James H. Hanson (*pro hac vice*)
Angela S. Cash (*pro hac vice*)
Andrew J. Ireland (*pro hac vice*)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-492-9205 | F: 317-684-2414
jhanson@scopelitis.com
acash@scopelitis.com
aireland@scopelitis.com

1

Kevin J. Visser
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
P: 319-366-7641 | F: 319-366-1917
kvisser@spmblaw.com

*Attorneys for Defendant,*
*CRST Specialized Transportation, Inc.*