| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC., CRST LINCOLN SALES, INC. and JOHN SMITH, an individual,<br><br>        Defendants. | Case No. 1:24-cv-00082-CJW-KEM<br><br>Honorable Judge C.J. Williams |

## PROPOSED ORDER

This matter is before the Court on Defendant CRST Specialized Transportation, Inc.'s Motion to Certify Order for Interlocutory Appeal under 28 U.S.C. § 1292(b) or, in the Alternative, to Certify Question to Iowa Supreme Court. For good cause shown, the Court **GRANTS** the motion.

The Court concludes that its order denying CRST Specialized's motion to dismiss for lack of personal jurisdiction (ECF No. 53) (Order) meets the criteria for certification under 28 U.S.C. § 1292(b) because it involves controlling questions of law as to which there are substantial grounds for differences of opinion and an immediate appeal from the Order may materially advance the ultimate termination of the litigation.

Accordingly, it is ORDERED that the Order is CERTIFIED for interlocutory review under 28 U.S.C. § 1292(b).

**IT IS SO ORDERED** this _____ day of _____, 2025.

_____
C.J. Williams
United States District Judge
Northern District of Iowa