# EXHIBIT B

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-8014
_____

Greenstate Credit Union, on Behalf of Itself and All Others Similarly Situated

Plaintiff - Respondent

v.

Hy-Vee, Inc.

Defendant - Petitioner

_____

Appeal from U.S. District Court for the District of Minnesota
(0:20-cv-00621-DSD)

_____

**JUDGMENT**

Before LOKEN, ERICKSON, and GRASZ, Circuit Judges.

Petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) has been considered by

the court and is denied. Mandate shall issue forthwith.

December 04, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans