**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

HARLEY KELCHNER,

     Plaintiff,

vs.

CRST EXPEDITED, INC., et al.,

     Defendants.

No. 24-CV-0082-CJW-KEM

**ORDER RE:**
**STATUS CONFERENCE HEARING**

_____

As agreed to by the parties, a video conference status conference hearing is scheduled for Thursday, March 6, 2025, at 2:30 p.m. (Doc. 59).

By **Wednesday, March 5, 2025, at 2:00 p.m.**, the parties shall file a notice with the court which contains a brief summary (a short paragraph or bullet-point list is preferred) listing the issues/deadlines/matters to discuss at the scheduled hearing.

If necessary by this deadline, the parties may also submit additional hearing information to chambers (via email to ecfmail@iand.uscourts.gov).

**SO ORDERED** on March 4, 2025.

Kelly K.E. Mahoney
Chief Magistrate Judge
Northern District of Iowa