# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated,<br><br>    Plaintiff(s),<br><br>vs.<br><br>CRST Expedited, Inc., CRST Specialized Transportation, Inc. CRST Lincoln Sales, Inc. and John Smith, an individual<br><br>    Defendant(s). | CASE NO. 1:24-cv-00082-CJW-KEM |

## JOINT NOTICE IN ADVANCE OF STATUS CONFERENCE HEARING

Pursuant to the Court's March 3, 2025 Order (ECF No. 60), Plaintiff Harley Kelcher and Defendants CRST Expedited, Inc., CRST Lincoln Sales, Inc., CRST Specialized Transportation, Inc. and John Smith, hereby jointly submit a notice summarizing the issues, deadlines, and matters they would like to address during the March 5, 2025 status conference hearing:

1.      The parties held their Rule 26(f) conference on October 31, 2024 and filed their proposed Scheduling Order and Discovery Plan on November 21, 2024 (ECF No. 41).

2.      On December 19, 2024, the Court entered the Scheduling Order and Discovery Plan (ECF No. 47), setting an August 22, 2025 deadline for the completion of fact discovery, with subsequent deadlines (e.g., expert disclosures) tied to the completion of fact discovery.

3.      On January 7, 2025, Plaintiff served Defendants with initial sets of Document Requests and Interrogatories. The discovery requests included a total of 148 requests for production to three Defendants and 24 interrogatories to two Defendants. Written responses to this discovery were due on February 6, 2025. Pursuant to Rule 34(b)(1)(B), Plaintiff's Document

Requests also set a 60-day (March 10, 2025) deadline for Defendants to complete their production of documents.

4. On February 6, 2025, Defendants requested a 30-day extension for their written responses. The parties met and conferred on February 11 and Defendants assured Plaintiff that, if Plaintiff agreed to the extension, a sizeable production would accompany its written responses. Plaintiff agreed to the extension.

5. On February 27, 2025, Defendants requested an additional 21-day extension until March 24, 2025. Defendants advised that they have been working diligently on the responses to the pending discovery requests but would be unable to meet the agreed March 3, 2025 deadline. Plaintiff responded that an additional extension raised concerns about the viability of the current schedule and suggested that the parties request a status conference.

6. Defendants have not yet produced any documents responsive to Plaintiff's pending Document Requests but made a small production with their Initial Disclosures.

7. Plaintiff anticipates that the parties will need to engage in substantial additional meet and confer efforts and, potentially, motion practice after Plaintiff receives Defendants' written responses.

8. In addition, Plaintiff has requested that Defendants disclose their proposed document custodians, other document repositories, search terms, or other search methodologies to ensure a cooperative, transparent approach to discovery. Other than confirming they will collect from Plaintiff's proposed custodians, Defendants have not yet provided the requested information.

2

9. In light of the foregoing, the parties believe a six-month extension of all existing deadlines is reasonable and appropriate. In addition, the parties believe a deadline for the substantial completion of document production is appropriate to ensure there is sufficient time to complete depositions and any necessary follow-up discovery before the conclusion of fact discovery. The parties propose that the substantial completion of document production deadline be May 21, 2025.

Dated: March 5, 2025

Respectfully Submitted,

/s/ *J. Barton Goplerud*
J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
SHINDLER, ANDERSON, GOPLERUD &
WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

Elizabeth A. Fegan (*pro hac vice*)
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: (312) 741-1019
Fax: (312) 264-0100
beth@feganscott.com

/s/ *Michael von Klemperer*
Michael von Klemperer (*pro hac vice*)
FEGAN SCOTT LLC
1763 Columbia Road NW, Suite 100
Washington, DC 20009
Ph: (202) 921-0002
Fax: (312) 264-0100
mike@feganscott.com

/s/ *James H. Hanson*
James H. Hanson (pro hac vice)
Angela S. Cash (pro hac vice)
Andrew J. Ireland (pro hac vice)
SCOPELITIS, GARVIN, LIGHT, HANSON
& FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-492-9205
F: 317-684-2414
jhanson@scopelitis.com
acash@scopelitis.com
aireland@scopelitis.com

Kevin J. Visser
SIMMONS PERRINE MOYER BERGMAN
PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
P: 319-366-7641
F: 319-366-1917
kvisser@spmblaw.com

*Attorneys for Defendants,*
*CRST Expedited, Inc., CRST Lincoln Sales,*
*Inc., CRST Specialized Transportation, Inc.*
*and John Smith*

Robert S. Boulter
LAW OFFICES OF ROBERT S. BOULTER
1101 5th Ave #310
San Rafael, CA 94901
Ph: (415) 233-7100
rsb@boulter-law.com

*Attorneys for Plaintiff Kelchner and the*
*Putative Class*

4900-3321-3220,

4