# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS   DIVISION

| | |
|---|---|
| HARLEY KELCHNER,<br><br>               Plaintiff(s)<br><br>      vs.<br><br>CRST EXPEDITED, INC.,<br><br>               Defendant(s) | **HEARING MINUTES**   Sealed:   No<br>Case No.:   24-cv-82-CJW-KEM<br>Presiding Judge:   Kelly Mahoney, Magistrate Judge<br>Deputy Clerk:   Paige Burnham<br>Official Court Record:   FTR Gold*        Contract?<br>Contact Information: |

| Date: | 3/6/2025 | Start: | 2:30 p.m. | Adjourn: | 2:50 p.m. | Courtroom: | SC 1st flr | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | n/a | | | | Time in Chambers: | | n/a | Telephonic? | VTC |

| Appearances: | | Plaintiff(s): | Mike von Klemperer, Biran Marty, and Bart Goplerud | | | | |
|---|---|---|---|---|---|---|---|
| | | Defendant(s): | Angela Cash and Kevin Visser | | | | |
| | | U.S. Probation: | | | | | |
| | | Interpreter: | | Language: | | Certified: | Phone: |

| **TYPE OF PROCEEDING:** | **STATUS CONFERENCE** | Contested? | | Continued from a previous date? | | |
|---|---|---|---|---|---|---|

| | Motion(s): | | Ruling: | |
|---|---|---|---|---|
| | **Matters discussed:** | | | |

The parties agreed that CRST Specialized would produce discovery responses by March 14, known objections to discovery requests for all defendants would be produced by March 17, written discovery responses for all defendants by March 21, and substantial completion of document production by May 21 (no order to follow). The parties will confer regarding the six-month trial extension and propose new deadlines jointly.  The court will set a new telephonic status conference for April 4 at 11:30 a.m. (to be set by separate order).

**Witness/Exhibit List is**

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:** *The FTR Gold recording started four minutes into the hearing.  Before the recording, the attorneys stated their appearances, and plaintiff's counsel outlined the status of discovery and the need for a trial extension (as set forth in the parties' joint notice, filed at Doc. 61). Plaintiff's counsel additionally suggested that this case is similar to a prior CRST case in this court, *Cervantes*, and that defendants should be able to piggyback off of that discovery (defendants responded later in the recording that the claims in this case are different).

Page **1** of 1