**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION**

| | |
|---|---|
| HARLEY KELCHNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC. CRST LINCOLN SALES, INC. and JOHN SMITH, an individual,<br><br>Defendants. | No. 24-CV-0082-CJW-KEM<br><br>**PROPOSED AMENDED SCHEDULING ORDER AND DISCOVERY PLAN** |

Pursuant to the parties' stipulation, and Rule of Civil Procedure 16, this order amends deadlines in the original Scheduling Order and Discovery Plan (ECF No. 47). The Court expects the parties to adhere strictly to all deadlines.

| *DEADLINES:* | **Original** | **Modified** |
|---|---|---|
| *A.* Initial disclosures: | 12/23/2024 | Same |
| *B.* Motions to add parties: | 12/30/2024 | Same |
| *C.* Motions to amend pleadings: | 12/30/2024 | Same |
| *D.* Completion of fact discovery: | 08/22/2025 | 02/23/2026 |
| *E.* Expert witness disclosures: | | |
|     1. Plaintiff expert(s): | 09/12/2025 | 03/12/2026 |
|     2. Defendant expert(s): | 11/12/2025 | 05/12/2026 |
|     3. Plaintiff rebuttal expert(s): | 12/19/2025 | 06/19/2026 |
|     4. Completion expert discovery: | 01/16/2026 | 07/16/2026 |
| *F.* Class certification briefing: | | |
|     1. Plaintiff's motion: | 02/06/2026 | 08/06/2026 |
|     2. Defendant's response: | 03/20/2026 | 09/21/2026 |

3.  Plaintiff's reply: 04/17/2026 10/19/2026

*G.* Dispositive motions: 07/15/2026 01/15/2027

*H.* Trial ready date: **will be determined at a later date**

*I.* Duration of trial: **7-10 days** Jury Demand: **Yes**

In addition, the Court adopts a May 21, 2025 deadline for the Defendants substantially to complete production of documents responsive to Plaintiff's currently pending document requests.

Other than the deadlines specifically addressed above, all provisions and requirements of the original Scheduling Order and Discovery Plan remain unmodified.

**SO ORDERED** on _____.

_____
Kelly K.E. Mahoney
Chief Magistrate Judge
Northern District of Iowa

2