# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

HARLEY KELCHNER, individually and on behalf of all others similarly situated,

      Plaintiff,

vs.

CRST EXPEDITED, INC.,

      Defendant.

No.  24-CV-0082-CJW-KEM

**ORDER SCHEDULING STATUS CONFERENCE HEARING**

_____

As agreed to by the parties (Doc. 62), a telephonic status conference hearing will take place before the undersigned on **Friday, April 4, 2025, at 11:30 a.m.**  The hearing will take place using a Zoom audio platform connection, and the instructions will be sent to the parties prior to the scheduled hearing.

By **Thursday, April 3, 2025, at 3:00 p.m.**, the parties shall file a notice containing a brief summary (a short paragraph or bullet-point list is preferred) listing the issues/proposed deadlines/matters anticipated to be discuss at the scheduled hearing.

If necessary, by this deadline the parties may also submit additional information to chambers (via email to ecfmail@iand.uscourts.gov).

**SO ORDERED** on March 17, 2025.

_____
Kelly K.E. Mahoney
Chief Magistrate Judge
Northern District of Iowa