**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION**

| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>CRST Expedited, Inc., CRST Specialized Transportation, Inc. CRST Lincoln Sales, Inc. and John Smith, an individual<br><br>Defendant(s). | CASE NO. 1:24-cv-00082-CJW-KEM |

**JOINT NOTICE TO CLERK OF COURT ON RECORD
DESIGNATIONS FOR THE IOWA SUPREME COURT**

Pursuant to the Court's April 2, 2025 Memorandum Opinion and Order (ECF No. 66), Defendant, CRST Specialized Transportation, Inc., and Plaintiff, Harley Kelcher, hereby jointly request that the following additional portions of the record be forwarded by the Clerk of Court to the Iowa Supreme Court under official seal:

- ECF Nos. 1 through 1-4 – Plaintiff's Class Action Complaint & Attachments

- ECF No. 25 – Defendant CRST Expedited, Inc.'s Answer to Plaintiff's Class Action Complaint and Affirmative Defenses

- ECF No. 26 – Defendant CRST Lincoln Sales, Inc.'s Answer to Plaintiff's Class Action Complaint and Affirmative Defenses

- ECF No. 27 – Defendant John Smith's Answer to Plaintiff's Class Action Complaint and Affirmative Defenses

- ECF Nos. 28 through 28-5 – Defendant CRST Specialized Transportation, Inc.'s

1

Motion to Dismiss for Want of Personal Jurisdiction & Attachments

- ECF No. 33 – Defendant CRST Specialized Transportation, Inc.'s Citizenship Disclosure Statement

- ECF No. 34 – Defendant CRST Specialized Transportation, Inc.'s Corporate Disclosure Statement

- ECF No. 35 – Defendant CRST Expedited, Inc.'s Citizenship Disclosure Statement

- ECF No. 36 – Defendant CRST Expedited, Inc.'s Corporate Disclosure Statement

- ECF No. 37 – Defendant CRST Lincoln Sales, Inc.'s Citizenship Disclosure Statement

- ECF No. 38 – Defendant CRST Lincoln Sales, Inc.'s Corporate Disclosure Statement

- ECF No. 39 – Defendant John Smith's Citizenship Disclosure Statement

- ECF Nos. 40 through 40-13 – Plaintiff's Resistance to Defendant CRST Specialized Transportation, Inc.'s Motion to Dismiss for Want of Personal Jurisdiction & Attachments

- ECF No. 42 – Defendant CRST Specialized Transportation, Inc.'s Reply Brief in Support of its Motion to Dismiss for Want of Personal Jurisdiction

- ECF Nos. 44 through 44-1 – Plaintiff's Motion for Leave to File Sur-Reply in Resistance to Defendant CRST Specialized Transportation, Inc.'s Motion to Dismiss for Want of Personal Jurisdiction or, in the Alternative, for Oral Argument & Attachments

- ECF No. 45 – Order Granting Motion to File Sur-Reply

- ECF No. 46 – Plaintiff's Sur-Reply in Resistance to Defendant CRST Specialized Transportation, Inc.'s Motion to Dismiss for Want of Personal Jurisdiction

- ECF No. 47 – Scheduling Order and Discovery Plan

- ECF No. 53 – Order

- ECF No. 55 – Answer and Affirmative Defenses of Defendant, CRST Specialized Transportation, Inc., to Plaintiff's Class Action Complaint

- ECF Nos. 56 through 56-2 – Defendant CRST Specialized Transportation, Inc.'s Motion to Certify Order for Interlocutory Appeal under 28 U.S.C. § 1292(b) or, in the Alternative, to Certify Question to Iowa Supreme Court & Attachments

- ECF Nos. 57 through 57-2 – Plaintiff's Resistance to Defendant CRST Specialized Transportation, Inc.'s Motion to Certify Order for Interlocutory Appeal under 28 U.S.C. § 1292(b) or, in the Alternative, to Certify Question to Iowa Supreme Court & Attachments

- ECF No. 58 – Reply in Support of Defendant CRST Specialized Transportation, Inc.'s Motion to Certify Order for Interlocutory Appeal under 28 U.S.C. § 1292(b) or, in the Alternative, to Certify Question to Iowa Supreme Court & Attachments

- ECF No. 61 – Joint Notice in Advance of Status Conference Hearing

- ECF No. 62 – Status Conference Hearing Minutes

- ECF No. 64 – Amended Scheduling Order and Discovery Plan

- ECF No. 66 – Memorandum Opinion and Order

- ECF No. 67 – Joint Notice in Advance of Status Conference Hearing

- ECF No. 68 – Status Conference Hearing Minutes

3

Dated: April 23, 2025

Respectfully Submitted,

/s/ *J. Barton Goplerud*

J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
SHINDLER, ANDERSON, GOPLERUD &
WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

Elizabeth A. Fegan (*pro hac vice*)
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: (312) 741-1019
Fax: (312) 264-0100
beth@feganscott.com

/s/ *Michael von Klemperer*

Michael von Klemperer (*pro hac vice*)
FEGAN SCOTT LLC
1763 Columbia Road NW, Suite 100
Washington, DC 20009
Ph: (202) 921-0002
Fax: (312) 264-0100
mike@feganscott.com

Robert S. Boulter
LAW OFFICES OF ROBERT S. BOULTER
1101 5th Ave #310
San Rafael, CA 94901
Ph: (415) 233-7100
rsb@boulter-law.com

*Attorneys for Plaintiff Kelchner and the*
*Putative Class*

/s/ *James H. Hanson*

James H. Hanson (pro hac vice)
Angela S. Cash (pro hac vice)
Andrew J. Ireland (pro hac vice)
SCOPELITIS, GARVIN, LIGHT, HANSON
& FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-492-9205
F: 317-684-2414
jhanson@scopelitis.com
acash@scopelitis.com
aireland@scopelitis.com

Kevin J. Visser
SIMMONS PERRINE MOYER BERGMAN
PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
P: 319-366-7641
F: 319-366-1917
kvisser@spmblaw.com

*Attorneys for Defendant*
*CRST Specialized Transportation, Inc.*

4