# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>CRST Expedited, Inc., CRST Specialized Transportation, Inc. CRST Lincoln Sales, Inc. and John Smith, an individual<br><br>Defendant(s). | CASE NO. 1:24-cv-00082-CJW-KEM |

**JOINT NOTICE IN ADVANCE OF STATUS CONFERENCE HEARING**

Pursuant to the Court's Orders on April 4, 2025 and April 21, 2025 (ECF Nos. 69–70), Plaintiff, Harley Kelcher, and Defendants, CRST Expedited, Inc. d/b/a CRST The Transportation Solution, Inc. (Expedited), CRST Lincoln Sales, Inc., CRST Specialized Transportation, Inc. and John Smith, hereby jointly submit a notice summarizing the issues, deadlines, and matters they would like to address during the May 12, 2025 status conference hearing:

1. **Deposition Scheduling.** The deposition of Expedited's President and Chief Executive Officer Michael Gannon is scheduled for May 29, 2025.

2. **Document Production and Written Discovery.**

    a. <u>Plaintiff's Position</u>: Plaintiff served Defendants with his initial sets of requests

1

for production and interrogatories on January 7, 2025.[1] Defendants requested several lengthy extensions to respond and then responded largely with boilerplate objections. This substantially delayed Plaintiff's receipt of discovery and impeded the parties' meet and confer efforts, requiring a series of lengthy calls just for Plaintiff to understand the basics of what Defendants were agreeing to produce or withhold. Defendants promised written follow-up on many topics during those calls, much of which Plaintiff received only yesterday (May 8). While the parties have made progress, a substantial amount of work remains to be done. The parties anticipate meeting and conferring further over search terms and related issues on May 15 or 16. The parties have also recently ripened, or are close to ripening, several disputes.

b. <u>Defendants' Position</u>: Plaintiff initially served 244 requests for production and interrogatories, many of which were unmoored to his Iowa law claim in this case, unduly burdensome in nature, sought categorically privileged documents, or were admitted to be entirely duplicative of other requests.[2] Despite this, Defendants have worked diligently and in good faith to respond to and appropriately narrow Plaintiff's requests without involving the Court.

---

[1] Plaintiff could have elected to serve only a handful of blockbuster requests for all relevant documents. Instead, Plaintiff elected to serve a higher number of more targeted requests. And there was substantial overlap in the requests sent to individual Defendants. For instance, the document requests sent to Expedited and Lincoln Sales were largely identical.

[2] On January 7, 2025, Plaintiffs served the following discovery requests: (1) Expedited 19 Interrogatories (Set One); (2) Expedited 72 Requests for Production (Set One); (3) Specialized 8 Requests for Production (Sets One & Two); (4) Lincoln Sales 5 Interrogatories (Set One); and (5) Lincoln Sales 68 Requests for Production (Set One).During meet and confer efforts, the parties further agreed that the 72 requests served on Expedited would also be treated as a second set of requests for Specialized. Specialized has made multiple productions consistent with that agreement.

2

Consistent with the Court's orders, Defendants timely served written responses and objections to Plaintiff's initial sets of document requests and interrogatories and have produced more than 7,000 documents. The parties have also conferred at length on the scope of Plaintiff's requests and Defendants' objections, and Defendants anticipate additional productions over the next few weeks in response to those discussions and their ongoing collection of responsive documents. The parties are also actively conferring regarding a substantial ESI protocol, including search terms and affiliated requests for production, and repositories, to be conducted for an agreed-upon 26 custodians including several current and former high-level officers and executives.

3. On May 6, 2025, Plaintiff served Specialized with an additional 10 Interrogatories (Set One) and 17 Requests for Production (Set Three). Responses are due June 6, 2025.

4. No later than May 12, 2025, Defendants will serve their Initial Requests for Production of Documents and Interrogatories to Plaintiff.

5. **Substantial Completion Deadline.** In light of the ongoing collection efforts, conferral over ESI, and continuing negotiations regarding the scope of Plaintiff's discovery requests, Defendants ask that the Court extend the substantial completion deadline set for May 21, 2025 for productions related to Plaintiff's first sets of discovery requests, by 30 days to June 20, 2025.

Dated: May 9, 2025

Respectfully Submitted,

/s/ *J. Barton Goplerud*
J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
SHINDLER, ANDERSON, GOPLERUD &
WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

Elizabeth A. Fegan (*pro hac vice*)
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: (312) 741-1019
Fax: (312) 264-0100
beth@feganscott.com

/s/ *Michael von Klemperer*
Michael von Klemperer (*pro hac vice*)
FEGAN SCOTT LLC
1763 Columbia Road NW, Suite 100
Washington, DC 20009
Ph: (202) 921-0002
Fax: (312) 264-0100
mike@feganscott.com

Robert S. Boulter
LAW OFFICES OF ROBERT S. BOULTER
1101 5th Ave #310
San Rafael, CA 94901
Ph: (415) 233-7100
rsb@boulter-law.com

*Attorneys for Plaintiff Kelchner and the*
*Putative Class*
4931-5397-9457,

/s/ *James H. Hanson*
James H. Hanson (pro hac vice)
Angela S. Cash (pro hac vice)
Andrew J. Ireland (pro hac vice)
SCOPELITIS, GARVIN, LIGHT, HANSON
& FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-492-9205
F: 317-684-2414
jhanson@scopelitis.com
acash@scopelitis.com
aireland@scopelitis.com

Kevin J. Visser
SIMMONS PERRINE MOYER BERGMAN
PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
P: 319-366-7641
F: 319-366-1917
kvisser@spmblaw.com

*Attorneys for Defendant*
*CRST Specialized Transportation, Inc.*