# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

HARLEY KELCHNER, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

CRST EXPEDITED, INC., et al.,

    Defendants.

No. 24-CV-0082-CJW-KEM

**ORDER SCHEDULING STATUS CONFERENCE HEARING**

_____

      As agreed to by the parties (Doc. 73), a telephonic status conference hearing will take place before the undersigned on **Tuesday, June 3, 2025, at 11:30 a.m.** The dial-in telephonic hearing instructions will be emailed to the parties in advance of the hearing.

      By **Friday, May 30, 2025, at 3:00 p.m.**, the parties shall file a notice providing a brief summary.[1] If necessary, by this deadline the parties may also submit additional information to chambers (via email to ecfmail@iand.uscourts.gov).

      **SO ORDERED** on May 13, 2025.

_____
Kelly K.E. Mahoney
Chief Magistrate Judge
Northern District of Iowa

---

[1] The notice may be jointly filed (a short paragraph or bullet-point list is preferred), which lists the issues/deadlines/other matters anticipated for discussion at the scheduled hearing.