**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated, <br><br> Plaintiff(s), <br><br> vs. <br><br> CRST Expedited, Inc., CRST Specialized Transportation, Inc. CRST Lincoln Sales, Inc. and John Smith, an individual <br><br> Defendant(s). | CASE NO. 1:24-cv-00082-CJW-KEM <br><br> Honorable Judge C.J. Williams |

**PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS IN RESPONSE TO REQUESTS FOR PRODUCTION NOS. 20, 22–25 TO DEFENDANT CRST EXPEDITED, INC. AND NO. 20 TO DEFENDANT CRST LINCOLN SALES, INC. AND FULSOME RESPONSES TO INTERROGATORY NOS. 2 AND 11 TO DEFENDANT CRST EXPEDITED, INC.**

Plaintiff Harley Kelcher respectfully moves under Federal Rule of Civil Procedure 37(a) to compel production of documents in response to Requests for Production Nos. 20, 22–25 to Defendant CRST Expedited, Inc., No. 20 to CRST Lincoln Sales, Inc., and fulsome responses to Interrogatory Nos. 2 and 11 to Defendant CRST Expedited Inc. The factual and legal basis for this motion is provided in the accompanying brief.

The parties have met and conferred extensively regarding this discovery and have reached an impasse.

1

Dated: June 2, 2025

Respectfully Submitted,

/s/ *Michael von Klemperer*
Michael von Klemperer (*pro hac vice*)
FEGAN SCOTT LLC
1763 Columbia Road NW, Suite 100
Washington, DC 20009
Ph: (202) 921-0002
Fax: (312) 264-0100
mike@feganscott.com

Elizabeth A. Fegan (*pro hac vice*)
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: (312) 741-1019
Fax: (312) 264-0100
beth@feganscott.com

J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
SHINDLER, ANDERSON, GOPLERUD,
& WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

Robert S. Boulter
LAW OFFICES OF ROBERT S.
BOULTER
1101 5th Ave #310
San Rafael, CA 94901
Ph: (415) 233-7100
rsb@boulter-law.com

*Attorneys for Kelchner and the Putative Class*

2