# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS   DIVISION

| HARRY KELCHNER, | HEARING MINUTES | Sealed: No |
|---|---|---|
| Plaintiff(s) | Case No.: | 24-CV-82-CJW-KEM |
| vs. | Presiding Judge: | Kelly Mahoney, Magistrate Judge |
| CRST EXPEDITED, INC., et al., | Deputy Clerk: | Paige Burnham |
| Defendant(s) | Official Court Record: | FTR Gold        Contract? |
| | Contact Information: | |

| Date: | 6/3/25 | Start: | 11:30 a.m. | Adjourn: | 12:13 p.m. | Courtroom: | KEM conference/library | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | n/a | | | | Time in Chambers: | | n/a | Telephonic? | Yes |

| Appearances: | Plaintiff(s): | Michael Von Klemperer and Brian Marty | | | |
|---|---|---|---|---|---|
| | Defendant(s): | Angela Cash, Andrew Ireland, James Hanson (joined 11:35) | | | |
| | U.S. Probation: | n/a | | | |
| | Interpreter: | n/a | Language: | Certified: | Phone: |

| TYPE OF PROCEEDING: | STATUS CONFERENCE | Contested? | No | Continued from a previous date? | No | |
|---|---|---|---|---|---|---|

| | Motion(s): | | Ruling: | |
|---|---|---|---|---|
| | Matters discussed: | | | |

The court previously granted Defendants' request to extend the substantial-completion deadline for its responses to discovery requests to June 20, 2025. At that status conference (three weeks ago), the parties had agreed on some ESI search terms and were continuing to negotiate additional terms; the parties disputed whether Defendants should begin searching ESI based on the agreed-upon custodians and search terms, or whether Defendants should wait until all the search terms were agreed upon. The court suggested that Defendants could not raise a burdensome argument unless it provided Plaintiff with hit counts for the additional proposed search terms. Now, three weeks later, Defendant still has not provided Plaintiff with hit counts. Defendant has uploaded documents related to one custodian and provided hit counts as to that single custodian. Defendant argues that those hit counts demonstrate that the proposed search terms are overly burdensome; Plaintiff disagrees. Defendants provided additional hit counts to the court that had not ever been provided to Plaintiff. The court expressed frustration that barely anything has been done in the three weeks since the last status conference. The court noted that if Defendants did not finish uploading documents for another month, then the parties negotiated search terms, Defendants would not likely begin actually reviewing documents until the end of summer. Defendants disagreed and stated they would be in a position to begin reviewing documents by mid-summer. The court stated that Defendants needed to speed the review process along. The court suggested that Defendants could review documents for privilege but not relevance to speed the review process along; Defendants refused. The parties agreed that Defendants would not meet the discovery deadline of June 20. The court set a status conference for Tuesday, July 1, 2025, at 11:30 a.m. (order to follow) and indicated new deadlines would be imposed at that time.

| Witness/Exhibit List is | |
|---|---|

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

| Miscellaneous: | |
|---|---|