# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS   DIVISION

| | |
|---|---|
| HARLEY KELCHNER, <br> Plaintiff(s) <br> vs. <br> CRST EXPEDITED, INC., <br> Defendant(s) | **HEARING MINUTES**   Sealed:  No <br> Case No.:   24-CV-82-CJW-KEM <br> Presiding Judge:   Kelly Mahoney, Magistrate Judge <br> Deputy Clerk:   PEB <br> Official Court Record:   FTR Gold       Contract? <br> Contact Information: |

| Date: | 7/1/25 | Start: | 11:33 a.m. | Adjourn: | 12:14 p.m. | Courtroom: | KEM conference/library | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | n/a | | | Time in Chambers: | | n/a | Telephonic? | Yes |

| Appearances: | Plaintiff(s): | Brian Marty, Barton Goplerud, Michael Von Klemperer |
|---|---|---|
| | Defendant(s): | Angela Cash, Andrew Ireland, James Hanson (Mr. Hanson did not join until 11:41 a.m.) |
| | U.S. Probation: | n/a |
| | Interpreter: | n/a | Language: | | Certified: | | Phone: |

**TYPE OF PROCEEDING:**   **STATUS CONFERENCE**   Contested?   No   Continued from a previous date?   No

Motion(s):                        Ruling:

**Matters discussed:**

- Defendants have still not produced any ESI. They estimated they would produce ESI from the first custodian (and only custodian reviewed thus far), the company president, Mr. Gannon, by the end of next week. They were 75% complete reviewing documents and then had to have the client review. The court set a deadline of **Friday, July 11, 2025**, for Defendants to produce the Gannon ESI.
- The parties have still not finished negotiating search terms. The court agreed that Defendant should begin reviewing the documents responsive to Plaintiff's proposed search terms for the 5-6 Specialized custodians, and if Defendant is seeing a large number of irrelevant or non-responsive documents, they should talk to Plaintiff about re-negotiating search terms at that time. The court indicated a large number of hits did not necessarily show bad search terms that would produce nonresponsive documents.
- Defendant believed they could substantially complete the production of ESI by August 25 (despite 25,000 documents being responsive to Plaintiff's proposed search terms, 61,000 if families/attachments were included). The court set a substantial completion deadline of **August 25, 2025**, for Defendant to produce ESI.
- The court ordered the parties file a joint status report by **July 15, 2025**. The status report should confirm that the Gannon ESI was disclosed, disclose how much ESI from the other custodians Defendant has reviewed, and indicate where the parties are at with negotiating search terms.
- No order to follow.

**Witness/Exhibit List is**

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:**

Page **1** of 1