# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

HARLEY KELCHNER, individually and on behalf of all others similarly situated,

      Plaintiff,

vs.

CRST EXPEDITED, INC., et al.,

      Defendants.

No.  24-CV-0082-CJW-KEM

**ORDER**

_____

    Based on the parties' recent joint status report (Doc. 86), it appears they are making significant progress on discovery.  It also seems beneficial to have deadlines for periodic status updates in the case, especially in advance of the deadline for substantial completion of discovery, set for August 25, 2025.

    Accordingly, by **August 1, 2025**, the parties must file a joint status report outlining the status of discovery in this case.

    **SO ORDERED** on July 16, 2025.

_____
Kelly K.E. Mahoney
Chief Magistrate Judge
Northern District of Iowa