# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated,

        Plaintiff(s),

vs.

CRST Expedited, Inc., CRST Specialized Transportation, Inc., CRST Lincoln Sales, Inc., and John Smith, an individual,

        Defendant(s).

CASE NO.   1:24-cv-00082-CJW-KEM

MOTION TO APPEAR
PRO HAC VICE

---

**Georgia Jaye Zacest**, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Harley Kelchner. Georgia Jaye Zacest states that She is a member in good standing of the bar of the State of Texas, and that she agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with her pro hac vice representation in this case.

**Georgia Jaye Zacest,** further states that she will comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with Brian O. Marty, an attorney who has been admitted to the bar of this district under LR 83(b) and (c) and who has entered an appearance in this case.

*The certificate of good standing (dated within the last 90-days) required by Administrative Order No. 19-AO-0004-P is attached as "Exhibit A".*

                     *s/ Georgia Jaye Zacest*
                     Georgia Jaye Zacest