# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>CRST Expedited, Inc., CRST Specialized Transportation, Inc. CRST Lincoln Sales, Inc. and John Smith, an individual<br><br>Defendant(s). | CASE NO. 1:24-cv-00082-CJW-KEM<br><br>Honorable Chief Judge C.J. Williams<br><br>Honorable Chief Magistrate Judge Kelly K.E. Mahoney |

**DECLARATION OF MICHAEL VON KLEMPERER IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECTIONS REGARDING PLAINTIFF'S MOTION TO COMPEL DISCOVERY (ECF NO. 89)**

I, Michael von Klemperer, declare under penalty of perjury as follows:

1.      I am an attorney licensed to practice in the District of Columbia and am admitted *pro hac vice* in this matter. I am an attorney of record for the Plaintiff in this matter. I have personal knowledge of the facts set forth below.

2.      Attached as **Exhibit A** are true and correct excerpts of the transcript of the June 3, 2025, Status Conference before Magistrate Judge Kelly K.E. Mahoney.

3.      Attached as **Exhibit B** are true and correct excerpts of the transcript of the April 4, 2025, Status Conference before Magistrate Judge Kelly K.E. Mahoney.

1

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

August 13, 2025

/s/ Michael von Klemperer
Michael von Klemperer

2