# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER,<br><br>Plaintiff(s)<br><br>vs.<br><br>CRST EXPEDITED, INC.,<br><br>Defendant(s) | **HEARING MINUTES**   Sealed:   No<br>Case No.:   24-cv-82<br>Presiding Judge:   Kelly Mahoney, Magistrate Judge<br>Deputy Clerk:   Paige Burnham<br>Official Court Record:   FTR Gold          Contract?<br>Contact Information: |

| Date: | 8/14/2025 | Start: | 1:00 p.m. | Adjourn: | 1:15 p.m. | Courtroom: | KEM conference/library | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | n/a | | | | Time in Chambers: | n/a | Telephonic? | No |

| Appearances: | Plaintiff(s): | Barton Goplerud, Brian Marty, Georgia Zacest |
|---|---|---|
| | Defendant(s): | Andrew Ireland, Angela Cash, Kevin Visser (Mr. Visser joined at 1:05 p.m. due to technical difficulties) |
| | U.S. Probation: | |
| | Interpreter: | Language:        Certified:        Phone: |

| **TYPE OF PROCEEDING:** | **STATUS CONFERENCE** | Contested? | No | Continued from a previous date? | No | |
|---|---|---|---|---|---|---|

| | Motion(s): | | Ruling: | |
|---|---|---|---|---|
| | Matters discussed: | | | |

Defendants indicate they have 17,000 documents left to review (either on initial or further review). They believe they are on target to hit the August 26 substantial completion deadline. They produced 1,200 ESI documents yesterday. They plan to produce one privilege log on the 26th instead of a "rolling production" privilege log. The court noted defendants seemed to be on track with complying with the ESI deadline and directed the parties to contact the court for any further status conferences or issues that may arise in discovery.

**Witness/Exhibit List is**

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:**

Case 1:24-cv-00082-CJW-KEM     Document 98     Filed 08/14/25     Page 1 of 1