| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated, | Case No. 1:24-cv-00082-CJW-KEM |
| Plaintiffs, | NOTICE OF WITHDRAWAL OF COUNSEL |
| vs. | |
| CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC., CRST LINCOLN SALES, INC. and JOHN SMITH, an individual, | |
| Defendants. | |

COMES NOW the undersigned, Kevin J. Visser of the law office of Simmons Perrine Moyer Bergman PLC, and hereby enters his Notice of Withdrawal as counsel for Defendants. Attorney Thomas D. Wolle of Simmons Perrine Moyer Bergman PLC shall remain as counsel of record for Defendants.

Respectfully Submitted:


By: /s/ Kevin J. Visser
Kevin J. Visser
Simmons Perrine Moyer Bergman PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Telephone: (319) 366-7641
Facsimile: (319) 366-1917
Email: kvisser@spmblaw.com

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2025, I filed the foregoing using the Court's CM/ECF system, which will send notification of said filing to all attorneys of record.

/s/Kevin J. Visser

2