# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

|  |  |  |
|---|---|---|
| HARLEY KELCHNER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:24-cv-00082 |
| CRST EXPEDITED, INC., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Harley Kelchner .

Date:      08/19/2025

s/ Georgia Jaye Zacest
*Attorney's signature*

Georgia Jaye Zacest
*Printed name and bar number*

FEGAN SCOTT LLC
708 Main Street, 10th Floor
Houston, TX  77002
*Address*

georgia@feganscott.com
*E-mail address*

(830) 212-4042
*Telephone number*

(312) 741-1019
*FAX number*