UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC., CRST LINCOLN SALES, INC. and JOHN SMITH, an individual,<br><br>Defendants. | Case No. 1:24-cv-00082-CJW-KEM<br><br>Honorable Judge C.J. Williams |

## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS, OR, ALTERNATIVELY TO STRIKE

Defendants, CRST Expedited, Inc. (CRST Expedited), CRST Specialized Transportation, Inc. (CRST Specialized), CRST Lincoln Sales, Inc. (Lincoln Sales), and John Smith, respectfully request that the Court enter judgment on the pleadings against Plaintiff, Harley Kelchner, or, alternatively, strike certain allegations for the reasons set forth in its accompanying Memorandum of Points and Authorities.

Dated:  September 9, 2025

Respectfully submitted,

*/s/ Angela S. Cash*
James H. Hanson (*pro hac vice*)
Angela S. Cash (*pro hac vice*)
Andrew J. Ireland (*pro hac vice*)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-492-9205 | F: 317-684-2414
jhanson@scopelitis.com
acash@scopelitis.com
aireland@scopelitis.com

Thomas D. Wolle
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
P: 319-366-7641 | F: 319-366-1917
twolle@spmblaw.com

*Attorneys for Defendants,*
*CRST Expedited, Inc. CRST Specialized Transportation, Inc., CRST Lincoln Sales, Inc., and John Smith*