UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC., CRST LINCOLN SALES, INC. and JOHN SMITH, an individual, <br><br> Defendants. | Case No. 1:24-cv-00082-CJW-KEM <br><br> Honorable Judge C.J. Williams |

## PROPOSED ORDER

This matter is before the Court on Defendants, CRST Expedited, Inc., CRST Specialized Transportation, Inc., CRST Lincoln Sales, Inc., and John Smith's Motion for Judgment on the Pleadings, or Alternatively to Strike. For good cause shown, the Court **GRANTS** the motion.

Accordingly, it is ORDERED that JUDGMENT is entered against Plaintiff and in favor of Defendants.

**IT IS SO ORDERED** this \_\_\_\_\_ day of _____, 2025.

_____
C.J. Williams
United States District Judge
Northern District of Iowa