# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated, <br><br> Plaintiff(s), <br><br> vs. <br><br> CRST Expedited, Inc., CRST Specialized Transportation, Inc. CRST Lincoln Sales, Inc. and John Smith, an individual <br><br> Defendant(s). | CASE NO. 1:24-cv-00082-CJW-KEM <br><br> Honorable Judge C.J. Williams |

## ASSENTED-TO MOTION OF PLAINTIFF TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS OR, ALTERNATIVELY, TO STRIKE

Plaintiff, Harley Kelchner, moves under LR 7(j) for a 21-day extension of time from September 23, 2025, up to and including October 14, 2025, to file a response to Defendants' Motion for Judgment on the Pleadings or, Alternatively, to Strike (Dkt. No. 103).

In support of this Motion, Plaintiff states as follows:

1. Defendants filed their Motion for Judgment on the Pleadings or, Alternatively, to Strike on September 9, 2025.

2. The deadline for Plaintiff to respond to this Motion is September 23, 2025.

3. Plaintiff's counsel requires additional time to respond to this Motion due to numerous preexisting scheduling conflicts, including: a motion for class certification, oppositions

to three motions to dismiss, hearings on a motion for summary judgment and motion for temporary injunction, several other motions, eight depositions, and a case management conference.

4. This Court has not previously continued or extended the deadline for Plaintiff to respond to Defendants' Motion for Judgment on the Pleadings or, Alternatively, to Strike, and this extension will not conflict or impact any existing case deadlines.

5. Counsel for the parties have conferred regarding this request, and counsel for Defendants have indicated assent to the relief sought in this motion.

WHEREFORE, Plaintiff respectfully requests that the Court extend deadlines to respond to Defendants' Motion for Judgment on the Pleadings or, Alternatively, to Strike from September 23, 2024, to October 14, 2024.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Counsel for Plaintiff, Harley Kelchner, hereby certifies that they conferred with counsel for Defendants CRST Expedited, Inc., CRST Specialized Transportation, Inc., CRST Lincoln Sales, Inc., and John Smith, who assented to the extension requested in this motion.

Dated: September 12, 2025

Respectfully submitted,

*/s/ Michael von Klemperer*
Michael von Klemperer
FEGAN SCOTT LLC
1763 Columbia Road NW, Suite 100
Washington, DC 20009
Ph: (202) 921-0002
Fax: (312) 264-0100
mike@feganscott.com

J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
SHINDLER, ANDERSON,
GOPLERUD & WEESE P.C.
5015 Grand Ridge Drive, Suite 100

West Des Moines, IA 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

Elizabeth A. Fegan (*pro hac vice*)
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: (312) 741-1019
Fax: (312) 264-0100
beth@feganscott.com

Robert S. Boulter
LAW OFFICES OF ROBERT S.
BOULTER
1101 5th Ave #310
San Rafael, CA 94901
Ph: (415) 233-7100
rsb@boulter-law.com

*Attorneys for Plaintiff Kelchner and the Putative Class*