**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated, <br><br> Plaintiff(s), <br><br> vs. <br><br> CRST Expedited, Inc., CRST Specialized Transportation, Inc. CRST Lincoln Sales, Inc. and John Smith, an individual <br><br> Defendant(s). | CASE NO. 1:24-cv-00082-CJW-KEM <br><br> Honorable Judge C.J. Williams |

**PROPOSED ORDER**

This matter is before the Court on Plaintiff's Motion for Extension of Time. For good cause shown, the Court **GRANTS** the motion.

Accordingly, it is ORDERED Plaintiff's response to Defendants' Motion for Judgment on the Pleadings or, Alternatively, to Strike (ECF No. 103) is due on or before October 14, 2025.

**IT IS SO ORDERED** this _____ day of _____, 2025.

_____
C.J. Williams
United States District Judge
Northern District of Iowa