# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS   DIVISION

| | | | | | | |
|---|---|---|---|---|---|---|
| HARLEY KELCHNER,<br><br>Plaintiff(s)<br><br>vs.<br><br>CRST EXPEDITED, INC.,<br><br>Defendant(s) | | | **HEARING MINUTES**   Sealed:   No<br>Case No.:   24-CV-82-CJW-KEM<br>Presiding Judge:   Kelly Mahoney, Magistrate Judge<br>Deputy Clerk:   Paige Burnham<br>Official Court Record:   FTR Gold        Contract?<br>Contact Information: | | | |

| Date: | 10/8/2025 | Start: | 4:01 p.m. | Adjourn: | 4:24 p.m. | Courtroom: | KEM conference/library | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | n/a | | | Time in Chambers: | n/a | Telephonic? | Yes |
| Appearances: | | Plaintiff(s): | Barton Goplerud, Georgia Zecest, Michael Von Klemperer | | | | | |
| | | Defendant(s): | Andrew Ireland, Angela Cash | | | | | |
| | | U.S. Probation: | | | | | | |
| | | Interpreter: | | | Language: | | Certified: | Phone: |

| TYPE OF PROCEEDING: | STATUS CONFERENCE | Contested? | No | Continued from a previous date? | No | |
|---|---|---|---|---|---|---|

| | Motion(s): | | Ruling: | |
|---|---|---|---|---|
| | Matters discussed: | | | |

- **Discovery deadline** – Plaintiff seeks to move the discovery deadline from February 2026 to July 2026. Plaintiff argues that when the parties originally agreed to the February 2026 discovery deadline, defendants had agreed to produce ESI by May 2025. It is now early October 2025 and defendants have still not completed ESI production. Defendants would consent to a 60-day extension but think it is premature to further extend the deadline at this time when it is unknown whether the parties will have difficulty scheduling and conducting all depositions with a shorter extension or not. Defendants indicate they have another 4,000 page ESI production to make but are waiting on a third party vendor to redact contact information. They indicate they should make that production in the next 3-4 business days. Defendant also indicates it is not responsible for all delays, noting a status conference where plaintiff had not reviewed the Gannon discovery 30 days after its production. The court indicates it is inclined to give plaintiff the time he thinks he needs given the extreme delays in ESI production by defendants. The court also notes it is unclear whether the ESI production will actually be completed in 3-4 business days as defendant represents. Plaintiff agrees to come back to the court and request the extension once defendant's ESI production is completed.
- **Plaintiff's deadline to respond to defendants' motion for judgment on the pleadings** – Defendants have a motion for judgment on the pleadings pending which argues that plaintiff does not have standing to bring class claims against any defendant other than CRST Specialized and that the allegations in the complaint are not sufficiently particular. Plaintiff has drafted a proposed amended complaint that adds 2 new named plaintiffs and ~30 pages of allegations, which plaintiff argues moots defendants' motion for judgment on the pleadings. Plaintiff argues that it would be a waste of time for it to brief the judgment-on-the-pleadings motion if the motion to amend is going to be granted and requests that the motion to amend be briefed first. Plaintiff provided the proposed amended complaint to defendants yesterday and they have not yet had a chance to thoroughly review. Defendants have not yet taken a position on whether they will resist amendment and whether they agree the proposed amended complaint moots the motion for judgment on the pleadings. At this time, the court will stay plaintiff's deadline to file a resistance to the motion for judgment on the pleadings, to be reset by separate order. The court indicates plaintiff should file the motion to amend within the next two weeks. Once defendants' determine their position with respect to amendment, the court will have a better idea of when to reset plaintiff's deadline. Order to follow on this.

| Witness/Exhibit List is | |
|---|---|
| The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | |

| | Miscellaneous: | |
|---|---|---|