# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

HARLEY KELCHNER, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

CRST EXPEDITED, INC., et al.,

    Defendants.

No. 24-CV-0082-CJW-KEM

**ORDER**

_____

Defendants have filed a motion for judgment on the pleadings (Doc. 103), for which Plaintiff's resistance deadline is October 14, 2025 (Doc. 106). The court held a status conference with the parties on October 8, 2025. Doc. 108. Plaintiff intends to seek leave to file an amended complaint, which would moot the pending motion. The parties need additional time for Defendants to review the proposed amended complaint to determine whether they oppose its filing. The parties agreed to an extension of the briefing deadlines for the pending motion. The court finds the parties should be allowed additional time to confer on the proposed amended complaint and timing of briefing (if needed) for the pending motion.

The court **extends** Plaintiff's deadline to resist Defendant's motion for judgment on the pleadings (Doc. 103). The court will reset deadlines by separate order.

**SO ORDERED** on October 10, 2025.

Kelly K.E. Mahoney
Chief Magistrate Judge
Northern District of Iowa