**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>CRST Expedited, Inc., CRST Specialized Transportation, Inc. CRST Lincoln Sales, Inc. and John Smith, an individual<br><br>Defendant(s). | CASE NO. 1:24-cv-00082-CJW-KEM<br><br>Honorable Chief Judge C.J. Williams<br><br>Honorable Chief Magistrate Judge Kelly K.E. Mahoney |

**UNRESISTED MOTION FOR LEAVE TO AMEND THE COMPLAINT AND EXTEND DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND**

Plaintiff, Harley Kelchner, and Defendants, CRST Expedited, Inc., CRST Specialized Transportation, Inc., CRST Lincoln Sales, Inc., and John Smith, respectfully request under Federal Rules of Civil Procedure 15(a)(2) and 16(b), LR 7(j), LR 15, and LR 16(f) to grant Plaintiff leave to amend the Complaint and extend Defendants' deadline to answer or otherwise respond to the Amended Complaint to forty-five (45) days after the docketing of the Amended Complaint.

In support of this motion, the Parties state as follows:

1.      A copy of the proposed Amended Complaint is attached hereto as **Exhibit A**.

2.      A red-lined version of the proposed Amended Complaint, showing all changes to the original Complaint, is attached hereto as **Exhibit B**.

1

3.    On August 23, 2024, Plaintiff filed the original Complaint. *See* Compl., Dkt. No. 1.

4.    Each Defendant has answered the Complaint. Answers, Dkt. Nos. 25-27, 55.

5.    The deadline for motions to amend the pleadings or add parties was December 30, 2024. *See* Scheduling Order, Dkt. No. 47.

6.    On September 9, 2025, Defendants filed a Motion for Judgment on the Pleadings or to Strike, Dkt. No. 103.

7.    The parties then met and conferred, participated in a status conference before Magistrate Judge Mahoney, and Plaintiff provided Defendants with a copy of the proposed Amended Complaint. Plaintiff requested that Defendants stipulate to the amendment and withdraw the pending Motion for Judgment on the Pleadings.

8.    The proposed Amended Complaint adds (1) Anthony Hicks and Daniel Weche as named Plaintiffs; (2) CRST International Holdings LLC and Michael Gannon as additional named Defendants; and (3) additional factual allegations.

9.    It is Plaintiff's position that the Amended Complaint addresses and/or moots all or most arguments raised in Defendants' Motion for Judgment on the Pleadings. Defendants do not concede that Plaintiff's position is correct.

10.    After conferring in good faith, and reviewing the proposed Amended Complaint, Defendants stated they would stipulate to the amendment and withdraw the pending Motion for Judgment on the Pleadings provided Plaintiff agreed (1) the amendment of the Complaint (a) does not moot Defendants' pending appeal at the Iowa Supreme Court challenging the District Court for the Northern District of Iowa's jurisdiction over Specialized and (b) does not waive

Specialized's ongoing objection to the District Court's jurisdiction; and (2) Defendants have forty-five (45) days to answer or otherwise respond to the Amended Complaint once filed.

11.     Plaintiff agreed to Defendants' conditions.

12.     Plaintiff believes that good cause exists to permit the amendment of the Complaint and to extend Defendants' deadline to answer or otherwise respond.

WHEREFORE, the Parties respectfully request that this Court:

a.   Grant leave to amend the Complaint and, pursuant to LR 15, instruct the Clerk of Court to docket **Exhibit A** as the Amended Complaint; and

b.   Permit Defendants forty-five (45) days after the docketing of the Amended Complaint to answer or otherwise respond.

Dated: October 28, 2025

/s/ *Michael von Klemperer*
Michael von Klemperer (*pro hac vice*)
FEGAN SCOTT LLC
1763 Columbia Road NW, Suite 100
Washington, DC 20009
Ph: (202) 921-0002
Fax: (312) 264-0100
mike@feganscott.com

J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
SHINDLER, ANDERSON, GOPLERUD &
WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

Elizabeth A. Fegan (*pro hac vice*)
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor

Respectfully Submitted,

/s/ *James H. Hanson*
James H. Hanson (*pro hac vice*)
Angela S. Cash (*pro hac vice*)
Andrew J. Ireland (*pro hac vice*)
SCOPELITIS, GARVIN, LIGHT, HANSON
& FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-492-9205
F: 317-684-2414
jhanson@scopelitis.com
acash@scopelitis.com
aireland@scopelitis.com

Thomas D. Wolle
SIMMONS PERRINE PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
P: 319-896-4007
F: 319-366-1917
twolle@sp.law

3

Chicago, IL 60606
Ph: (312) 741-1019
Fax: (312) 264-0100
beth@feganscott.com

Robert S. Boulter
LAW OFFICES OF ROBERT S. BOULTER
1101 5th Ave #310
San Rafael, CA 94901
Ph: (415) 233-7100
rsb@boulter-law.com

*Attorneys for Plaintiff Kelchner and the
Putative Class*

*Attorneys for Defendants CRST Expedited,
Inc., CRST Specialized Transportation, Inc.,
CRST Lincoln Sales, Inc. and John Smith*

4