**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CRST Expedited, Inc., CRST Specialized Transportation, Inc., CRST Lincoln Sales, Inc., and John Smith, an individual,<br><br>Defendants. | Case No. 1:24-CV-00082-CJW-KEM<br><br>**ORDER** |

This matter is before the court on the Parties' Unresisted Motion for Leave to Amend the Complaint and Extend Defendants' Deadline to Answer or Otherwise Respond. For good cause shown, the court **GRANTS** the motion (Doc. 111). The Clerk of Court will file the Amended Complaint (Doc. 111-1). The court sets the following deadlines:

1. By **November 7, 2025**, Defendants must file a notice to either withdraw the pending Motion for Judgment on the Pleadings or Alternatively to Strike (Doc. 103) or indicate if Defendants intend to proceed on all or portions of that motion.

2. By **December 15, 2025**, Defendants must answer or otherwise respond to the Amended Complaint.

**SO ORDERED** on October 29, 2025.

Kelly K.E. Mahoney
Chief Magistrate Judge
Northern District of Iowa