Case 1:24-cv-00082-CJW-KEM    Document 113-1    Filed 10/29/25    Page 1 of 3

# EXHIBIT A

# CDL A Lease Purchase Truck Driver

Case 1:24-cv-00082-CJW-KEM     Document 113-1     Filed 10/29/25     Page 2 of 3

at CRST The Transportation Solution, Inc. in Hot Springs National Park, Arkansas, United States

How to Apply

⧉ Copy Link

# Job Description

**Job Posting:** JC250135115

**Posted On:** Oct 25, 2023
**Updated On:** Nov 09, 2023

CRST Specialized Solutions is one of the nation's largest transportation companies, providing total transportation solutions and comprehensive logistics services to customers all over North America. We are looking for independent contractors (Lease Purchase) that would enjoy hauling specialty freight across the country.

+ Lease Purchase Positions

+ Solo or Team

+ One-Three weeks out, Home time is up to you

+ Solos earn up to $190,000+ $1.79 CPM- fluctuates as fuel surcharge changes

+ Teams earn up to $350,000+ $1.89 CPM – fluctuates as fuel surcharge changes

+ Up to a $4k Sign on Bonus

+ Manual or Automatic Transmission trucks

+ Freight assistance loading and unloading

+ Tolls are 100% paid

**Home Time**

**Job Benefits**

Benefits are offered through a 3rd Party

All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status.

**To view full details and how to apply, please <u>login</u> or <u>create a Job Seeker account</u>**

Case 1:24-cv-00082-CJW-KEM    Document 113-1    Filed 10/29/25    Page 3 of 3