# EXHIBIT B



**888-753-0328 | ICRecruiting@crst.com**

**Apply Now**

Home    About Us    Contact

## Lease purchase

CRST's industry-leading $0 Down Lease Purchase Program supports you at every step of the way from driver to business owner. It's a career overhaul designed to generate profit and get you in the mindset of a small business owner. We're going strong with half a century of success, and we don't intend on slowing down anytime soon. Low payments—no credit check required!

Program participants are entitled to:

- Well-maintained, late-model Freightliner Columbia
- Series 60 14.0-liter Detroit engine, Straight 10 transmissions, Jake Brakes, and 72" raised-roof sleepers
- Guaranteed bumper-to-bumper maintenance
- Consistent hometime
- 99% no-touch, 80% drop-and-hook freight
- Zero-charge trailers at a 2:1 trailer-to-tractor ratio
- Best-in-class safety program, including driver-decision shut-down policy

## Owner Operator

We're proud to continue our rich tradition of partnering with independent contractors for mutual stability and success. Whether you operate solo or with a team, CRST's extensive resources and loyal customer base will keep your trucks on the move. Our support programs—reduced fuel pricing, insurance, tire discounts, maintenance, and more—all contribute to substantial bottom lines and smart cost management. As America's largest team carrier, we're committed to offering the industry's finest team package.

Program participants are entitled to:
- 99% no-touch, 80% drop-and-hook freight, most of which is single pick-up/single delivery and customer-handled
- Zero forced dispatch
- Best-in-class safety program, including driver-decision shut-down policy
- The longest average team miles in the industry

### Let's Talk

Fill out the form below to speak with a recruiter today.

First Name (required)

Last Name (required)

Phone Number

Your Email (required)

City

State

Best Time of Day to Call?

Are you current or former military?
○ Yes    ○ No

Select one:
○ I have a CDL    ○ I need a CDL

I am interested in your zero down lease purchase program:



**888-753-0328 | ICRecruiting@crst.com**

**Apply Now**

Home    About Us    Contact

Copyright © 2023 CRST. All Rights Reserved.

**Privacy Policy**

*By completing this form, I agree to receive correspondence from CRST. This includes receiving autodialed telephone calls, prerecorded messages, text messages and emails about trucking job opportunities at the contact number and address I have provided above. I understand that I am not required to provide my consent as a condition of submitting my application.