# EXHIBIT C

Case 1:24-cv-00082-CJW-KEM    Document 113-3    Filed 10/29/25    Page 1 of 5



# CRST EXPEDITED

1332 Edgewood Rd. SW
Cedar Rapids, IA 52406

866-808-4349

*Visit Website (http://www.joincrst.com/)*     *Call Now (tel:866-808-4349)*

## APPLY (/APPLY/CRST-EXPEDITED.HTML)

## COMPANY OVERVIEW:

CRST Expedited is Looking for Truck Drivers of All Experience Levels!

- Recent Graduates - Tuition Reimbursement!
- Experienced - Earn more as a Lead Driver and Train your own partner!
- Students - Sponsored Class CDL A with job placement!
- Military Veterans - Earn your Class A CDL with our New Apprenticeship Program!

**Call for details!** 866-735-1375

CRST Expedited, Inc. is the nation's largest team carrier and has been recognized as one of the top dry van companies in America. We are extremely proud of our company's reputation, which exceeds 50 years, and believe that our success can be attributed to the professional drivers we employ and the excellent staff and management team that cares about our drivers.

As the largest team carrier in the nation, we offer more miles, more money, and guaranteed hometime!

We are committed to hiring qualified individuals who are dedicated to driving safely and meeting the needs of our customers. We have opportunities for experienced teams, experienced OTR driver trainers, Owner Operator teams, Lease Purchase teams, recent school graduates, or those looking for a company sponsored training program. Drivers are the foundation of CRST. In our Gold Rules culture, we recognize that our drivers are the most important part of our business. Your success is vital to our company's success! We are committed to respecting our drivers, responding to issues, and resolving problems to the best of our ability.

<u>Students</u>

In as little as three weeks of sponsored training at an approved CRST facility, you'll be on the road, traveling the country, as a professional truck driver. CRST helps hundreds of students earn their Class A License every year. With CRST Expedited, you'll be running the longest miles in the industry for some of the largest and most well-known companies in the nation.

CRST offers great solutions for people wanting a rewarding and exciting career.

Must be 21 years old to apply. Call for details! 866-735-1375

Case 1:24-cv-00082-CJW-KEM     Document 113-3     Filed 10/29/25     Page 2 of 5

**Pay & Benefits:**

Our student program helps you launch a rewarding truck driving career.

- Guaranteed home time: one day off for every week out
- In as few as six months earn even more as a lead driver
- Longest average miles in the industry – earn more!
- Hazmat Mileage Bonus of $.04 more per mile
- Affordable top-carrier medical, dental, and life insurance
- Matched 401(k) plan
- 99% no-touch, 80% drop-and-hook freight
- Average fleet age of just 1 ¼ years
- Hundreds of new trucks with late-model equipment
- Industry-leading safety program

Call for details! 866-735-1375

Military Apprenticeship Program

CRST Expedited's Military Apprenticeship Program pays you for your service while you earn your Class A CDL. If you use your GI Bill™ you can earn additional tax free income. Active Military Reservists and Honorably Discharged Veterans also receive a sign on bonus and pay credit for your time served.

If you have at least 2 years of experience driving a commercial vehicle in the military, you may be able to get started even sooner through the Military Skills Test Waiver. This means you would only have to pass the written exam to get your CDL, and there is an immediate pay increase.

Call a Military Specialist Recruiter for Details! 866-693-8429

Driver Trainer Opportunities!

As an experienced driver you can even make more as a lead driver – earning an additional $.08 per mile. With our "train your own partner" program, not only can you can earn while you train, your partner will start out with 6 month's pay credit.

20/10 Program

CRST Expedited's 3-Person Team Driver Program teams three professional truck drivers that live in the same area. Earn similar paychecks to teams driving a full month — the best combination between driver hometime and miles/pay you'll find in the industry.

Work 20 days with 10 days off at home, only 2 drivers in tractor at any given time.

Lease Purchase Program

Are you a professional driver passionate about taking your career to the next level? If you have 6 months recent CDL A over the road driving experience, a good work history, and safety record you may qualify for CRST's Lease Purchase program!

- No Credit Check, No Money Down
- Low truck payments
- Low Deadhead, No Forced Dispatch

Case 1:24-cv-00082-CJW-KEM     Document 113-3     Filed 10/29/25     Page 3 of 5

- Lucrative percentage pay package - Double your Profits!
- Aggressive fuel discounts
- Guaranteed Hometime
- Currently Leasing Freightliner Columbias & Cascadias 2013-2014

CRST offers 70% of revenue plus 97% fuel surcharge- current fleet earns on average $1.45 per mile to the contractor. CRST offers opportunities for teams, solos, lead drivers, and dedicated lanes in certain markets. As a Lease Purchase driver you can double your miles by training a CRST driving school graduate or hiring a co-driver from our fleet.

Call one of our Lease Purchase Specialists with over 25 years of trucking experience! 866-836-2691

## HIRING STATES:

- Alabama
- Colorado
- Georgia
- Kentucky
- Michigan
- Nevada
- New York
- Oregon
- Tennessee
- Washington

- Arizona
- Connecticut
- Illinois
- Louisiana
- Minnesota
- New Hampshire
- North Carolina
- Pennsylvania
- Texas
- West Virginia

- Arkansas
- Delaware
- Indiana
- Maryland
- Mississippi
- New Jersey
- Ohio
- Rhode Island
- Utah
- Wisconsin

- California
- Florida
- Kansas
- Massachusetts
- Missouri
- New Mexico
- Oklahoma
- South Carolina
- Virginia

## HIRING REQUIREMENTS

| | |
|---|---|
| Minimum Age | 21 |
| Minimum Experience | None |
| License Type | Class A |
| Trailer Experience Accepted | Van, Flatbed, Reefer, Tanker, Car Hauling, Household Goods |
| Driving Preference | Any |
| Allowable Moving Violations | 2 |
| Allowable Preventable Accidents | 3 |
| Hazmat Endorsement | No |

Case 1:24-cv-00082-CJW-KEM     Document 113-3     Filed 10/29/25     Page 4 of 5

| DWI/DUI Accepted | 5 years |

## COMPANY BENEFITS

| Bonuses | Yes |
| Paid Orientation | N/A |
| Profit Sharing | N/A |
| Retirement Plan | N/A |
| Dental Insurance | Yes |
| Vision Insurance | Yes |

## OTHER

| Time Away From Home | Guranteed, Varies With Run |
| Lease Purchase | Yes |
| Rider Program Spouse | N/A |
| Rider Program Child | N/A |
| Pets | N/A |

## VIEW JOB OPENINGS (/JOBS/CRST-EXPEDITED.HTML)

Case 1:24-cv-00082-CJW-KEM     Document 113-3     Filed 10/29/25     Page 5 of 5