Civil Action No.  1:24-cv-82-CJW-KEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  CRST International Holdings LLC

was received by me on *(date)*  October 29, 2025  .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  With Defendant CRST International Holdings LLC's consent, I electronically served Defendant with the Summons and Amended Complaint (Dkt. No. 113) through counsel on October 30, 2025 as follows:

Angela S. Cash (acash@scopelitis.com), James H. Hanson (jhanson@scopelitis.com), Andrew J. Ireland (aireland@scopelitis.com), and Thomas Wolle (twolle@simmonsperrine.com)

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  Nov. 3, 2025

*/s/ Michael von Klemperer*
*Server's signature*

Michael von Klemperer
*Printed name and title*

Fegan Scott LLC
1763 Columbia Road NW, Suite 100
Washington, DC  20009
*Server's address*

Additional information regarding attempted service, etc: