UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, ANTHONY HICKS, DANIEL WECHE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRST INTERNATIONAL HOLDINGS LLC, CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC., CRST LINCOLN SALES, INC., JOHN SMITH, an individual, and MICHAEL GANNON, an individual,<br><br>Defendants. | Case No. 1:24-cv-00082-CJW-KEM<br><br>Honorable Judge C.J. Williams |

## NOTICE OF WITHDRAWING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS, OR, ALTERNATIVELY, TO STRIKE (ECF NO. 103)

Pursuant to this Court's October 29, 2025 Order (ECF No. 112), Defendants, CRST Expedited, Inc. (CRST Expedited), CRST Specialized Transportation, Inc. (CRST Specialized), CRST Lincoln Sales, Inc. (Lincoln Sales), and John Smith, respectfully notify the Court of their intent to withdraw Defendants' pending Motion for Judgment on the Pleadings or, Alternatively, to Strike (Motion) (ECF No. 103). In support of this notice, Defendants state as follows:

1. Defendants filed their Motion on September 9, 2025. ECF No. 103.

2. On October 10, 2025, the Court extended Plaintiff's deadline to respond to Defendants' Motion. ECF No. 109.

3. On October 28, 2025, the Parties filed an unresisted Motion for Leave to Amend the Complaint and Extend Defendants' Deadline to Answer or Otherwise Respond. ECF No. 111.

4. On October 29, 2025, this Court granted the Partes' motion and ordered Defendants to file a notice regarding their intent to withdraw their pending Motion. ECF No. 112.

1

5.     Consistent with the Court's October 29, 2025 Order and in light of the filing of the First Amended Class Action Complaint (ECF No. 113), Defendants respectfully notify the Court of their intent to withdraw their pending Motion (ECF No. 103), without prejudice.

WHEREFORE, Defendants respectfully submit this notice withdrawing Defendant's Motion for Judgment on the Pleadings, or, Alternatively, to Strike (ECF No. 103).


Dated:  November 10, 2025

Respectfully submitted,

*/s/ Angela S. Cash*
James H. Hanson (*pro hac vice*)
Angela S. Cash (*pro hac vice*)
Andrew J. Ireland (*pro hac vice*)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-492-9205 | F: 317-684-2414
jhanson@scopelitis.com
acash@scopelitis.com
aireland@scopelitis.com


Thomas D. Wolle
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
P: 319-366-7641 | F: 319-366-1917
twolle@spmblaw.com

*Attorneys for Defendants,*
*CRST International Holdings LLC, CRST*
*Expedited, Inc., CRST Specialized*
*Transportation, Inc., CRST Lincoln Sales, Inc.,*
*John Smith, and Michael Gannon*

2