# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, ANTHONY HICKS, DANIEL WECHE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CRST International Holdings LLC, CRST Expedited, Inc., CRST Specialized Transportation, Inc., CRST Lincoln Sales, Inc., John Smith, an individual, and Michael Gannon, an individual.<br><br>Defendants. | No. 1:24-cv-00082-CJW-KEM<br><br>**JOINT MOTION TO AMEND SCHEDULING ORDER AND DISCOVERY PLAN** |

Pursuant to Federal Rules of Civil Procedure 16(b)(4) and 29(b) and Local Rules 7(j) and 16(f), Plaintiffs Harley Kelcher, Daniel Weche, and Anthony Hicks, and Defendants CRST International Holdings LLC, CRST Expedited, Inc., CRST Lincoln Sales, Inc., CRST Specialized Transportation, Inc., John Smith, and Michael Gannon jointly move to amend the scheduling order and discovery plan and state as follows:

1. On March 13, 2025, the Court issued an Amended Scheduling Order and Discovery Plan adopting a May 21, 2025, deadline for Defendants' substantial completion of discovery, and setting the completion of fact discovery 278 days later, February 23, 2026. *See* Dkt. No. 63.

2. On October 23, 2025, Defendants completed their final custodial production.

3. The Parties respectfully request a new deadline of July 28, 2026, for the completion of fact discovery (278 days after the date of Defendants' final custodial production), with all deadlines after fact discovery adjusted by the same interval as the current schedule:

| DEADLINES: | Current | Modified |
|---|---|---|
| **A.** Exchange of initial disclosures from new parties and supplemental initial disclosures from existing parties: | N/A | 12/22/2025 |
| **B.** Completion of fact discovery: | 02/23/2026 | 07/28/2026 |
| **C.** Expert witness disclosures: | | |
|    1. Plaintiffs' expert(s): | 03/12/2026 | 08/14/2026 |
|    2. Defendants' expert(s): | 05/12/2026 | 10/14/2026 |
|    3. Plaintiffs' rebuttal expert(s): | 06/18/2026 | 11/16/2026 |
|    4. Completion expert discovery: | 07/16/2026 | 12/16/2026 |
| **D.** Class certification briefing: | | |
|    1. Plaintiffs' motion: | 08/06/2026 | 01/06/2027 |
|    2. Defendants' response: | 09/21/2026 | 02/22/2027 |
|    3. Plaintiffs' reply | 10/19/2026 | 03/22/2027 |
| **E.** Dispositive motions: | 01/15/2027 | 06/18/2027 |
| **F.** Trial ready date: | **to be determined** | **to be determined** |

4. The Parties' respective counsel have conferred and stipulate to the foregoing modifications to the scheduling order and discovery plan.

5. Pursuant to Local Rule 7(j), the Parties state:

   a. The Court issued an Amended Scheduling Order and Discovery Plan (Dkt. No. 64) which amended the deadlines in the original Scheduling Order and Discovery Plan (Dkt. No. 47);

b.  There are no other Court-imposed deadlines;

c.  The final pretrial conference and trial have not yet been scheduled.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court adopt the schedule set forth above.

Dated: November 21, 2025

Respectfully Submitted,

/s/ J. Barton Goplerud
J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
SHINDLER, ANDERSON, GOPLERUD &
WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

/s/ Angela S. Cash
James H. Hanson (pro hac vice)
Angela S. Cash (pro hac vice)
Andrew J. Ireland (pro hac vice)
SCOPELITIS, GARVIN, LIGHT, HANSON
& FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-492-9205
F: 317-684-2414
jhanson@scopelitis.com
acash@scopelitis.com
aireland@scopelitis.com

Elizabeth A. Fegan (*pro hac vice*)
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: (312) 741-1019
Fax: (312) 264-0100
beth@feganscott.com

Thomas Wolle
SIMMONS PERRINE MOYER BERGMAN
PLC
115 3rd Street SE, Suite 1
Cedar Rapids, IA 52401
P: 319-896-4007
twolle@sp.law

/s/ Michael von Klemperer
Michael von Klemperer (*pro hac vice*)
FEGAN SCOTT LLC
1763 Columbia Road NW, Suite 100
Washington, DC 20009
Ph: (202) 921-0002
Fax: (312) 264-0100
mike@feganscott.com

*Attorneys for Defendant*
*CRST Specialized Transportation, Inc.*

Robert S. Boulter
LAW OFFICES OF ROBERT S. BOULTER
1101 5th Ave #310
San Rafael, CA 94901
Ph: (415) 233-7100
rsb@boulter-law.com

*Attorneys for Plaintiffs Kelchner, Weche,*
*Hicks and the Putative Class*

4