# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

HARLEY KELCHNER, individually and on behalf of all others similarly situated, et al.

      Plaintiffs,

vs.

CRST EXPEDITED, INC., et al.,

      Defendants.

No. 24-CV-0082-CJW-KEM

**ORDER**

_____

The parties jointly move to amend scheduling deadlines in this case (Doc. 118). The court finds good cause to extend deadlines as requested.

The court **GRANTS** the Joint Motion to Amend Scheduling Order and Discovery Plan (Doc. 118) and extends the following deadlines:

| | |
|---|---|
| Discovery completion | 07/28/2026 |
| Expert disclosures: | |
|     Plaintiffs' experts | 08/14/2026 |
|     Defendants' experts | 10/14/2026 |
|     Plaintiffs' rebuttal experts | 11/16/2026 |
|     Completion expert discovery | 12/16/2026 |
| Class certification briefing: | |
|     Plaintiffs' motion | 01/06/2027 |
|     Defendants' response | 02/22/2027 |
|     Plaintiffs' reply | 03/22/2027 |
| Dispositive motions | 06/18/2027 |

The parties have not yet determined a trial ready date.  The court orders that by **March 2, 2026**, the parties file a status report addressing a trial ready date.

     **SO ORDERED** on November 24, 2025.

Kelly K.E. Mahoney
Chief Magistrate Judge
Northern District of Iowa