UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, ANTHONY HICKS, DANIEL WECHE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRST INTERNATIONAL HOLDINGS LLC, CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC., CRST LINCOLN SALES, INC., JOHN SMITH, an individual, and MICHAEL GANNON, an individual,<br><br>Defendants. | Case No. 1:24-cv-00082-CJW-KEM<br><br>Honorable Judge C.J. Williams |

**CORPORATE DEFENDANTS' MOTION TO DISMISS**

Defendants, CRST International Holdings, LLC, CRST Expedited, Inc, CRST Specialized Transportation, Inc., and CRST Lincoln Sales, Inc., respectfully request that the Court dismiss Plaintiffs' First Amended Complaint (ECF No. 113) for the reasons set forth in its accompanying Memorandum of Points and Authorities.

Dated: December 15, 2025

Respectfully submitted,

*/s/ James H. Hanson*
James H. Hanson (*pro hac vice*)
Angela S. Cash (*pro hac vice*)
Andrew J. Ireland (*pro hac vice*)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-492-9205 | F: 317-684-2414
jhanson@scopelitis.com
acash@scopelitis.com
aireland@scopelitis.com

Thomas Wolle
SIMMONS PERRINE PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
P: 319-366-7641
F: 319-366-1917
twolle@sp.law

*Attorneys for Defendants,*
*CRST International Holdings, LLC, CRST Expedited, Inc., CRST Specialized Transportation, Inc., and CRST Lincoln Sales, Inc.*