UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, ANTHONY HICKS, DANIEL WECHE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRST INTERNATIONAL HOLDINGS LLC, CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC., CRST LINCOLN SALES, INC., JOHN SMITH, an individual, and MICHAEL GANNON, an individual,<br><br>Defendants. | Case No. 1:24-cv-00082-CJW-KEM<br><br>Honorable Judge C.J. Williams |

**PROPOSED ORDER**

This matter is before the Court on the Motion to Dismiss filed by Defendants, CRST International Holdings LLC, CRST Expedited, Inc., CRST Specialized Transportation, Inc., and CRST Lincoln Sales, Inc.,. For good cause shown, the Court **GRANTS** the motion.

Accordingly, it is ORDERED that this case is DISMISSED.

**IT IS SO ORDERED** this _____ day of _____, 2025.

_____
C.J. Williams
United States District Judge
Northern District of Iowa