UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, ANTHONY HICKS, DANIEL WECHE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRST INTERNATIONAL HOLDINGS LLC, CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC., CRST LINCOLN SALES, INC., JOHN SMITH, an individual, and MICHAEL GANNON, an individual,<br><br>Defendants. | Case No. 1:24-cv-00082-CJW-KEM<br><br>Honorable Judge C.J. Williams |

**PROPOSED ORDER**

This matter is before the Court on the Motion to Dismiss filed by Defendants, John Smith and Michael Gannon. For good cause shown, the Court **GRANTS** the motion.

Accordingly, it is ORDERED that this case is DISMISSED as to Defendants, John Smith and Michael Gannon.

**IT IS SO ORDERED** this _____ day of _____, 2025.

_____
C.J. Williams
United States District Judge
Northern District of Iowa