**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION**

| | |
|---|---|
| HARLEY KELCHNER, ANTHONY HICKS, DANIEL WECHE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CRST International Holdings LLC, CRST Expedited, Inc., CRST Specialized Transportation, Inc., CRST Lincoln Sales, Inc. and John Smith, an individual, and Michael Gannon, an individual, <br><br> Defendants. | No. 1:24-cv-00082-CJW-KEM <br> Honorable Judge C.J. Williams |

**UNRESISTED MOTION TO EXTEND TIME FOR PLAINTIFFS TO FILE
RESPONSES TO DEFENDANTS' MOTIONS TO DISMISS AND FOR
DEFENDANTS' REPLY BRIEFS**

Plaintiffs, Harley Kelchner, Anthony Hicks, and Daniel Weche, and Defendants, CRST International Holdings, LLC., CRST Expedited, Inc., CRST Specialized Transportation, Inc., CRST Lincoln Sales, Inc., John Smith, and Michael Gannon, respectfully move under LR 7(j) for a 28-day extension of time for Plaintiffs to file their responses to Defendants' Motions to Dismiss (Dkt. Nos. 120, 121) and a 7-day extension of time for Defendants to file their reply briefs.

In support of this Motion, the Parties state as follows:

1.      Defendants filed their Motions to Dismiss on December 15, 2025.

2.      The deadline for Plaintiffs to respond to these Motions is December 29, 2025.

3.      The deadline for Defendants to file their replies is January 7, 2026.

4. The Parties require additional time to brief the Motions to Dismiss due to numerous preexisting scheduling conflicts that counsel have in other matters and to account for the upcoming Holidays.

5. This Court has not previously continued or extended the deadline for Plaintiffs to respond to Defendants' Motions to Dismiss or for Defendants to file their reply briefs and these extensions will not conflict or impact any existing case deadlines.

6. Pursuant to LR 7(k), counsel for the Parties have conferred and agreed to the extensions discussed herein.

WHEREFORE, the Parties respectfully request that the Court extend the deadline for Plaintiffs to respond to Defendants' Motions to Dismiss to January 26, 2026, and extend the deadline for Defendants' reply in further support of their Motions to Dismiss to February 9, 2026.

Dated: December 19, 2025

Respectfully Submitted,

/s/ *Michael von Klemperer*
Michael von Klemperer (*pro hac vice*)
FEGAN SCOTT LLC
1763 Columbia Road NW, Suite 100
Washington, DC 20009
Ph: (202) 921-0002
Fax: (312) 264-0100
mike@feganscott.com

J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
SHINDLER, ANDERSON, GOPLERUD &
WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com

/s/ *Angela S. Cash*
James H. Hanson (*pro hac vice*)
Angela S. Cash (*pro hac vice*)
Andrew J. Ireland (*pro hac vice*)
SCOPELITIS, GARVIN, LIGHT, HANSON
& FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-492-9205
F: 317-684-2414
jhanson@scopelitis.com
acash@scopelitis.com
aireland@scopelitis.com

Thomas D. Wolle
SIMMONS PERRINE PLC
115 Third Street SE, Suite 1200

2

marty@sagwlaw.com

Elizabeth A. Fegan (*pro hac vice*)
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: (312) 741-1019
Fax: (312) 264-0100
beth@feganscott.com

Robert S. Boulter
LAW OFFICES OF ROBERT S. BOULTER
1101 5th Ave #310
San Rafael, CA 94901
Ph: (415) 233-7100
rsb@boulter-law.com

*Attorneys for Plaintiffs Kelchner, Weche,
Hicks, and the Putative Class*

Cedar Rapids, IA 52401-1266
P: 319-896-4007
F: 319-366-1917
twolle@sp.law

*Attorneys for Defendants CRST International
Holdings, LLC, CRST Expedited, Inc., CRST
Specialized Transportation, Inc., CRST
Lincoln Sales, Inc., John Smith, and Michael
Gannon*

3