ELECTRONICALLY FILED    JAN 8, 2026    CLERK OF SUPREME COURT

# IN THE SUPREME COURT OF IOWA

## No. 25–0607

## U.S. Dist. Ct. - Northern Dist No. 24-CV-82-CJW-KEM

## ORDER

**HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated,**
      **Plaintiff-Appellee,**

**vs.**

**CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC., CRST LINCOLN SALES, INC., and JOHN SMITH, an individual,**
      **Defendants-Appellants.**

---

I, Donna M. Humpal, Clerk of the Supreme Court of the State of Iowa, hereby certify that the certified question asked by the U.S. District Court, was answered in Supreme Court case number 25-0607 (U.S. District Court number **24-CV-82-CJW-KEM**).

The following costs have been computed pursuant to Iowa Rule of Appellate Procedure 6.304(2):

Defendants' Filing Fee paid by the Defendants  $150.00

IN TESTIMONY WHEREOF, I hereby set my hand and affix the official seal of the Supreme Court of the State of Iowa at Des Moines, Iowa, this 8th day of January, 2026.

Copies to:

Patrick Cannon Valencia
Deputy Solicitor General
Hoover State Office Building
Des Moines, IA 50319

Eric Wessan
Solicitor General
Hoover State Office Building
Des Moines, IA 50319

Angela Stemle Cash
10 W Market St Suite 1400
Indianapolis, IN 46204

James A Eckhart
10 W Market St Suite 1400
Indianapolis, IN 46204

James H Hanson
10 W Market St Suite 1400
Indianapolis, IN 46204

Thomas Dag Wolle
115 Third Street S E Suite 1200
Simmons Perrine Moyer & Bergman P L C
Cedar Rapids, IA 52401

John Goplerud
5015 Grand Ridge Drive Suite 100
West Des Moines, IA 50265-5749

Brian Orland Marty
5015 Grand Ridge Drive  Suite 100
West Des Moines, IA 50265

Michael John Von Klemperer
1763 Columbia Road NW Suite 100
Washington, DC 20009

Served on federal court:
ecfmail@iand.uscourts.gov



State of Iowa Courts

| Case Number | Case Title |
| --- | --- |
| 25-0607 | Kelchner v. CRST Expedited, Inc. |

So Ordered

Donna M. Humpal, Clerk

Electronically signed on 2026-01-08 09:31:34