# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, ANTHONY HICKS, DANIEL WECHE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CRST INTERNATIONAL HOLDINGS LLC, CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC., CRST LINCOLN SALES, INC. and JOHN SMITH, an individual, and MICHAEL GANNON, an individual, <br><br> Defendants. | Case No. 1:24-cv-00082-CJW-KEM <br><br> Honorable Judge C.J. Williams |

## JOINT STATUS REPORT ON IOWA SUPREME COURT
## DECISION ON CERTIFIED QUESTION

Pursuant to the Court's April 2, 2025 Order (ECF No. 66), Plaintiffs, Harley Kelcher, Anthony Hicks, and Daniel Weche, and Defendants, CRST International Holdings LLC (CRST International Holdings), CRST Expedited, Inc. d/b/a CRST The Transportation Solution, Inc. (CRST Expedited), CRST Lincoln Sales, Inc. (Lincoln Sales), CRST Specialized Transportation, Inc. (CRST Specialized), John Smith, and Michael Gannon, hereby jointly submit this status report to provide notice of the Iowa Supreme Court's decision on the certified question.

On December 19, 2025, the Iowa Supreme Court answered the certified question in the negative and held that, under Iowa law, a foreign corporation does not consent to personal jurisdiction simply by registering to do business in Iowa, appointing an agent for service of process in Iowa, or receiving service through that agent. *See Kelchner v. CRST Expedited, Inc.*, Case No. 25-0607 (Iowa Dec. 19, 2025), https://www.iowacourts.gov/courtcases/24930/embed/SupremeCourtOpinion.

1

The parties are conferring on January 13, 2026, and intend to promptly file a joint status report on proposed next steps following the Iowa Supreme Court's decision.

Dated: January 9, 2026

Respectfully Submitted,

*/s/Michael von Klemperer*
Michael von Klemperer (*pro hac vice*)
FEGAN SCOTT LLC
1763 Columbia Road NW, Suite 100
Washington, DC 20009
Ph: 202-921-0002 | Fax: 312-264-0100
mike@feganscott.com

J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
SHINDLER, ANDERSON, GOPLERUD &
WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Ph: 515-223-4567 | Fax: 515-223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

Elizabeth A. Fegan (*pro hac vice*)
FEGAN SCOTT LLC
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
Ph: 312-741-1019 | Fax: 312-264-0100
beth@feganscott.com

Robert S. Boulter
LAW OFFICES OF ROBERT S. BOULTER
1101 5th Avenue #310
San Rafael, CA 94901
Ph: 415-233-7100
rsb@boulter-law.com

*Attorneys for Plaintiffs and the Putative Class*

*/s/ James H. Hanson*
James H. Hanson (*pro hac vice*)
Angela S. Cash (*pro hac vice*)
Andrew J. Ireland (*pro hac vice*)
SCOPELITIS, GARVIN, LIGHT, HANSON &
FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-492-9205 | F: 317-684-2414
jhanson@scopelitis.com
acash@scopelitis.com
aireland@scopelitis.com

Thomas D. Wolle
SIMMONS PERRINE PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
P: 319-896-4007
F: 319-366-1917
twolle@sp.law

*Attorneys for Defendants*