# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>CRST Expedited, Inc., CRST Specialized Transportation, Inc. CRST Lincoln Sales, Inc. and John Smith, an individual<br><br>Defendant(s). | CASE NO. 1:24-cv-00082-CJW-KEM<br><br>Honorable Chief Judge C.J. Williams<br><br>Honorable Chief Magistrate Judge Kelly K.E. Mahoney<br><br><br><br>Expedited relief requested |

**UNRESISTED AND EXPEDITED MOTION FOR LEAVE FOR PLAINTIFFS TO FILE OPPOSITION BRIEF IN EXCESS OF 20 PAGES**

Plaintiffs, Harley Kelchner, Anthony Hicks, and Daniel Weche, by and through their counsel, respectfully move for expedited relief under LR 7(h) to grant Plaintiffs leave to file an opposition brief of 28 pages in connection with the motion to dismiss filed by Defendants CRST International Holdings, LLC, CRST Expedited, Inc., CRST Specialized Transportation, Inc., and CRST Lincoln Sales, Inc. (the "Corporate Defendants"). *See* Dkt. No. 120.

In support of this motion, Plaintiffs state as follows:

1. On December 15, 2025, the Corporate Defendants filed a Motion to Dismiss. Dkt. No. 120.

2. The deadline for Plaintiffs to respond is January 26, 2026. Dkt. No. 123.

3. Good cause exists for granting this motion due to the complex legal and factual issues presented in the Corporate Defendants' Motion to Dismiss, which is accompanied by a 20-

page brief and a 59-page declaration. *See* Dkt. No. 120-1-2. The Corporate Defendants move to dismiss Plaintiffs' complaint on five different grounds, citing substantial legal authority, and implicating Plaintiffs 48-pages of allegations concerning the interrelated operations of four different entities and Defendants' fraudulent scheme.

4.     Plaintiffs have made every effort to be concise but cannot adequately respond to Defendants' numerous arguments within the 20-page limitation.

5.     Defendants do not object to Plaintiffs' request and have requested an 8-page extension for their reply brief, which Plaintiffs do not oppose.

6.     Plaintiffs do not make this request for any improper purpose or cause unnecessary delay.

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs leave to file an opposition brief of 28 pages in connection with the motion to dismiss filed by the Corporate Defendants. *See* Dkt. No. 120.


Dated: January 26, 2026                              Respectfully Submitted,

                                                     **FEGAN SCOTT LLC**

                                                     /s/ *Michael von Klemperer*
                                                     Michael von Klemperer (*pro hac vice*)
                                                     FEGAN SCOTT LLC
                                                     1763 Columbia Road NW, Suite 100
                                                     Washington, DC 20009
                                                     Ph: (202) 921-0002
                                                     Fax: (312) 264-0100
                                                     mike@feganscott.com

                                                     Elizabeth A. Fegan (*pro hac vice*)
                                                     FEGAN SCOTT LLC
                                                     150 S. Wacker Dr., 24th Floor
                                                     Chicago, IL 60606
                                                     Ph: (312) 741-1019

Fax: (312) 264-0100
beth@feganscott.com

J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
SHINDLER, ANDERSON, GOPLERUD,
& WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

Robert S. Boulter
LAW OFFICES OF ROBERT S.
BOULTER
1101 5th Ave #310
San Rafael, CA 94901
Ph: (415) 450-5189
rsb@boulter-law.com

*Attorneys for Plaintiffs and the Putative
Class*