**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION**

| | |
|---|---|
| HARLEY KELCHNER, ANTHONY HICKS, DANIEL WECHE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CRST International Holdings LLC, CRST Expedited, Inc., CRST Specialized Transportation, Inc., CRST Lincoln Sales, Inc., John Smith, an individual, and Michael Gannon, an individual. <br><br> Defendants. | CASE NO. 1:24-cv-00082-CJW-KEM <br><br> Honorable Chief Judge C.J. Williams <br><br> Honorable Chief Magistrate Judge Kelly K.E. Mahoney |

**DECLARATION OF MICHAEL VON KLEMPERER IN SUPPORT OF PLAINTIFFS' RESISTANCE TO CORPORATE DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

I, Michael von Klemperer, declare under penalty of perjury as follows:

1.      I am an attorney licensed to practice in the District of Columbia and am admitted *pro hac vice* in this matter. I am an attorney of record for Plaintiffs in this matter. I have personal knowledge of the facts set forth below.

2.      Attached as **Exhibit A** is a true and correct copy of an email from Specialized's recruiting manager, Lyndsay Perez Navarro, to Defendants' enterprise-wide recruiting team—including Iowa-based Brooke McGivern and Jon Brown—instructing recruiters on how to "sell" Specialized's Driving Opportunity. This document is cited in paragraph 43 of the operative complaint, Dkt. No. 113.

3.      Attached as **Exhibit B** is a true and correct copy of an email from Specialized's recruiting manager, Lyndsay Perez Navarro, to Defendants' enterprise-wide recruiting team—including Iowa-based recruiters, Brooke McGivern and Jon Brown—providing recruiters with uniform documents to sell Flatbed's Driving Opportunity. This document is cited in paragraph 45 of the operative complaint.

4.      Attached as **Exhibit C** is a true and correct copy of the Lease Purchase Information Packet emailed to Kelchner by Iowa-based recruiter, Brooke McGivern, on February 3, 2022. This document is cited in paragraph 41 of the operative complaint.

5.      Attached as **Exhibit D** is a true and correct copy of the Lease Purchase Information Packet emailed to Hicks by Iowa-based recruiter, Brooke McGivern, in September 2024. This document is referenced in paragraph 42 of the operative complaint, and contains exactly the same representations contained in Exhibit B.

6.      Attached as **Exhibit E** is a true and correct copy of an email from Iowa-based recruiter, Jon Brown, on April 22, 2025, inviting Weche to Defendants' Driver Operation. This document is referenced in paragraph 49 of the operative complaint.

7.      Attached as **Exhibit F** is a true and correct copy of the Driver Checklist Packet provided to Kelchner at Defendants' Driver Orientation. This document is cited in paragraph 50 of the operative complaint.

8.      Attached as **Exhibit G** is a true and correct copy of a PowerPoint presented to Driver candidates at Defendants' Driver Orientation. This document is cited in paragraph 51 of the operative complaint.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: January 26, 2026

/s/ Michael von Klemperer
Michael von Klemperer