# EXHIBIT F



**DELIVERING PROMISES AND DRIVING SUCCESS**

**THE TRANSPORTATION SOLUTION**

Driver: Harley Kelchner

Domicile: **Palm City FL-** We are an OTR (all 48 states) fleet. Drivers out for a few weeks at a time. You may "Get Thru Home" typically 3-4 weeks. **Get Thru Home may be just for a few hours at a time or at odd hours of the night even.** There is no guarantee that you will be home for an entire day every 3-4 weeks. See "Hometime" below for more information.

•**Orientation:** Our orientation runs Monday – Thursday 8am to 5pm in Fort Wayne, IN. Bring all docs listed in Welcome Letter. Orientation is not paid, however we do have a $1000.00 transition bonus that is paid out the week after you take your first dispatch to help you cover expenses.

•**Freight:** **Drivers will need to touch freight and van equipment.** Our business requires drivers to assist on-site crew with loading and unloading freight, operating liftgate, strapping and securing freight. These are all paid in addition to your miles.

•**Hometime:** We are an OTR fleet. Our drivers are typically transporting freight cross country for a few weeks at a time. We do have a Get Thru Home program. Depending on your domicile and our freight patterns we <u>may</u> be able to dispatch you on a load that will pass near your domicile so you can stop by your house for a few hours or a day or two while you are on a dispatch. If you need specific dates off notice can be submitted to your dispatcher as well that you are going out of service. Please see enclosed map and policy.

•**Pay:** Current average weekly miles for our fleet are 2200-2500. For the first couple weeks after you finish class you may see 1000-1500 miles as you settle into our program. Solo Blanketwrap drivers earn an average of $1.70-$1.75 per mile. This consists of:

-$1.06 cpm Base pay for all miles
-$0.04 cpm Safety – Optional Bonus Program
-$0.24 cpm Handling *average over the course of a year* (see definition below)
-$0.3750 cpm fuel surcharge, updated weekly based on National Average

We have a longevity program that pays additional $.02 - $.05 cpm depending on years of service at CRST Specialized. Average 1099 Gross Earnings are $190,000 per year (based on 48 weeks in service). After earnings you will have fixed expenses as well as lease purchase and maintenance expenses if you are leasing a truck with us. We offer many additional perks to our ICs such as phone bill $50 monthly credit, 13 free truck/trailer wash per year, tolls 100% paid, Comdata savings of $.18 cents per gallon, etc.



EXHIBIT

8

5-29.25

SPEC001271

**•Equipment:** We currently are seeing inventory of 2016-2019 Freightliner Cascadias. We select your truck based on availability of manual/auto transmission and any license restrictions. Our goal is to help you be successful in your lease. No money down/no credit check/walk away leases. You also have the option to buy out the truck at the end of the lease if you wish. Payments for a solo driver average $425-$560 per week. Maintenance program averages $.1150 - $.1500 cpm. You will also have bobtail insurance ($35.00/month) and physical damage insurance ($280-$350/month).



**CRST SPECIALIZED SOLUTIONS**

What is "Get Thru Home?" It is a potential PASS THROUGH driver's domicile for home time. It can range from a few hours to a few days depending on driver's dispatch. If driver has a request to be home on specific day(s), please provide a 2 week notice so our Ops team can plan freight accordingly.

11.3.2021

SPEC001272