## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, ANTHONY HICKS, DANIEL WECHE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CRST International Holdings LLC, CRST Expedited, Inc., CRST Specialized Transportation, Inc., CRST Lincoln Sales, Inc., John Smith, an individual, and Michael Gannon, an individual.<br><br>Defendants. | CASE NO. 1:24-cv-00082-CJW-KEM<br><br>Honorable Chief Judge C.J. Williams<br><br>Honorable Chief Magistrate Judge Kelly K.E. Mahoney<br><br><br>Expedited relief requested |

**PLAINTIFFS' EXPEDITED MOTION TO ADJUDICATE WHETHER MATERIALS DESIGNATED AS CONFIDENTIAL BY DEFENDANTS MAY BE SEALED**

Pursuant to LR 5(c), Plaintiffs Harley Kelchner, Anthony Hicks, and Daniel Weche, by and through their undersigned counsel, hereby move for expedited relief to consider whether Exhibits B-D attached to Plaintiffs' Resistance to Individual Defendants' Motion to Dismiss Amended Complaint should be sealed. The exhibits to be filed under seal are:

1. Exhibit B: September 1, 2022, email from Defendants' head of recruiting, Jennifer Abernathy, to Defendant Michael Gannon, with attachments related to Defendants' enterprise-wide recruiting operations.

2. Exhibit C: September 8, 2020, email from Defendants' head of recruiting, Jennifer Abernathy, to various CRST executives, including Defendant Michael Gannon, containing a slide-deck for the enterprise-wide monthly recruiting call.

3. Exhibit D: April 19, 2024, email from former President and CEO of CRST International Holdings, LLC, Hugh B. Ekberg, to various CRST executives, including Defendant Michael Gannon, with attachments related to retention and business success in the Driving Opportunity.

Exhibits B-D have been marked "Confidential" by Defendants pursuant to the Stipulated Protective Order (Dkt. No. 50) and, therefore, Defendants carry the burden to justify sealing these materials. Plaintiffs do not believe these materials meet the standard for sealing.

Dated: January 26, 2026

Respectfully submitted

*/s/ Michael von Klemperer*
Michael von Klemperer (*pro hac vice*)
FEGAN SCOTT LLC
1763 Columbia Road NW, Suite 100
Washington, DC 20009
Ph: (202) 921-0002
Fax: (312) 264-0100
mike@feganscott.com

Elizabeth A. Fegan (*pro hac vice*)
Georgia J. Zacest (*pro hac vice*)
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: (312) 741-1019
Fax: (312) 264-0100
beth@feganscott.com

J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
SHINDLER, ANDERSON, GOPLERUD &
WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

Robert S. Boulter
LAW OFFICES OF ROBERT S. BOULTER
1101 5th Ave #310
San Rafael, CA 94901
Ph: (415) 450-5189
rsb@boulter-law.com

*Attorneys for Plaintiffs Kelchner, Hicks,*
*Weche and the Putative Class*

3