# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, ANTHONY HICKS, DANIEL WECHE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CRST International Holdings LLC, CRST Expedited, Inc., CRST Specialized Transportation, Inc., CRST Lincoln Sales, Inc., John Smith, an individual, and Michael Gannon, an individual.<br><br>Defendants. | CASE NO. 1:24-cv-00082-CJW-KEM<br><br>Honorable Chief Judge C.J. Williams<br><br>Honorable Chief Magistrate Judge Kelly K.E. Mahoney |

## DECLARATION OF MICHAEL VON KLEMPERER IN SUPPORT OF PLAINTIFFS' RESISTANCE TO INDIVIDUAL DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

I, Michael von Klemperer, declare under penalty of perjury as follows:

1. I am an attorney licensed to practice in the District of Columbia and am admitted *pro hac vice* in this matter. I am an attorney of record for Plaintiffs in this matter. I have personal knowledge of the facts set forth below.

2. Attached as **Exhibit A** are true and correct excerpts of the transcript of the Deposition of Michael Gannon, taken May 29, 2025. This deposition transcript is cited in paragraphs 21, 23-26, 28-31, 40, 47, 50 of the operative complaint (Dkt. No. 113).

3. Attached as **Exhibit B** is a true and correct copy of an email from Defendants' head of recruiting, Jennifer Abernathy, to Michael Gannon on September 1, 2022, with attachments

related to Defendant's enterprise-wide recruiting operations. This document is cited in paragraph 30 of the operative complaint.

4. Attached as **Exhibit C** is a true and correct copy of an email from Defendants' head of recruiting, Jennifer Abernathy, to Michael Gannon and other CRST executives on September 8, 2020, with a slide-deck attached for reference at the enterprise-wide monthly recruiting call. This document is cited in paragraph 30 of the operative complaint.

5. Attached as **Exhibit D** is a true and correct copy of an email from former President and CEO of  Holdings, LLC, Hugh B. Ekberg, to various CRST executives, including Defendant Michael Gannon, on April 19, 2024, with attachments related to retention and business success in the Driving Opportunity. This document is cited in paragraph 55 of the operative complaint.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.


Dated: January 26, 2026


*/s/ Michael von Klemperer*
Michael von Klemperer