# EXHIBIT A

                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF IOWA
                        CEDAR RAPIDS DIVISION
     HARLEY KELCHNER, an        )
     individual, individually   )
     and on behalf of all       )
     others similarly situated,)
                                )
            Plaintiff,           ) Case No.
                                ) 1:24-cv-00082-CJW-KEM
          vs.                    )
                                ) VIDEOTAPED
     CRST EXPEDITED, INC.,       ) DEPOSITION OF
     CRST SPECIALIZED           ) MICHAEL GANNON
     TRANSPORTATION, INC.,       )
     CRST LINCOLN SALES, INC.   )
     and JOHN SMITH, an          )
     individual,                 )
                                )
            Defendants.          )
     --------------------------)

            THE VIDEOTAPED DEPOSITION OF MICHAEL
     GANNON, taken before Buffy Nelson, Registered
     Professional Reporter and Notary Public,
     commencing at 9:06 a.m. on May 29, 2025, at
     115 Third Street SE, Suite 1200, Cedar Rapids,
     Iowa.

            Reported by:  Buffy Nelson, R.P.R.

Case 1:24-cv-00082-CJW-KEM    Document 129-2    Filed 01/26/26    Page 2 of 7

P R O C E E D I N G S

THE VIDEOGRAPHER: Okay. We are now on the video record. Today is May 29, 2025. The time is approximately 9:06 a.m. Central Time. We are here in the matter of Harley Kelchner, et al., versus CRST Expedited, Inc., et al. We are here today to take the deposition of Michael Gannon.

Will counsel please identify themselves for the record.

MR. BOULTER: Robert Boulter on behalf of the plaintiffs.

MR. MARTY: Brian Marty on behalf of the plaintiffs.

MR. HANSON: I just want to make clear there is only one plaintiff in this case, so you're here representing Mr. Kelchner?

MR. BOULTER: Yes.

MR. HANSON: All right. This is Jim Hanson and Angie Cash, and we represent the defendants in the case.

MR. VISSER: Kevin Visser, Iowa counsel.

MS. STEPHENSON: Lisa Stephenson, general counsel for CRST.

MS. CASH: Do you want me to also -- Angela Cash. Jim has introduced me.

MICHAEL GANNON,

called as a witness, having been first duly sworn, testified as follows:

DIRECT EXAMINATION

BY MR. BOULTER:

Q. Good morning, Mr. Gannon. Could you state your name for the record?

A. Michael Gannon.

Q. All right. And have you had an opportunity to prepare for this deposition with various CRST attorneys?

A. Yes.

Q. About how much total time have you spent preparing for the deposition?

A. I would say probably in total three to four hours.

Q. So was Miss Stephenson present at any of your preparation sessions?

A. Yes.

Q. Have you ever had your deposition taken before?

A. Yes.

Q. Under what circumstances?

MR. BOULTER:  Yeah.

THE WITNESS:  Half hour is good.

MR. BOULTER:  What do you want --
do you want to do that or do you want to --

COURT REPORTER:  Do you want to go
off the record?

MR. BOULTER:  Yeah.

THE VIDEOGRAPHER:  Going off the
record at 12:02.

(A recess was taken.)

(Mr. Visser is not present.)

THE VIDEOGRAPHER:  Okay.  We are
back on the video record, 12:37.

Q.   All right, Mr. Gannon, I was asking
about recruiting a little bit.  I mean, just
generally speaking, as the top person in CRST,
you want your recruiters to provide accurate
information to your driver candidates,
including employee drivers and lease
contractors; correct?

A.   Yes.

Q.   And are you familiar with the location
at 2110 Wiley Boulevard in Cedar Rapids?

A.   Yes.

Q.   All right.  Is that where recruiters

MR. BOULTER: Finish. Yes.

A. Do we have drivers and contractors that move between the various operating companies? Yes. Do we poach? Absolutely not. Do we encourage that what is right for an individual contractor today may not be a year from now? We want them to be successful, and we want them to be aware of all the opportunities within CRST to be successful. So I wouldn't call it poaching. I wouldn't call it poaching.

Q. No, I think you said it well. You want them to be aware of other opportunities within the CRST organization.

A. I want them to be aware of the other driving positions within CRST.

Q. All right. And with respect to -- I -- you know, there are various -- various bits of information about the -- in this particular email and its attachments about the CRST Expedited Solutions lease purchase program; would you agree with that?

A. I'm going to look through it. I only went through the first four pages. Are you talking --

C E R T I F I C A T E

I, the undersigned, a Registered Professional Reporter and Notary Public of the State of Iowa, do hereby certify that I acted as the Registered Professional Reporter in the foregoing matter at the time and place indicated herein; that I took in shorthand the proceedings had at said time and place; that said shorthand notes were reduced to typewriting under my supervision and direction, and that the foregoing pages are a full and correct transcript of the shorthand notes so taken; that said deposition was submitted to the witness for signature as requested and that any changes, if any, requested by the witness are attached hereto.

I further certify that I am neither attorney nor counsel for, or related to or employed by any of the parties in the foregoing matter, and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 6th day of June, 2025.

*Buffy Nelson*

_____
REGISTERED PROFESSIONAL REPORTER
and NOTARY PUBLIC