# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

HARLEY KELCHNER, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC., CRST LINCOLN SALES, INC., and JOHN SMITH, an individual,

    Defendants.

No. 24-CV-82 CJW-KEM

**ORDER GRANTING MOTION TO FILE OVERLENGTH BRIEF**

_____

The matter before the Court is plaintiffs' Unresisted and Expedited Motion for Leave for Plaintiffs to File Opposition Brief in Excess of 20 Pages. (Doc. 127). Plaintiffs seeks to file an overlength resistance to defendants' motion to dismiss amended complaint. In compliance with Local Rule 7(h) plaintiffs attached a copy of the resistance to the motion. (Doc. 127-1).

**IT IS ORDERED** for good cause and the reasons stated in the motion, the motion to file overlength brief is **granted**. (Doc. 127). The Clerk of Court is directed to detach and file Plaintiffs' Resistance to Corporate Defendants' Motion to Dismiss Amended Complaint at Doc. 127-1.

Also in this motion, plaintiffs state "[d]efendants do not object to Plaintiffs' request and have requested an 8-page extension for their reply brief, which Plaintiffs do not oppose." (Doc. 127 at 2).

If defendants' reply brief exceeds the 5-page limit by 8 pages, defendants may file their overlength brief with no further order of the Court.

**IT IS SO ORDERED** this 27th day of January, 2026.

_____
C.J. Williams, Chief Judge
United States District Court
Northern District of Iowa

2