# EXHIBIT C

**To:** harbek2000@gmail.com[harbek2000@gmail.com]
**From:** Brooke McGivern
**Sent:** Thur 2/3/2022 8:39:28 AM
**Subject:** Solo LP
**Received:** Thur 2/3/2022 8:39:00 AM
CRST Specialized Solutions Lease Purchase Packet updated 10 28 2021 (1).pdf



Thank you

**Brooke McGivern**
Driver Recruiter
CRST The Transportation Solution, Inc – Driver Recruiting
2110 Wiley Blvd SW Cedar Rapids, IA 52404
Phone  319-731-5662
Fax-319-739-4104
bmcgivern@crst.com
www.CRST.com

https://intelliapp.driverapponline.com/c/crst?r=bmcgivern&uri_b=ia_crst_426098555

SPEC002289





**DELIVERING PROMISES AND DRIVING SUCCESS**

## THE TRANSPORTATION SOLUTION

### Lease Purchase Information Packet

*CRST Specialized Solutions!* We are an elite division of CRST located in Fort Wayne, IN. We have been in business for over 60 years. Hauling anything from medical and telecommunications equipment to store fixtures, you will never be bored at CRST Specialized Solutions! Our fleet is an Independent Contractor Fleet, we pair you up with your own dispatcher to help you be successful. We do not force dispatch.

Our requirements: minimum of 6 months recent class A driving experience OTR, clean MVR, good roadside inspection report and minimal criminal record.

**We have opportunities in our introductory <u>Blanketwrap Truckload Fleet.</u>**

The below pay info is based on a 48-week work year:

- <u>Solo Truckload Blanketwrap Pay</u>- 2200 -2500 miles Solo per week

> o **$1.72 cpm average per mile – fluctuates as fuel surcharge changes**
> This consists of:
>
> | | |
> |---|---|
> | -$1.06 cpm | Base pay for all miles |
> | -$0.04 cpm | Safety – Optional Program |
> | -$0.24 cpm | Handling *average over the course of a year* (see definition below) |
> | -$0.3750 cpm | fuel surcharge, updated weekly based on National Average |
>
> # Average 1099 Gross Revenue of $190,000 per year

- <u>Team Truckload Blanketwrap Pay</u>- 3500-4200 miles or more per week

> o **$1.81 cpm average per mile – fluctuates as fuel surcharge changes**
> This consists of:
>
> | | |
> |---|---|
> | -$1.14 cpm | Base pay for all miles |
> | -$0.06 cpm | Safety – Optional Program |
> | -$0.24 cpm | Handling *average over the course of a year* (see definition below) |
> | -$0.3725 cpm | fuel surcharge, updated weekly based on National Average |
>
> # Average 1099 Gross Revenue of $350,000 per year

SPEC002290

**Handling Definition**: What is handling pay anyways? In short, it is compensation for managing the use of van equipment (straps, blankets, load bars, decking) and for supervising the loading and unloading of freight. Although many trailers are preloaded by shippers there are many occasions where handling by driver is required with our freight. In those cases, driver is responsible for using pads to wrap freight and secure, keep any van equipment organized in the trailer and operate a liftgate when needed. Most compensation for handling is based on a minimum of 24,000 lbs., even though the load will probably weigh less than that.   (Less weight means less fuel!!)

*Handling is paid-* per every 100-pounds (cwt) in the trailer.
Customer Facility: $.60 cwt, Lift Gate: $.85 cwt, Van to Van: $.40 cwt (paid on actual weight) and Distribution Center: $.20 cwt (paid on actual weight).

For Example: you have a load that is 15,000 pounds. You will be paid on a minimum of 24,000 pounds to load at a customer and additional compensation to unload at a customer. You would get 240 x $.60= $144.00. In this scenario you would receive this at *both* pick-up and delivery.  Handling compensation averages out to approximately $.24 cpm over the course of a 48 week year.

**Home time** is about every 3-4 weeks with our "Get Thru Home" program to route you near your house for a short period of time you decide so that you can stop in to see family, pick up supplies, get new bedding etc. You also have the option to request time off and go out of service with a 2-week notice.

**Safety First:**  *We want you off the road if you do not feel safe*, **notify your Dispatch Manager when you need to shut down or go out of route due to weather.**

- Bad Weather – up to $100 per day for hotel and food with receipts
- Bad Weather – Out of route miles are paid to keep you safe (needs to be pre-approved by dispatch)

Savings/Extras/Perks/Bonus:
- Comdata Fuel Card Program – savings of $0.18 cents per gallon (optional) that puts $2700+ per year back in your pocket!
- Trailer and Truck Wash – 13 per year, $50 per wash reimbursed with receipts
- Phone Bills - $50 per month, no receipt required
- Tolls – We pay 100% of your tolls – we issue transponders for your truck
- Uniform allotment of $150 per year
- $25.00 Walmart Card for Clean Roadside Inspections
- Pre-pass - $13.78 per month to bypass the scales (optional sign up program)
- Rider Program (12+ years old summer months only/18+ full time) $5 per month fee
- Pet Program
- Optional third-party program for Life/Health/Dental/Vision/Disability through commission statement deductions

SPEC002291

## Lease Purchase Costs – *not including fuel and DEF*

We offer 2016-2019 Freightliner Cascadias with auto and manual transmissions (we pick your truck for you; our goal is to get you something that will help you be successful in your LP). Both cabinets and fridge come installed. Our lease program is No Money Down, No Credit Check, Walk-Away

- Insurance
  - Bobtail Insurance= $35.00 per month
  - Physical Damage= $280-$350 per month, depends on year of truck
- Maintenance Program– to give you peace of mind for repairs and maintenance while starting your own business. Maintenance costs are $.1150 cpm to $.1500 cpm.
- SOLO LP costs:  $425 - $560 per week for lease payment
- TEAM LP costs: $910 - $1025 per week for lease payment

# If you are driving today, BE SAFE!



SPEC002292