# EXHIBIT D

| | |
|---|---|
| **From:** | Anthony H |
| **To:** | naomi@faganscott.com |
| **Subject:** | Sent from recruiter Brooke |
| **Date:** | Tuesday, September 9, 2025 12:36:52 PM |
| **Attachments:** | Flatbed LP Packet 07.2024.pdf |

Get Outlook for iOS


## CRST FLATBED

CRST Flatbed Solutions has been an industry leader since 1955, implementing the most profitable program in the business! We are load board driven so that you can oversee your own business! Opportunities are available for experienced professional drivers with or without previous flatbed experience. Over the road drivers with a good work history and safety record may qualify for this well compensated position. We need six months driving experience in the last three years and a minimum of three months flatbed experience at some point in your career. We also offer Flatbed Securement Training Class for those who are new to Flatbed freight.



## ONBOARDING

CRST Flatbed Solutions conducts onboarding for the lease purchase program every Monday and Wednesday (two-day classes). Onboarding is held in Birmingham, AL. CRST Flatbed Solutions will arrange your transportation via Greyhound or rental car and reimburse your fuel cost with receipts and validation that the rental car has been returned. We will also provide you with lodging ($0 expense) paid for by CRST Flatbed Solutions. Meals- Breakfast served at hotel and Lunch is catered in daily. CRST Flatbed Training School: 40 hour class to train professional drivers on Freight Securement Techniques. This option is available for those who do not have previous flatbed experience in their driving career. Fee for Flatbed101 is $550.00 payroll deducted at $68.75/wk (fee waived with a honorable DD214)

## Program Highlights

### Compensation

 • Contractors earn 70% -75% of the revenue plus 100% of the fuel surcharge and accesorials
 • Utilize a fleet manager and earn 70% linehaul + FSC and accesorials (mandatory for 90 days for those contractors in our Flatbed 101 program.
 • Manage the load board on you own and earn 75% linehaul + FSC and accesorials
• FSC is based on national fuel price, when fuel is high you will be able to hold  your profit margins

 • Independent contractors receive a fuel discount of .18 by using CRST Flatbed Solutions' fuel stop network. Fuel discounts are available at Loves, Pilot/Flying J and TA-Petro. Each contractor is issued a ComData fuel card for convenience.
• Currently our contractors are averaging approximately ~$3.10/mi + FSC
• Settlements direct deposit once/wk on Friday or QuickPay with ComData (pays w/ in 2 business days)

### Operation

• Load board available. Fleet Manager is available to assist.
• No forced dispatch, a fleet manager is optional:

 • Autonomous Operations – You will have the opportunity to run your business with limited operations support. Access to the load boards, maintenance, safety, load planning, etc. will be your responsibility. This option provides a commission of 75% of the AGR.

 • Fleet Management Operations – IF you select this option a Fleet Manager will be assigned to your assist and support your business growth. Fleet Managers provide a behind the scenes support level to assist with load planning, back hauls, safety, and maintenance support. In addition to those services, your Fleet Manager is your advocate to support your business growth providing vital operating statistics, recommending operational changes to running behaviors, and assisting with load planning to maximize earnings balanced with appropriate home time. This option provides a commission of 70% of the AGR.

### Perks

• Optional health insurance offered thru True Choices Personal Insurance. Questions about what they have to offer? Please call 800-877-9637.
• Pet Allowance: Pets are allowed with no restrictions, within reason.

**LEASE PURCHASE**

Experienced, over-the-road Class-A CDL drivers have the opportunity to join our highly profitable CRST Contractors Lease Purchase Program and work towards ownership of your own pre-owned truck. Average CRST Lease Purchase drivers earn six-figure pay. When you partner with CRST, you will be supported by all of CRST, including our terminals and shops, tools, and optional benefit programs. If you like the idea of owning your own business, we support and want to partner with you.

**WHY LEASE PURCHASE?**

• $0 money down          • No credit check          • Low truck payments          • Walk away Lease

## TRUCK SPECIFICATIONS

• 2021 - 2023 Freightliner Cascadia
• Automatic Transmissions
• 400-425 HP
• 14.8L Detroit DD15 Gen 5
• 72IN RR Double Bunk Sleeper Cab
• Tire size 275/80R22.5

## LEASE INFORMATION

Late model Freightliner Cascadia tractors for lease with the majority being 2021 - 2023. No truck payment deducted for the first three weeks of the lease! CRST Flatbed Solutions' lease purchase units come with a guaranteed bumper-to-bumper maintenance program. Lease lengths vary depending on the year and mileage of the tractor, typically running between 2-3 years for a team and 3-5 years for a solo driver. Buyout option after the term of the lease is completed. A $31,000 balloon/buyout payment is all that stands between you and owning the tractor outright. Drivers who are unable to pay the $31K balloon at the end of their lease will need to secure private financing to pay the balloon payment or have the option of turning the truck in and starting a new lease in a new truck.





## Lease Purchase - Contractor Information Packet

*Independence and support you need to grow your business.*

# Average Weekly Fixed Costs

| DEDUCTION | AMOUNT | DETAILS |
|---|---|---|
| Weekly fixed lease | ($465.00) | Deducted for the term of the lease (2-3 years). |
| Average monthly truck & bobtail insurance | ($74.04) | |
| Occupational Accident Insurance | ($49.75) | ** Some States Require, Other Optional |
| BasePlate and permits | ($75.00) | Indiana based plates |
| Federal Hwy Use Tax 2290 | ($10.58) | ** max at $550/yr ( July-June) |
| Satellite Communication Fee | ($16.00) | Maven or Omnitracks >$16.00 |
| Bobtail Insurance | ($10.25) | |
| Escrow/reserve fund/performance bond | ($25.00) | Deducted until account has reached $2000 |
| Trailer rental | ($200.00) | ** Options starting at $185/wk |
| Tarp, chain, binders insurance | ($5.00) | **optional |
| Securement equipment | ($75.00) | If needed, until paid off |
| **($1,005.62)** | | **TOTAL ESTIMATED WEEKLY FIXED COST FOR SOLO DRIVER** |

# Average Weekly Variable Costs

| DEDUCTION | AMOUNT | DETAILS |
|---|---|---|
| Fuel | variable | IC's receive FSC and able to use our CRST Fuel Discount of $.18 per gal |
| Maintenance Fee | variable | Maintenance (preventative and breakdown) will be provided by our Equipment Solutions group. Each lease purchase unit will be assessed a fee of $.20/mile to cover mainteance plan recommeded by the manufacturer (Freightliner) and based on the truck model/year. The maintenance fee will be in place for the entire length of lease.  https://careers.crst.com/lease-intervals |

*IC's will also be responsible for the cost of tolls and scales.*

## Example SOLO Net Income Sample:

| **Revenue** | | | **Revenue** | |
|---|---|---|---|---|
| Miles/wk | **1200** | | Miles/wk | **2400** |
| Average rate/mi | $2.32 | | Average rate/mi | $2.32 |
| FSC | $0.6200 | | FSC | $0.6200 |
| Comdata fuel discount | $30.13 | | Comdata fuel discount | $60.25 |
| | **$3,558.13** | | | **$7,116.25** |
| **Expenses** | | | **Expenses** | |
| Fixed | -$1,005.62 | | Fixed | -$1,005.62 |
| Fuel (7.0 mpg) | -$612.22 | | Fuel (7.0 mpg) | -$1,224.44 |
| DEF (3.5%) | -$20.10 | | DEF (3.5%) | -$40.20 |
| Maintenance .$20 cpm | -$240.00 | | Maintenance .$20 cpm | -$480.00 |
| | **-$1,877.94** | | | **-$2,750.26** |

| **NET INCOME** | **$1,680.19** | **NET INCOME** | **$4,366.00** |
|---|---|---|---|