# EXHIBIT E

| | |
|---|---|
| **From:** | D W |
| **To:** | Naomi Wolf |
| **Subject:** | Fwd: ** WELCOME ABOARD- CRST FLATBED** Daniel Weche |
| **Date:** | Thursday, September 4, 2025 10:41:24 AM |
| **Attachments:** | image001.png |
| | image001.png |

---------- Forwarded message ---------
From: **Jon Brown** <jbrown@crst.com>
Date: Tue, Apr 22, 2025, 4:43 PM
Subject: ** WELCOME ABOARD- CRST FLATBED** Daniel Weche
To: Dappaweche@gmail.com <Dappaweche@gmail.com>



**We want to formally invite you to attend orientation for our Asset Light, Contractor Division of CRST.**

# Welcome Aboard!!

**Let me be among the very first to welcome you to the CRST Contractors Team. We are truly glad you have selected us as your partner, and we will do all we can to make your business a success.**

**By now, our safety and recruiting department has reviewed your application, and we wish to extend an invitation for you to attend our onboarding and safety orientation. This training is vital to your success and will need your undivided attention and effort. We believe that we understand the formula for success and plan on you becoming a part of that understanding. It is our intent to share this information with you and train you with company specific techniques at our Safety standards.**

## Owner Operators:

Bobtail parking is allowed at the hotel, please park in the back of the lot behind the building. If you have a trailer, please drop in the overflow lot adjacent to the main building at the terminal address listed below, before hotel check-in. Please keep track of mileage to submit for reimbursement at .59cpm, to your recruiter. On Day #1, please park your truck in the overflow lot.

## Lease Purchase and Flatbed Training Contractors:

If your transportation has been arranged with your recruiter in a CRST rental car, please confirm return date and make sure the car is turned in as scheduled. You may use the ground transportation listed below for transportation from car drop to hotel location. Remember to save all gas receipts to submit to your recruiter for reimbursement. The white CRST shuttle van will arrive at the hotel around 0615, please be in the lobby at that time. If you are traveling in a Personal Vehicle, please keep track of your mileage to submit for reimbursement at .21cpm, to your recruiter. On Day #1, please park in the overflow lot adjacent to the main building. You can also choose to use the shuttle van for transportation to and from the terminal.

## Lodging:

You will not be required to place a Credit Card on File for incidentals. If there is damage to the accommodation provided, you will be charged back for any damage fees.

## Provided Meals:

Breakfast will be served at the hotel at 0600. Lunch will be catered in by local business. There are plenty of locations around the hotel that are accessible for after hours meals, which are not covered by CRST.

## Onboarding/Orientation:

Class starts promptly at 0700, late arrivals may be denied the opportunity to attend Orientation. Shuttle Service will begin at 0615, pickup in front of the hotel.

## Lease Purchase Trucks:

We cannot guarantee in advance the location of the Lease Purchase Units, if you must travel to another CRST location, we will provide travel funds at no cost to you.

## Dress Code:

Proper work shoes/boots should be worn, no open toe. Long pants ( not sweats or sleepwear). Shirts must have sleeves and are business

appropriate ( no slanderous designs or wording). Be prepared for seasonal temperature changes.

**CRST Flatbed Terminal**

200 Republic Street

Birmingham, AL 35214

**Hotel:** Days Inn by Wyndham

616 Decatur Highway

Fultondale, AL 35068

205) 849.0111

**Ground Transportation:**

**UBER FLEX**

You will receive a link for a preset date.

DO NOT open this link until arrival in Birmingham.

**FROM AIRPORT/RENTAL RETURN**

Silver Cab Company

Call or Text :  205) 585.0132 with ETA and Exact Location

Main Line: 205) 701.2222

CRST Account Number:  # 4040

Hours of Operation:  0600-2200

**DAILY TRANSPORTATION TO AND FROM HOTEL**

CRST Shuttle: Day 1- Shuttle Service starts at 0615. Please be present in the lobby no later than 0615.

 STARTING IN 2020 THE FMCSA REQUIRES ALL DRIVERS TO REGISTER WITH THE DRUG AND ALCOHOL CLEARINGHOUSE. IF YOU HAVE NOT COMPLETED THE REGISTRATION, PLEASE FOLLOW THE LINK BELOW:

https://clearinghouse.fmcsa.dot.gov/register

**YOU WILL RECEIVE DOCUMENTS TO COMPLETE VIA TENSTREET PORTAL, PLEASE FOLLOW THIS LINK PRIOR TO ORIENTATION:**

https://portal.tenstreet.com/support/login_html.php

# Welcome Aboard!!

Jon Brown
Driver Recruiter
CRST The Transportation Solution Inc- Driver Recruiting
2110 Wiley Blvd SW Cedar Rapids, IA 52404
Cedar Rapids, IA 52406
Office: (319)390-2805
efax: (319)731-6469
jbrown@crst.com

Application Link

https://intelliapp.driverapponline.com/c/crst?r=Jbrown