# EXHIBIT G



# OPERATIONS OVERVIEW

# BEN LIZER

Exhibit 60
Case 1:20-cv-00075-CJW-KEM

# Agenda

- Company Background
- Business 101
  - Gross Revenue per Day
  - Revenue Impact on Profit
- Freight 101
  - Rate Structure
  - Freight Cycles and Seasonality
- Q and A

Exhibit 60
Case 1:20-cv-00075-CJW-KEM

# CRST Background

- Reliable, cash based, coast-to-coast, long-haul team transit.
- Over 1,590 tractors and 3,400 dry van trailers provide service throughout the 48 states.
  - 1165 Company Trucks                    (all Team)
  - 425 Independent Contractors            (both LP and OO)
    - 2 drivers on a truck, revenue generation more hours of the day
      - Teams and Lead Drivers

- Consistency / Stability
  - Year-Round Contracts
    - XPO, UPS, FedEx, Amazon, Gap, Kohls, Limited, USF

Exhibit 60
Case 1:20-cv-00075-CJW-KEM

# Freight

- # All 48 States
  - I-70 West of Denver is Restricted
    - Safety
    - Breakdown Cost
- # Trailer Pools
  - Each market has specific # of Trailers to match Customer needs.
  - Do NOT bobtail without written permission on the Qualcomm.
- # High Value Freight
  - Cannot go <u>to</u> or <u>through</u> the house
  - Communicate when you stop, every time!

Exhibit 60
Case 1:20-cv-00075-CJW-KEM



# Business 101



- ## What is **GROSS REVENUE per DAY?**
  - RATE        *(aka RPLM)*
  - MILES        *(Length of Haul, aka LOH)*
  - TRANSIT        *(Time under load)*
  - DEADHEAD        *(Distance between loads, aka DH)*
  - DWELL        *(Time between loads)*
  - LAYOVER

- Focus on **ALL** of them!

- Don't get hung up on one of them; look at the big picture.

Exhibit 60
Case 1:20-cv-00075-CJW-KEM

# Exponential Profits as Revenue Increases

| Current RPLM: | $ 1.84 | | |
|---|---|---|---|
| | | | |
| Gross Revenue | Miles | Miles/WK | Gross Rev/Week |
| $ 200,000.00 | 108,696 | 2090 | $ 3,846.15 |
| $ 250,000.00 | 135,870 | 2613 | $ 4,807.69 |
| $ 300,000.00 | 163,043 | 3135 | $ 5,769.23 |
| $ 350,000.00 | 190,217 | 3658 | $ 6,730.77 |
| $ 400,000.00 | 217,391 | 4181 | $ 7,692.31 |
| $ 450,000.00 | 244,565 | 4703 | $ 8,653.85 |
| $ 500,000.00 | 271,739 | 5226 | $ 9,615.38 |
| $ 550,000.00 | 298,913 | 5748 | $ 10,576.92 |

Exhibit 60
Case 1:20-cv-00075-CJW-KEM

# Gross Revenue Impact on Profitability



Exhibit 60
Case 1:20-cv-00075-CJW-KEM

Case 1:20-cv-00075-CJW-KEM    Document 123-4    Filed 01/28/24    Page 8 of 16

# Revenue - 2018



Exhibit 60

Case 1:20-cv-00075-CJW-KEM

Case 1:20-cv-00075-CJW-KEM    Document 123-4    Filed 01/28/24    Page 9 of 16

# Outbound Rates

- **"Front Haul" (or "Head Haul") =**
  - Market in which Freight pays MORE than the national average

- **"Intermediate Haul" =**
  - Market with average rates

- **"Back Haul" =**
  - Market in which Freight pays LESS than the national average

Exhibit 60
Case 1:20-cv-00075-CJW-KEM

# Outbound Rate Map



Front Haul Rate

Intermediate Rate

Back Haul Rate

Exhibit 60

Case 1:20-cv-00075-CJW-KEM

# Example #3 – Chicago to Miami $2.80/mi



Front Haul Rate

Intermediate Rate

Back Haul Rate

Exhibit 60
Case 1:20-cv-00075-CJW-KEM

# Example #2 – Miami to Chicago $0.85/mi



Front Haul Rate

Intermediate Rate

Back Haul Rate

Exhibit 60
Case 1:20-cv-00075-CJW-KEM

# Example #1 – Chicago Roundtrip $1.825/mi



2600 miles round trip

Front Haul Rate

Intermediate Rate

Back Haul Rate

Exhibit 60
Case 1:20-cv-00075-CJW-KEM

# How often should I go home?

- Our most successful independent contractors are taking 1 day off for every week over the road.

- You are an independent contractor, if you need more home time or you are having an event, we understand and will accommodate your needs

- Keep in mind, you have an $818.48 fixed cost and this is why the best practice is to be out for 3-4 weeks with 3-4 days off so you can still cover the expense.

- For emergencies, let us know and we will do everything possible to get home immediately

Exhibit 60
Case 1:20-cv-00075-CJW-KEM

# Questions?



Exhibit 60
Case 1:20-cv-00075-CJW-KEM