| | |
|---|---|
| HARLEY KELCHNER, ANTHONY HICKS, DANIEL WECHE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CRST INTERNATIONAL HOLDINGS LLC, CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC., CRST LINCOLN SALES, INC. and JOHN SMITH, an individual, and MICHAEL GANNON, an individual,<br><br>Defendants. | Case No. 1:24-cv-00082-CJW-KEM<br><br>Honorable Judge C.J. Williams |

**RENEWED MOTION OF DEFENDANT, CRST SPECIALIZED TRANSPORTATION, INC., TO DISMISS FOR WANT OF PERSONAL JURISDICTION**

Defendant, CRST Specialized Transportation, Inc., respectfully renews its request that the Court dismiss it from this case for want of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) for the reasons set forth in its accompanying Memorandum of Points and Authorities.

Dated: January 27, 2026

Respectfully submitted,

/s/ James H. Hanson
James H. Hanson (*pro hac vice*)
Angela S. Cash (*pro hac vice*)
Andrew J. Ireland (*pro hac vice*)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-492-9205 | F: 317-684-2414
jhanson@scopelitis.com
acash@scopelitis.com
aireland@scopelitis.com

Thomas D. Wolle
SIMMONS PERRINE PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
P: 319-896-4007
F: 319-366-1917
twolle@sp.law

*Attorneys for Defendant,*
*CRST Specialized Transportation, Inc.*