# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, ANTHONY HICKS, DANIEL WECHE, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CRST INTERNATIONAL HOLDINGS LLC, CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC., CRST LINCOLN SALES, INC. and JOHN SMITH, an individual, and MICHAEL GANNON, an individual,<br><br>    Defendants. | Case No. 1:24-cv-00082-CJW-KEM<br><br>Honorable Judge C.J. Williams |

## PROPOSED ORDER

This matter is before the Court on the Renewed Motion to Dismiss for Want of Personal Jurisdiction of Defendant CRST Specialized Transportation, Inc. For good cause shown, the Court **GRANTS** the motion.

Accordingly, it is ORDERED that CRST Specialized Transportation, Inc. is dismissed without prejudice.

**IT IS SO ORDERED** this _____ day of _____, 2026.

 

_____
C.J. Williams
United States District Judge
Northern District of Iowa