# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

HARLEY KELCHNER, et al.,

      Plaintiffs,

vs.

CRST EXPEDITED, INC., et al.,

      Defendants.

No.  24-CV-0082-CJW-KEM

**ORDER**

_____

Plaintiffs ask the court, on an expedited basis, to determine whether certain exhibits it intends to file in support of its Resistance to Individual Defendants' Motion to Dismiss (Doc. 131) should be filed under seal.  Doc. 128.  The court finds the best course of action is to seal these materials, which were designated as confidential under the Protective Order and relate to Defendants' business practices.

The court **GRANTS** Plaintiffs' motion (Doc. 128) and orders that Plaintiffs file under seal Exhibits B-D to their resistance (Doc. 131) to the motion to dismiss.  The sealed exhibits should link to the previously filed resistance (Doc. 131), and the Plaintiffs should contact the Clerk of Court for filing assistance to accomplish the filing instructions set out in this order.

**SO ORDERED** on January 28, 2026.

_____
Kelly K.E. Mahoney
Chief Magistrate Judge
Northern District of Iowa