## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, ANTHONY HICKS, DANIEL WECHE, individually and on behalf of all others similarly situated, | CASE NO. 1:24-cv-00082-CJW-KEM |
| Plaintiffs, | Honorable Chief Judge C.J. Williams |
| vs. | Honorable Chief Magistrate Judge Kelly K.E. Mahoney |
| CRST International Holdings LLC, CRST Expedited, Inc., CRST Specialized Transportation, Inc., CRST Lincoln Sales, Inc., John Smith, an individual, and Michael Gannon, an individual. | Expedited relief requested |
| Defendants. | |

**PLAINTIFFS' EXPEDITED MOTION TO STAY BRIEFING ON
CRST SPECIALIZED'S RENEWED MOTION TO DISMISS
PENDING COMPLETION OF PERSONAL JURISDICTION DISCOVERY**

Plaintiffs Harley Kelchner, Anthony Hicks, and Daniel Weche respectfully move under LR 7(i) and (j) to stay briefing on CRST Specialized Transportation, Inc.'s Renewed Motion to Dismiss (Dkt. No. 134) until Plaintiffs complete three already-noticed depositions that will extensively address facts relevant to the Court's jurisdictional analysis. The factual and legal basis for this motion is provided in the accompanying brief.

Plaintiffs' resistance to Specialized's motion is currently due February 10, 2026. The Court has not previously addressed a schedule for supplemental briefing on personal jurisdiction and a stay pending the completion of three already-noticed depositions will not conflict or impact any existing case deadlines.

After conferring in good faith, and as clear from the parties' January 27 Joint Status Report (Dkt. No. 133), Specialized does not consent to this motion.

WHEREFORE, Plaintiffs respectfully request expedited relief and that the Court stay briefing on Specialized's Renewed Motion to Dismiss until the completion of the three already-noticed depositions.

Dated: January 29, 2026

Respectfully Submitted,

/s/ *Michael von Klemperer*
Michael von Klemperer (*pro hac vice*)
FEGAN SCOTT LLC
1763 Columbia Road NW, Suite 100
Washington, DC 20009
Ph: (202) 921-0002
Fax: (312) 264-0100
mike@feganscott.com

Elizabeth A. Fegan (*pro hac vice*)
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: (312) 741-1019
Fax: (312) 264-0100
beth@feganscott.com

J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
SHINDLER, ANDERSON, GOPLERUD,
& WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

Robert S. Boulter
LAW OFFICES OF ROBERT S.
BOULTER
1101 5th Ave #310

San Rafael, CA 94901
Ph: (415) 233-7100
rsb@boulter-law.com

*Attorneys for Kelchner and the Putative Class*