**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| HARLEY KELCHNER, ANTHONY HICKS, DANIEL WECHE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CRST International Holdings LLC, CRST Expedited, Inc., CRST Specialized Transportation, Inc., CRST Lincoln Sales, Inc., John Smith, an individual, and Michael Gannon, an individual. <br><br> Defendants. | CASE NO. 1:24-cv-00082-CJW-KEM <br><br> Honorable Chief Judge C.J. Williams <br><br> Honorable Chief Magistrate Judge Kelly K.E. Mahoney |

**DECLARATION OF MICHAEL VON KLEMPERER IN SUPPORT OF PLAINTIFFS' EXPEDITED MOTION TO STAY BRIEFING ON CRST SPECIALIZED'S RENEWED MOTION TO DISMISS PENDING COMPLETION OF PERSONAL JURISDICTION DISCOVERY**

I, Michael von Klemperer, declare under penalty of perjury as follows:

1.      I am an attorney licensed to practice in the District of Columbia and am admitted *pro hac vice* in this matter. I am an attorney of record for Plaintiffs in this matter. I have personal knowledge of the facts set forth below.

2.      Attached as **Exhibit A** is a true and correct copy of CRST Specialized Transportation, Inc.'s Supplemental Responses to Plaintiff's First Set of Interrogatories, served December 1, 2025.

3.    Attached as **Exhibit B** is a true and correct copy of Plaintiffs' Notice of Taking Deposition Under Fed. R. Civ. P. 30(b)(6) to Defendant CRST International Holdings, LLC, served December 12, 2025.

4.    Attached as **Exhibit C** is a true and correct copy of CRST International Holdings, LLC's Objections and Responses to Plaintiffs' Rule 30(b)(6) Notice, served January 16, 2026.

5.    Attached as **Exhibit D** is a true and correct copy of an email from myself to Defendants' counsel memorializing the parties' January 20, 2026, meet and confer and addressing CRST International Holdings, LLC's Objections and Responses to Plaintiffs' Rule 30(b)(6) Notice.

6.    Attached as **Exhibit E** is a true and correct copy of Plaintiffs' Notice of Deposition of Lyndsay Perez Navarro for February 10, 2026, served on January 13, 2026.

7.    Attached as **Exhibit F** is a true and correct copy of Plaintiffs' Notice of Deposition of Jennifer Abernathy for February 19, 2026, served on January 13, 2026.

8.    Attached as **Exhibit G** are true and correct excerpts of the transcript of the Deposition of Michael Gannon, taken May 29, 2025. This deposition transcript is cited in paragraphs 21, 23-26, 28-31, 40, 47, 50 of the operative complaint (Dkt. No. 113).

9.    Attached as **Exhibit H** is a true and correct copy of the Lease Purchase Information Packet emailed to Kelchner by Iowa-based recruiter, Brooke McGivern, on February 3, 2022. This document is cited in paragraph 41 of the operative complaint.

10.    Attached as **Exhibit I** is an email from Specialized's recruiting manager, Lyndsay Perez Navarro, to Defendants' enterprise-wide recruiting team—including Iowa-based Brooke McGivern and Jon Brown—instructing recruiters on how to "sell" Specialized's Driving Opportunity. This document is cited in paragraph 43 of the operative complaint.

11. Attached as **Exhibit J** is a true and correct copy of an email from Specialized's recruiting manager, Lyndsay Perez Navarro, to Defendants' enterprise-wide recruiting team—including Iowa-based recruiters, Brooke McGivern and Jon Brown—providing recruiters with uniform documents to sell Flatbed's Driving Opportunity. This document is cited in paragraph 45 of the operative complaint.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: January 29, 2026

*/s/ Michael von Klemperer*
Michael von Klemperer