# EXHIBIT F

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, DANIEL WECHE, and ANTHONY HICKS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CRST International Holdings, LLC, CRST Expedited, Inc., CRST Specialized Transportation, Inc. CRST Lincoln Sales, Inc., John Smith, an individual, and Michael Gannon, an individual.<br><br>Defendant(s). | CASE NO. 1:24-cv-00082-CJW-KEM |

**PLAINTIFFS' NOTICE OF DEPOSITION OF JENNY ABERNATHY**

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 30(b)(1) and applicable local rules, Plaintiff Harley Kelchner, Daniel Weche, and Anthony Hicks (collectively "Plaintiffs'), by and through their undersigned attorneys, will take the oral videotaped deposition of Jenny Abernathy on oral examination.

The deposition will take place at the following time and place and shall continue until completed:

**Deponent:** Jenny Abernathy

**Date:** February 19, 2026

**Location:** Remote (Zoom link to be provided)

**Time:** 9:00 a.m. Central Time until completed

The deposition shall be recorded by stenographic and audiovisual means and taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, unless otherwise agreed by the parties.

Dated: January 13, 2026

Respectfully Submitted,

/s/ *Michael von Klemperer*
Michael von Klemperer (*pro hac vice*)
FEGAN SCOTT LLC
1763 Columbia Road NW, Suite 100
Washington, DC 20009
Ph: (202) 921-0002
Fax: (312) 264-0100
mike@feganscott.com

J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
SHINDLER, ANDERSON, GOPLERUD &
WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

Elizabeth A. Fegan (*pro hac vice*)
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: (312) 741-1019
Fax: (312) 264-0100
beth@feganscott.com

2

Robert S. Boulter
LAW OFFICES OF ROBERT S. BOULTER
1101 5th Ave #310
San Rafael, CA 94901
Ph: (415) 233-7100
rsb@boulter-law.com

*Attorneys for Plaintiffs Kelchner, Hicks,*
*Weche and the Putative Class*

3

**CERTIFICATE OF SERVICE**

I, Michael von Klemperer, certify that the foregoing document was served on Defendant

CRST International Holdings, LLC, and all counsel of record via email on January 13, 2026.

*/s/Michael von Klemperer*
Michael von Klemperer
