# EXHIBIT G

Page 1

                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF IOWA
                   CEDAR RAPIDS DIVISION

HARLEY KELCHNER, an          )
individual, individually  )
and on behalf of all      )
others similarly situated,)
                          )
      Plaintiff,          ) Case No.
                          ) 1:24-cv-00082-CJW-KEM
      vs.                 )
                          ) VIDEOTAPED
CRST EXPEDITED, INC.,      ) DEPOSITION OF
CRST SPECIALIZED          ) MICHAEL GANNON
TRANSPORTATION, INC.,     )
CRST LINCOLN SALES, INC.  )
and JOHN SMITH, an        )
individual,               )
                          )
      Defendants.         )
--------------------------)

        THE VIDEOTAPED DEPOSITION OF MICHAEL
GANNON, taken before Buffy Nelson, Registered
Professional Reporter and Notary Public,
commencing at 9:06 a.m. on May 29, 2025, at
115 Third Street SE, Suite 1200, Cedar Rapids,
Iowa.

        Reported by:  Buffy Nelson, R.P.R.

Case 1:24-cv-00082-CJW-KEM    Document 136-9    Filed 01/29/26    Page 2 of 11

P R O C E E D I N G S

THE VIDEOGRAPHER: Okay. We are now on the video record. Today is May 29, 2025. The time is approximately 9:06 a.m. Central Time. We are here in the matter of Harley Kelchner, et al., versus CRST Expedited, Inc., et al. We are here today to take the deposition of Michael Gannon.

Will counsel please identify themselves for the record.

MR. BOULTER: Robert Boulter on behalf of the plaintiffs.

MR. MARTY: Brian Marty on behalf of the plaintiffs.

MR. HANSON: I just want to make clear there is only one plaintiff in this case, so you're here representing Mr. Kelchner?

MR. BOULTER: Yes.

MR. HANSON: All right. This is Jim Hanson and Angie Cash, and we represent the defendants in the case.

MR. VISSER: Kevin Visser, Iowa counsel.

MS. STEPHENSON: Lisa Stephenson, general counsel for CRST.

MS. CASH: Do you want me to also -- Angela Cash. Jim has introduced me.

MICHAEL GANNON, called as a witness, having been first duly sworn, testified as follows:

DIRECT EXAMINATION

BY MR. BOULTER:

Q. Good morning, Mr. Gannon. Could you state your name for the record?

A. Michael Gannon.

Q. All right. And have you had an opportunity to prepare for this deposition with various CRST attorneys?

A. Yes.

Q. About how much total time have you spent preparing for the deposition?

A. I would say probably in total three to four hours.

Q. So was Miss Stephenson present at any of your preparation sessions?

A. Yes.

Q. Have you ever had your deposition taken before?

A. Yes.

Q. Under what circumstances?

Q.   And what is Home Solutions?

A.   How do you mean?  What -- I guess what -- what business do they do?

Q.   Yes.

A.   Okay.  So Home Solutions is primarily focused on delivery of installs, final mile installs into homes or businesses.  So an Ikea, for example, if you buy something from Ikea, Home Solutions will bring people in and set that up.

Q.   And in -- in your role do you -- who reports to -- who do you report to?

A.   I report to John Smith, chairman.

Q.   Okay.  Anyone else?

A.   No.

Q.   And how long have you been employed in the CRST organization?

A.   Since October of 1983.

Q.   And do you currently sit on any CRST committees?

A.   No.

Q.   All right.  Have you ever sat on any CRST committees?

A.   No.

Q.   Does CRST have any committees?

that's -- at the company?

A. It is not. That -- I -- no.

Q. Was that subsumed into another position?

A. I -- I don't know where that -- I don't know.

Q. All right. Do you -- do you know what she did as vice president of capacity development?

A. Jenny oversaw recruiting.

Q. Was that -- so was there -- as far as you know, was there a department called capacity development department within CRST?

A. Yes.

Q. And was that International, Expedited, Specialized, or -- yeah.

A. I'm not certain where -- where that resided.

Q. All right. Where did Miss Abernathy reside at the time?

A. In -- in this department, obviously, but I don't -- again, to my previous statement, I don't know exactly where her position resided.

Q. Was she in Iowa?

A.  Yes.

Q.  All right.  So -- and you'd agree with me, at least at this point in time, she's in Iowa and she's sending out communications on behalf of Specialized; correct?

A.  I would agree she was in Iowa and this covers CRST and CRST Specialized.

Q.  As the -- currently as the -- well, at the time of -- she appears to be a vice president.  Who would she have reported to if she were, let's say, a vice president of Expedited?

MR. HANSON:  Objection.  Oh, never mind.  I'll withdraw that.

Go ahead.

A.  If she was at Expedited, she would have reported to Cameron Holzer.

Q.  And he was the president of Expedited at the time; correct?

A.  I don't know what time frame this is.

Q.  Okay.  All right.  As -- as the chief people officer, now who does Miss Abernathy report to?

A.  She reports to me.

Q.  How many direct reports do you have?

A. Eight.

Q. All right. Can you just tell me who those people are?

A. Sure. Bill Clement, Chris DeSchaine, Rick Larkin, Jerry Kilgore, Brent Mohasci, Lisa Stephenson, Jenny Abernathy, and Kavi Parapully.

Q. I'm sorry, the last one is Mr. or Miss --

A. Kavi. It's a man.

Q. Okay.

A. I don't know -- I don't even know how to say it. It's an Indian name.

Q. Okay.

A. Parapully.

Q. What's his position?

A. He is the CIO.

Q. Oh, CI- -- all right. All right.

And in terms of recruiting, is -- is the recruiting department under Miss Abernathy?

A. It is.

Q. And that would include recruiting for both employee drivers and lease purchase operators?

A. Correct.

gather to do their work?

A. No.

Q. Okay. Where do recruiters go to do their work?

A. A lot of different places. But I -- that -- we're not in that office. We're selling that office that you just described.

Q. So historically have recruiters worked out of that office?

A. No. Not -- not that office.

Q. Do you know where the recruiters have worked?

A. The ones that were in office are on the 16th Avenue office.

Q. All right. Do you know about how many recruiters CRST and affiliated organizations have that work out of Iowa?

A. I do not.

Q. Miss Abernathy would know that?

A. Yes.

Q. All right. I'd like to ask you a few more questions about the lease purchase program that is offered to various contractors.

Does the lease purchase al- -- program also include providing the contractor with a

MR. BOULTER: Finish. Yes.

A. Do we have drivers and contractors that move between the various operating companies? Yes. Do we poach? Absolutely not. Do we encourage that what is right for an individual contractor today may not be a year from now? We want them to be successful, and we want them to be aware of all the opportunities within CRST to be successful. So I wouldn't call it poaching. I wouldn't call it poaching.

Q. No, I think you said it well. You want them to be aware of other opportunities within the CRST organization.

A. I want them to be aware of the other driving positions within CRST.

Q. All right. And with respect to -- I -- you know, there are various -- various bits of information about the -- in this particular email and its attachments about the CRST Expedited Solutions lease purchase program; would you agree with that?

A. I'm going to look through it. I only went through the first four pages. Are you talking --

C E R T I F I C A T E

I, the undersigned, a Registered Professional Reporter and Notary Public of the State of Iowa, do hereby certify that I acted as the Registered Professional Reporter in the foregoing matter at the time and place indicated herein; that I took in shorthand the proceedings had at said time and place; that said shorthand notes were reduced to typewriting under my supervision and direction, and that the foregoing pages are a full and correct transcript of the shorthand notes so taken; that said deposition was submitted to the witness for signature as requested and that any changes, if any, requested by the witness are attached hereto.

I further certify that I am neither attorney nor counsel for, or related to or employed by any of the parties in the foregoing matter, and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 6th day of June, 2025.

*Buffy Nelson*

REGISTERED PROFESSIONAL REPORTER
and NOTARY PUBLIC