# EXHIBIT I

To:     Asset Light Team[AssetLightTeam@crst.onmicrosoft.com]
Cc:     Kendall Baker[kmoore@crst.com]; Matthew Young[matthewyoung@crst.com]; Templin Rolen[trolen@crst.com]; James Scanlon[jscanlon@crst.com]; Holly Carson[hcarson@crst.com]; Logan Wieneke[lwieneke@CRST.com]; Stephanie Gourley[sgourley@crst.com]; Beau Brinkley[bbrinkley@CRST.com]; Alexandria Armstrong[Alexandria.Armstrong@CRST.com]; Terri Smith[Terri.Smith@CRST.com]; Que Johnson[Chaquita.Johnson@CRST.com]; Carley Scott[Carley.Scott@CRST.com]; Lauren Blackman[Lauren.Blackman@CRST.com]; Dj Fleetwood[djfleetwood@crst.com]; Margaret Mcclanahan[Margaret.McClanahan@crst.com]; Shonda Parr[Shonda.Parr@CRST.com]; Heidi Hubler[hhubler@crst.com]; Angela Ely[aely@crst.com]; Becky Vierra[Becky.Vierra@CRST.com]; Brooke McGivern[bmcgivern@CRST.com]; Bryant Porter[bryantporter@crst.com]; Jessica Mims[jmims@crst.com]; Jessica Thomas[jthomas@crst.com]; Jon Brown[jbrown@crst.com]; Kaitlin Spear[kspear@crst.com]; Kirra Hayslip[Kirra.Hayslip@crst.com]; Lacie Pier[Lacie.Pier@crst.com]; Mandy Locastro[Mandy.LoCastro@crst.com]; Marcus Schneider[mschneider@crst.com]; Rick Milks[rmilks@crst.com]; Sarah Sjulin[ssjulin@crst.com]; Taylor Malloy[Taylor.Malloy@CRST.com]; Tonya Kata[tkata@crst.com]; Andrea Langel[alangel@CRST.com]
From:   Lyndsay Perez Navarro
Sent:   Thur 6/13/2024 1:38:46 PM
Subject:    FW: CRST SPECIALIZED – HOW TO SELL IT! Updated pay for TEAMS
Received:   Thur 6/13/2024 1:38:00 PM
Specialized OO Packet 6.13.24.pdf
Specialized LP Packet 6.13.24.pdf

# TEAMS for CRST SPECIALIZED – HOW TO SELL IT!

Hey team, we have another great update for Specialized. As we look to take on some new business there is a priority focus for Teams. The great news is that we have a **$ rate increase $** for teams that will help our recruiting efforts. Teams will now earn about $2.00/mi. Attached packets are updated with the new rate. We are looking to add about 20 teams. Here's the pay breakdown:

Base pay            $1.40 cpm for all miles, loaded and empty. No deadhead!

Handling            $.14 cpm, the focus will be getting our teams as many miles as possible so they will do less handling than a normal solo blanketwrap driver but still come across it at times.

SSQ                 $.08 cpm, this is an optional program called Safety, Service and Quality. At end of each quarter the team can earn an additional $.08cpm for all the miles driven provided they had no accidents/bad roadside/claims and provided they are in service at end of each quarter when we need them

Fuel                $.3650 cpm, fuel surcharge fluctuates each week as the national average goes up and down but it has been around $.40cpm for many many months

Teams will average 4000-5000 miles per week. Estimated weekly gross pay is $8K to $10K. Estimated weekly net for an LP is $4300 - $5600.

If you need more info on how to sell this position see below:

## THE WORK

Drive all lower 48 states (no NYC and no PNW in winter are ok)

Driver assist position- paid for driving miles + handling freight and securement equipment (straps, load bars, blanket wrap, liftgate)

## THE PAY

•2024 average CPM= $2.00 cpm – paid ALL miles! No deadhead when you are under dispatch

SPEC002328

•Teams will average 4000-5000 miles per week. Estimated weekly gross pay is $8K to $10K. Estimated weekly net is $4300 - $5600.

# THE EQUIPMENT
•Truck inventory: 2020-2023, Team truck payment is $900-$1000 weekly.
•2-4 year lease
•APU and Inverter on late model trucks
•Low balloon: $5K-$10K due at end of lease
•2023: 27 contractors paid off their truck and received title to become true owner operators! That is a great number for the size of our fleet.

# THE HOMETIME
•Contractors typically run over the road 3-4 weeks minimum to allow 3-4 days home. This is what is needed to keep you running profitably.
• "Get Thru Home" Program will get you thru the house for shorter periods of unplanned home time

# THE BENEFITS
•Fuel discount: $.18cpg
•Low LP expense- average $1700 per week (truck payment, insurance, maintenance fee, plates etc) + fuel
•Stable miles, freight is available and increasing as we enter Quarter 2
•Very low turnover ~30%.........we hit 24% in May so turnover is even improving more!
•Internal career path for those that are willing and wanting to do more and earn more. Great service providers may be offered an opportunity to promote into our General Service fleet after a few months. After that we also have a Climatic fleet.
• **Sign On Incentive** for Team drivers is $4000 for LP team and $5000 for OO Team.

SIGN ON PAYOUT SCHEDULE:

SPEC002329

# CRST Specialized Transportation - SIGN ON BONUS FORM (Valid thru May 2024)

**All bonuses are applied to Commission Statement – If statement is in debit, bonus is applied to reduce balance.**

Driver #: _____ Driver Name: _____ Class Date: _____

## Bonus Amount - Single Operation – new to CRST:

_____Lease Purchase Bonus Due: $4000

- ☐ $500 first statement
- ☐ $500 30 days
- ☐ $500 60 days
- ☐ $500 90 days
- ☐ $500 120 days
- ☐ $500 150 days
- ☐ $500 180 days
- ☐ $500 210 days

_____Owner Operator Bonus Due: $4000

- ☐ $1000 first statement
- ☐ $1000 30 days
- ☐ $1000 60 days
- ☐ $1000 90 days

## Bonus Amount - Single Operation – transfer from other CRST Companies:

_____Lease Purchase Bonus Due: $2000

- ☐ $500 first statement
- ☐ $500 30 days
- ☐ $500 60 days
- ☐ $500 90 days

_____Owner Operator Bonus Due: $2000

- ☐ $1000 first statement
- ☐ $1000 30 days

## Bonus Amount-Double/Team Operation:

_____Lease Purchase Bonus Due: $4000

- ☐ $1000 first statement
- ☐ $1000 30 days
- ☐ $1000 60 days
- ☐ $1000 90 days

_____Owner Operator Bonus Due: $5,000

- ☐ $1000 first statement
- ☐ $1000 30 days
- ☐ $1000 60 days
- ☐ $1000 90 days
- ☐ $1000 120 days

**Lyndsay Perez, Manager – Recruiting**
CRST Specialized Solutions, Inc. – Specialized Solutions
7310 Innovation Blvd, Suite 103, Fort Wayne, Indiana 46818
Direct Line 260-459-8351
www.crst.com

SPEC002330



*This email (including any attachments) is covered by the Electronic Communication Privacy Act, 18 U.S.C. 2510 – 2521. It is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received this message in error and then delete it. Thank you.*

SPEC002331