# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

HARLEY KELCHNER, et al.,

      Plaintiffs,

vs.

CRST EXPEDITED, INC., et al.,

      Defendants.

No. 24-CV-0082-CJW-KEM

**ORDER**

_____

Plaintiffs seek expedited relief to stay their deadline to respond to the pending motion to dismiss filed at Doc. 134. Doc. 136. The court stays Plaintiff's resistance deadline to the motion to dismiss at Doc. 134, pending ruling on this motion. Defendants must file any resistance to the expedited motion at Doc. 136 by **February 3, 2026**.

**SO ORDERED** on January 29, 2026.

Kelly K.E. Mahoney
Chief Magistrate Judge
Northern District of Iowa