# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

HARLEY KELCHNER, et al.,

     Plaintiffs,

vs.

CRST EXPEDITED, INC., et al.,

     Defendants.

No. 24-CV-0082-CJW-KEM

**ORDER REGARDING PRE-STATUS CONFERENCE HEARING SUBMSSIONS**

_____

As requested by the parties, a status conference hearing is scheduled for Wednesday, February 4, 2026, at 1:30 p.m. (Doc. 132).

By **3:00 p.m. on Tuesday, February 3, 2026**, each party shall submit a one-page summary to chambers of the issue(s) in dispute and their respective positions (bullet-point list is preferred); submissions and any additional information may be submitted to chambers via email to ecfmail@iand.uscourts.gov.[1]

**SO ORDERED** on January 29, 2026.

Kelly K.E. Mahoney
Chief Magistrate Judge
Northern District of Iowa

---

[1] Attachments previously provided with the initial email to the court on January 23, 2026, do not need to be duplicated in these submissions.