# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, et al., <br> Plaintiff(s) <br> vs. <br> CRST EXPEDITED, INC., et al., <br> Defendant(s) | **HEARING MINUTES**  Sealed:  No <br> Case No.:  24-CV-82-CJW-KEM <br> Presiding Judge:  Kelly Mahoney, Magistrate Judge <br> Deputy Clerk:  JLL <br> Official Court Record:  FTR Gold  Contract? <br> Contact Information:  ---------- |

| Date: | 02/04/2026 | Start: | 1:30 p.m. | Adjourn: | 2:22 p.m. | Courtroom: | KEM conference/library | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | n/a | | | Time in Chambers: | | n/a | Telephonic? | Yes |

| Appearances: | Plaintiff(s): | Brian Marty, J. Barton Goplerud, Georgia Zacest, Michael Von Klemperer |
|---|---|---|
| | Defendant(s): | Thomas Wolle, Andrew Ireland, Angela Cash, James Hanson |

| **TYPE OF PROCEEDING:** | **STATUS CONFERENCE** | Contested? | No | Continued from a previous date? | No | |
|---|---|---|---|---|---|---|

| | Motion(s): | Expedited Motion to Stay (Doc. 136) | Ruling: | Taken under advisement.  Order to follow. |
|---|---|---|---|---|

| | Matters discussed: | |
|---|---|---|

- Parties gather for a requested status conference concerning the 30(b)(6) deposition notices, related objections and ongoing dispute.  The court concluded this discussion to state the parties needed to continue to work together to fully explore options/work it out to get to the end result.
- Parties/court also discussed the pending motion filed by Plaintiffs requesting expedited relief to stay responses/briefing (Doc. 136) relating to Defendant's renewed pending motion to dismiss for lack of jurisdiction (Doc. 134).  Court took this motion under advisement.  Order to follow.

| **Witness/Exhibit List is** | N/A |
|---|---|

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

| **Miscellaneous:** | N/A |
|---|---|

Case 1:24-cv-00082-CJW-KEM    Document 140    Filed 02/05/26    Page 1 of 1