| | |
|---|---|
| HARLEY KELCHNER, ANTHONY HICKS, DANIEL WECHE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CRST INTERNATIONAL HOLDINGS LLC, CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC., CRST LINCOLN SALES, INC. and JOHN SMITH, an individual, and MICHAEL GANNON, an individual,<br><br>Defendants. | Case No. 1:24-cv-00082-CJW-KEM<br><br>Honorable Judge C.J. Williams<br>Honorable Magistrate Judge K.E. Mahoney |

**PLAINTIFFS' STATUS REPORT CONCERNING DEPOSITIONS AND PROPOSED BRIEFING SCHEDULE**

Pursuant to the Court's February 6, 2026 Order (Dkt. No. 141), Plaintiffs Harley Kelcher, Anthony Hicks, and Daniel Weche provide the following status report concerning depositions and a proposed briefing schedule on CRST Specialized Transportation, Inc.'s Renewed Motion to Dismiss (Dkt. No. 134).

During the February 4, 2026 status conference, the Court instructed the parties to confer further regarding the noticed Rule 30(b)(6) deposition of CRST International Holdings, LLC. On February 6, the Court granted Plaintiffs' motion to stay briefing on Specialized's Renewed Motion to Dismiss pending completion of the Rule 30(b)(6) deposition along with the depositions of Lyndsay Perez Navarro and Jenny Abernathy.

Plaintiffs completed the deposition of Ms. Navarro on February 10, 2026, and of Ms. Abernathy on February 17, 2026.

On February 13, 2026, Plaintiffs served an amended Rule 30(b)(6) notice naming all four Corporate Defendants.[1] Plaintiffs requested that Defendants provide dates for witnesses to cover the noticed topics by February 20, 2026.

On February 25, 2026, Defendants served "Objections and Responses" to Plaintiffs' amended notice, identified Michael Gannon, Jennifer Abernathy, and Tom McKerr as the witnesses they would designate to address the noticed topics, and provided the following availability for Abernathy and McKerr:

- Abernathy: 3/10, 4/8, 4/9, 4/21, 4/22, 4/23

- McKerr: 3/31, 4/1, 4/2, 4/8, 4/9, 4/21, 4/22, 4/23

Defendants also stated they were "still pinning down Gannon's availability and should have that to you soon."

On February 27, 2026, Plaintiffs sent Defendants a letter stating they would schedule the depositions of each witness once dates for Mr. Gannon were provided. Plaintiffs anticipate that the parties will meet and confer further regarding Defendants' Objections and Responses. Absent motion practice regarding the scope of the notice, Plaintiffs are hopeful that the depositions of all three witnesses covering all noticed topics can be completed by the end of April.

To allow sufficient time to obtain and review transcripts, Plaintiffs propose that their Resistance to Specialized's Renewed Motion to Dismiss be due three weeks after the final Rule 30(b)(6) witness is deposed. Plaintiffs further propose that Specialized's reply be due two weeks thereafter.

---

[1] This amended notice was a compromise for the purpose of expediting discovery. Plaintiffs do not concede that International's objections to designating a Rule 30(b)(6) witness to address the knowledge of its wholly-owned subsidiary co-Defendants had merit.

Pursuant to the Court's Order (Dkt. No. 141), Plaintiffs will submit the next status report in two weeks.

Dated: February 27, 2026

Respectfully Submitted,

*/s/Michael von Klemperer*
Michael von Klemperer (*pro hac vice*)
FEGAN SCOTT LLC
1763 Columbia Road NW, Suite 100
Washington, DC 20009
Ph: 202-921-0002 | Fax: 312-264-0100
mike@feganscott.com

J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
SHINDLER, ANDERSON, GOPLERUD &
WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Ph: 515-223-4567 | Fax: 515-223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

Elizabeth A. Fegan (*pro hac vice*)
FEGAN SCOTT LLC
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
Ph: 312-741-1019 | Fax: 312-264-0100
beth@feganscott.com

Robert S. Boulter
LAW OFFICES OF ROBERT S. BOULTER
1101 5th Avenue #310
San Rafael, CA 94901
Ph: (415) 450-5189
rsb@boulter-law.com

*Attorneys for Plaintiffs and the Putative Class*