# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, ANTHONY HICKS, DANIEL WECHE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CRST INTERNATIONAL HOLDINGS LLC, CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC., CRST LINCOLN SALES, INC. and JOHN SMITH, an individual, and MICHAEL GANNON, an individual,<br><br>Defendants. | Case No. 1:24-cv-00082-CJW-KEM<br><br>Honorable Judge C.J. Williams |

## JOINT STATUS REPORT ON TRIAL READINESS DATE

Pursuant to Judge Mahoney's November 24, 2025 Order (ECF No. 119), Plaintiffs, Harley Kelcher, Anthony Hicks, and Daniel Weche, and Defendants, CRST International Holdings LLC (CRST International Holdings), CRST Expedited, Inc. d/b/a CRST The Transportation Solution, Inc. (CRST Expedited), CRST Lincoln Sales, Inc. (Lincoln Sales), CRST Specialized Transportation, Inc. (CRST Specialized), John Smith, and Michael Gannon, hereby jointly submit this status report addressing the trial readiness date:

1. Plaintiff Harley Kelchner filed his Class Action Complaint (ECF No. 1) in this Court on August 23, 2024. On December 14, 2024, the Court entered its initial Scheduling Order and Discovery Plan. ECF No. 4. On March 13, 2025, the Court issued an Amended Scheduling Order and Discovery Plan adopting a May 21, 2025, deadline for Defendants' substantial completion of discovery, and setting the completion of fact discovery 278 days later, February 23, 2026. ECF No. 63.

1

2. On October 23, 2025, Defendants completed their final custodial production.

3. On October 29, 2025, Plaintiffs filed a First Amended Complaint adding two additional named Plaintiffs along with two new Defendants, CRST International Holdings, LLC and Michael Gannon.

4. On November 21, 2025, the parties jointly moved to amend the initial scheduling deadlines in this case. ECF No. 118. Finding good cause, on November 24, 2025, the Court extended the deadlines as requested:

- Discovery completion 07/28/2026
  - o Expert disclosures:
  - o Plaintiffs' experts 08/14/2026
  - o Defendants' experts 10/14/2026
  - o Plaintiffs' rebuttal experts 11/16/2026
  - o Completion expert discovery 12/16/2026
- Class certification briefing:
  - o Plaintiffs' motion 01/06/2027
  - o Defendants' response 02/22/2027
  - o Plaintiffs' reply 03/22/2027
- Dispositive motions 06/18/2027

ECF No. 119.

5. In its order on November 24, 2025, the Court ordered "that by March 2, 2026, the parties file a status report addressing a trial ready date." *Id.*

6. On December 15, 2025, Defendants timely filed their motions to dismiss Plaintiffs' First Amended Complaint. ECF Nos. 120-121. Those motions were fully briefed as of February 9, 2026. ECF Nos. 142-143.

7. As its response to Plaintiff's initial Complaint, CRST Specialized filed a motion to dismiss for want of personal jurisdiction. ECF No. 28. The Court denied CRST Specialized's motion on the basis that the Indiana-based company had consented to general personal jurisdiction in Iowa by registering to do business as a foreign corporation and appointing an agent for service

of process. ECF No. 53. Later, at Defendants' request, the Court certified a question on that issue to the Iowa Supreme Court. ECF No. 66.

8. On December 19, 2025, the Iowa Supreme Court answered the Court's certified question in the negative and held that, under Iowa law, a foreign corporation does not consent to personal jurisdiction simply by registering to do business in Iowa, appointing an agent for service of process in Iowa, or receiving service through that agent. *See Kelchner v. CRST Expedited, Inc.*, Case No. 25-0607 (Iowa Dec. 19, 2025) (ECF No. 124).

9. On January 27, 2026, CRST Specialized filed its renewed motion to dismiss for want of personal jurisdiction. ECF No. 134.

10. On February 6, 2026, the Court granted Plaintiffs' motion to stay briefing on CRST Specialized's motion to dismiss for want of personal jurisdiction so that Plaintiffs could take the depositions of Lyndsay Perez Navarro, Jennifer Abernathy, and a 30(b)(6) noticed to CRST International Holdings. ECF No. 141. Since then, Plaintiffs have taken the depositions of Navarro and Abernathy, and the Parties are in the process of conferring on and scheduling times for the 30(b)(6) deposition.

11. Given the ongoing discovery, Defendants' pending Rule 12(b) motions, and, if Defendants' motions are denied in full or part, the anticipated briefing on class certification and summary judgment in 2027, the Parties believe that it is still premature to set a trial ready date.

12. The Parties respectfully request that the Court order another trial readiness report in 180 days, on August 31, 2026.

3

Dated: March 2, 2026

Respectfully Submitted,

/s/  Michael von Klemperer

Michael von Klemperer (*pro hac vice*)
FEGAN SCOTT LLC
1763 Columbia Road NW, Suite 100
Washington, DC 20009
Ph: 202-921-0002 | Fax: 312-264-0100
mike@feganscott.com

J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
SHINDLER, ANDERSON, GOPLERUD &
WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Ph: 515-223-4567 | Fax: 515-223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

Elizabeth A. Fegan (*pro hac vice*)
FEGAN SCOTT LLD
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
Ph: 312-741-1019 | Fax: 312-264-0100
beth@feganscott.com

Robert S. Boulter
LAW OFFICES OF ROBERT S. BOULTER
1101 5th Avenue #310
San Rafael, CA 94901
Ph: (415) 450-5189
rsb@boulter-law.com

*Attorneys for Plaintiffs and the Putative Class*

/s/ James H. Hanson

James H. Hanson (*pro hac vice*)
Angela S. Cash (*pro hac vice*)
Andrew J. Ireland (*pro hac vice*)
SCOPELITIS, GARVIN, LIGHT, HANSON &
FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-492-9205 | F: 317-684-2414
jhanson@scopelitis.com
acash@scopelitis.com
aireland@scopelitis.com

Thomas D. Wolle
SIMMONS PERRINE PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
P: 319-896-4007
F: 319-366-1917
twolle@sp.law

*Attorneys for Defendants*

4