# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

HARLEY KELCHNER, individually and on behalf of all others similarly situated, et al.

        Plaintiffs,

vs.

CRST EXPEDITED, INC., et al.,

        Defendants.

No. 24-CV-0082-CJW-KEM

**ORDER**

_____

As ordered by the court (Doc. 119), the parties filed a Joint Status Report on Trial Readiness Date (Doc. 146), requesting the court schedule a deadline for August 31, 2026, for an updated status report. The parties believe it is still premature to set a trial ready date due to ongoing discovery, Defendants' pending Rule 12(b) motions, and potential anticipated briefing on class certification and summary judgment.

The court orders that by **August 31, 2026**, the parties file a status report addressing a trial ready date.

**SO ORDERED** on March 18, 2026.

_____
Kelly K.E. Mahoney
Chief Magistrate Judge
Northern District of Iowa