# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, ANTHONY HICKS, DANIEL WECHE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CRST INTERNATIONAL HOLDINGS LLC, CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC., CRST LINCOLN SALES, INC. and JOHN SMITH, an individual, and MICHAEL GANNON, an individual,<br><br>Defendants. | Case No. 1:24-cv-00082-CJW-KEM<br><br>Honorable Judge C.J. Williams<br>Honorable Magistrate Judge K.E. Mahoney |

**PLAINTIFFS' STATUS REPORT CONCERNING DEPOSITIONS AND PROPOSED BRIEFING SCHEDULE**

Pursuant to the Court's February 6, 2026 Order (Dkt. No. 141), Plaintiffs Harley Kelcher, Anthony Hicks, and Daniel Weche provide the following status report concerning depositions and a proposed briefing schedule on CRST Specialized Transportation, Inc.'s Renewed Motion to Dismiss (Dkt. No. 134).

Defendants have designated Michael Gannon, Jennifer Abernathy, and Tom McKerr as the witnesses to address the Rule 30(b)(6) topics. Plaintiffs are taking the deposition of Michael Gannon today, April 10, 2026. Plaintiffs will be taking the depositions of Jennifer Abernathy and Tom McKerr on April 21 and April 23, respectively.

Pursuant to the Court's Order (Dkt. No. 141), Plaintiffs will submit the next status report in two weeks.

Dated: April 10, 2026

Respectfully Submitted,

/s/Michael von Klemperer
Michael von Klemperer (*pro hac vice*)
FEGAN SCOTT LLC
1763 Columbia Road NW, Suite 100
Washington, DC 20009
Ph: 202-921-0002 | Fax: 312-264-0100
mike@feganscott.com

J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
SHINDLER, ANDERSON, GOPLERUD &
WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Ph: 515-223-4567 | Fax: 515-223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

Elizabeth A. Fegan (*pro hac vice*)
FEGAN SCOTT LLC
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
Ph: 312-741-1019 | Fax: 312-264-0100
beth@feganscott.com

Robert S. Boulter
LAW OFFICES OF ROBERT S. BOULTER
1101 5th Avenue #310
San Rafael, CA 94901
Ph: (415) 450-5189
rsb@boulter-law.com

*Attorneys for Plaintiffs and the Putative Class*

2