# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| HARLEY KELCHNER, ANTHONY HICKS, DANIEL WECHE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CRST INTERNATIONAL HOLDINGS LLC, CRST EXPEDITED, INC., CRST SPECIALIZED TRANSPORTATION, INC., CRST LINCOLN SALES, INC. and JOHN SMITH, an individual, and MICHAEL GANNON, an individual,<br><br>Defendants. | Case No. 1:24-cv-00082-CJW-KEM<br><br>Honorable Judge C.J. Williams<br>Honorable Magistrate Judge K.E. Mahoney |

## PLAINTIFFS' STATUS REPORT CONCERNING DEPOSITIONS AND PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's February 6, 2026 Order (Dkt. No. 141), Plaintiffs Harley Kelcher, Anthony Hicks, and Daniel Weche provide the following status report concerning depositions and a proposed briefing schedule on CRST Specialized Transportation, Inc.'s Renewed Motion to Dismiss (Dkt. No. 134).

Plaintiffs deposed Lyndsay Perez Navarro and Jennifer Abernathy in their personal capacities on February 10 and February 19, respectively. Defendants designated Michael Gannon, Jennifer Abernathy, and Tom McKerr under Rule 30(b)(6) to address Plaintiffs' noticed topics. Plaintiffs deposed these witnesses on April 10, April 21, and April 23, respectively.

Plaintiffs have received the transcripts from the depositions of Navarro, Abernathy (in her individual capacity), and Gannon (as a Rule 30(b)(6) designee). Plaintiffs are awaiting receipt of the transcripts for Abernathy (as a Rule 30(b)(6) designee) and McKerr. Plaintiffs are concerned that the Rule 30(b)(6) witnesses were not adequately prepared to testify on all noticed topics and

are awaiting the deposition transcripts to complete their review and determine appropriate next steps.

Notably, the testimony elicited to date reflects significant ties between Specialized and Iowa and the Iowa-based CRST entities, including in the implementation and oversight of the Lease Purchase Program. In fact, much of the testimony, and documents discovered and produced by Defendants during the preparation of their Rule 30(b)(6) witnesses, directly conflicts with factual representations contained in Specialized's pending motion to dismiss on personal jurisdiction and supporting declarations made by CRST executives (Dkt. No. 134).

On April 24, Defendants informed Plaintiffs that Specialized intends to withdraw its pending motion to dismiss and refile, incorporating recent testimony. Plaintiffs do not concede that this approach would be proper under the circumstances. The parties are meeting on Monday, April 27, to discuss briefing on Specialized's motion to dismiss and will address Specialized's intention of withdrawing and refiling its motion during the meeting. Pursuant to the Court's Order (Dkt. No. 141), Plaintiffs will submit the next status report in two weeks.

Separately, Plaintiffs request that the Court convene a discovery conference to address ongoing discovery disputes and delays. Plaintiffs have again run into significant hurdles obtaining discovery from Defendants in a timely manner, including the long awaited and still outstanding production of class member settlement data, ongoing obstructionist objections from CRST International Holdings, LLC, and the failure to timely review and produce ESI from document custodian Marcus Schneider using court-ordered search terms. Plaintiffs believe that regular Court supervision is necessary to ensure that discovery proceeds in an orderly and timely manner.

2

Dated: April 24, 2026

Respectfully Submitted,

*/s/ Michael von Klemperer*
Michael von Klemperer (*pro hac vice*)
FEGAN SCOTT LLC
1763 Columbia Road NW, Suite 100
Washington, DC 20009
Ph: 202-921-0002 | Fax: 312-264-0100
mike@feganscott.com

J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
SHINDLER, ANDERSON, GOPLERUD &
WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Ph: 515-223-4567 | Fax: 515-223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

Elizabeth A. Fegan (*pro hac vice*)
FEGAN SCOTT LLC
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
Ph: 312-741-1019 | Fax: 312-264-0100
beth@feganscott.com

Robert S. Boulter
LAW OFFICES OF ROBERT S. BOULTER
1101 5th Avenue #310
San Rafael, CA 94901
Ph: (415) 450-5189
rsb@boulter-law.com

*Attorneys for Plaintiffs and the Putative Class*

3