**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| HARLEY KELCHNER, et al., | No. 24-CV-0082-CJW-KEM |
| Plaintiffs, | **ORDER SCHEDULING STATUS CONFERENCE HEARING AND SETTING SUBMISSION DEADLINE IN ADVANCE OF HEARING** |
| vs. | |
| CRST EXPEDITED, INC., et al., | |
| Defendants. | |

_____

A telephonic status conference hearing will take place before Judge Mahoney on **Thursday, June 4, 2026, at 1:30 p.m.** Dial-in hearing instructions will be provided to the attorneys by email.

By **Wednesday, June 3, 2026, at 12:00 p.m.**, the parties shall file a notice providing a brief summary of the matters to be discussed at the hearing.[1] If necessary by this deadline, the parties may also submit additional information to chambers (via email to ecfmail@iand.uscourts.gov).

**SO ORDERED** on May 15, 2026.

Kelly K.E. Mahoney
Chief Magistrate Judge
Northern District of Iowa

---

[1] The notice may be jointly filed (a one-page short paragraph or bullet-point list is preferred), which lists the issues/deadlines/other matters anticipated for discussion at the scheduled hearing. If there are no matters to be discussed, the parties may request cancellation of the proceeding.